| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> CENTRAL DISTRICT OF CALIFORNIA | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | CIS International Holdings (N.A.) Corporation | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  E Tropical Fish | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 33-0862520 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **1405 W. 178th Street** <br> **Gardena, CA 90248** <br> Number, Street, City, State & ZIP Code <br><br> **Los Angeles** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | _____ | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor  **CIS International Holdings (N.A.) Corporation**    Case number (*if known*)
　　　　Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5199__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor __CIS International Holdings (N.A.) Corporation_____ Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **CIS International Holdings (N.A.) Corporation**     Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 22, 2025**
               MM / DD / YYYY

X    **Please see attached signature page.**              **Charitha Samarasinghe**
    Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

X    **/s/ Byron Z. Moldo**                   Date **September 22, 2025**
    Signature of attorney for debtor                    MM / DD / YYYY

**Chase A. Stone 335228 /  Byron Z. Moldo 109652**
Printed name

**Ervin Cohen & Jessup LLP**
Firm name

**9401 Wilshire Boulevard**
**Twelfth Floor**
**Beverly Hills, CA 90212-2974**
Number, Street, City, State & ZIP Code

Contact phone  **310-273-6333**        Email address  **cstone@ecjlaw.com** / bmoldo@ecjlaw.com

**335228 CA / 109652 CA**
Bar number and State

| Debtor | CIS International Hotels, Inc. A Corporation dba C. Tropicali dish | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 22, 2025**
MM / DD / YYYY

X _/s/ Charitha Samarasinghe_
Signature of authorized representative of debtor

**Charitha Samarasinghe**
Printed name

Title **President**

**Signature of attorney**

X _____
Signature of attorney for debtor

Date **September 22, 2025**
MM / DD / YYYY

**Chase A. Stone** 335228 CA / Byron Z. Moldo 109652
Printed name

**Ervin Cohen & Jessup LLP**
Firm name

**9401 Wilshire Blvd.**
**12th Floor**
**Beverly Hills, CA 90212-2974**
Number, Street, City, State & ZIP Code

Contact phone **(310) 281-6369**    Email address **cstone@ecjlaw.com** / bmoldo@ecjlaw.com

**335228 CA** / **109652 CA**
Bar number and State

### RESOLUTION AUTHORIZING FILING OF A VOLUNTARY
### CHAPTER 11 BANKRUPTCY PETITION FOR
### CIS INTERNATIONAL HOLDINGS (N.A.) CORP., a California corporation

WHEREAS, CIS International Holdings (N.A.) Corp., a California corporation ("Corporation") is currently unable to meet its obligations as they mature.

WHEREAS, it is the opinion of the undersigned President and 90% shareholder of the Corporation that the filing of a Chapter 11 bankruptcy petition is in the best interests of the Corporation, its creditors, and other interested parties.

RESOLVED, that the Corporation is authorized to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code as soon as practicable.

RESOLVED FURTHER, that the Corporation is authorized to employ the law offices of Ervin Cohen & Jessup LLP ("ECJ") as its counsel in the Chapter 11 bankruptcy case to be filed by the Corporation.

RESOLVED FURTHER, that Charitha I. Samarasinghe, the President of the Corporation, is hereby authorized to execute on behalf of the Corporation, and deliver to ECJ, any and all documents that are required to be filed or submitted in connection with a Chapter 11 bankruptcy case, including but not limited to a Chapter 11 bankruptcy petition and all related documents.

RESOLVED FURTHER, that Charitha I. Samarasinghe, the President of the Corporation, is authorized and directed to appear on behalf of the Corporation in all bankruptcy proceedings, hearings, and meetings, as the sole and exclusive representative of the Corporation, and to otherwise perform all acts and deeds, including but not limited to signing documents on behalf of the Corporation in connection with the Chapter 11 bankruptcy case.

DATED: September 22, 2025            CIS INTERNATIONAL HOLDINGS (N.A.) CORP.,
                                     a California corporation

                                     By: _____
                                         CHARITHA I. SAMARASINGHE
                                         President and 90% shareholder

18899.1:11656660.1

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Packaging Capital, Inc. PO Box 77077 Minneapolis, MN 55480-7777 | | Equipment lease. | | | | $11,000.00 |
| California Employee Develop. Dept. PO Box 826218 Sacramento, CA 94230-6218 | | Employee payroll tax | | | | $46,000.00 |
| CV Sematik Perkasa Indonesia JL Setiawarg a 2I3BB RT 002, RW 004 Jatiranggon Jatisampurna, Kota Bekasi | | Tropical Fish | | | | $65,000.00 |
| D.B. Group America, Ltd. 2351 US Route 130 Dayton, NJ 08810 | | Domestic freight shipping/trade debt. | | | | $168,000.00 |
| Fleet Global Logistics 19 Srinakarin Rd. (4th Floor) Bangna, Bangnha Nuea Bangkok, Thailand, 10260 | | International Freight | | | | $67,000.00 |
| Ford Motor Credit PO Box 537901 Livonia, MI 48153-7901 | | Vehicle Lease | | | | $84,187.58 |

Debtor **CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ford Motor Credit** PO Box 537901 Livonia, MI 48153-7901 | | **Vehicle Lease** | | | | $24,269.66 |
| **Guangzhou Quick Production Co.** A20 of Room 1001 No. 621 Tianhe Rd., Tianhe District Guang Zhou, Guangzhou, China | | **Packaging materials** | | | | $76,000.00 |
| **Launch Funding Group LLC** 1250 E. Hallandale Beach Blvd. Suite 505 Hallandale, FL 33009 | | **Loan** | | | | $165,000.00 |
| **Lincoln Benefit Life Company** P.O. Box 4322 Carol Stream, IL 60197 | | **Insurance** | | | | $12,800.00 |
| **Newtek Bank, N.A.** 1111 Brickell Ave Suite 135 Miami, FL 33131 | | **Loan** | | | | $3,062,950.81 |
| **North Star Leasing Division of Peoples Bank** P.O. Box 4505 Burlington, VT 05406-4505 | | **Leases** | | | | $48,203.00 |
| **Shorr Packaging** 1100 Eliwanda Ave Los Angeles Branch Ontario, CA 91760-8658 | | **Packaging Materials** | | | | $34,000.00 |
| **Signature Staff Resources LLC** 1460 TL Townsend Dr. # 104 Rockwall, TX 75032 | | **Staffing** | | | | $1,100,000.00 |
| **Southern California Edison Company** P.O. Box 300 Rosemead, CA 91770 | | **Utility Provider** | | | | $48,000.00 |

Debtor **CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Teknowledge Shared Services Ltd.** **27/6A Park Lane** **Rajagiriya, Sri Lanka** | | **Software/IT Support** | | | | $150,550.00 |
| **U.S. Small Business Administration** **Office of General Counsel** **312 North Spring Street, 5th Floor** **Los Angeles, CA 90012** | | **Loan** | | | | $115,389.12 |
| **UPS** **Executive Financial Enterprises** **PO Box 894820** **Los Angeles, CA 90189-4820** | | **Domestic Freight** | | | | $15,000.00 |
| **Victory Packaging** **3550 E. Francis Street** **Suite 200** **Ontario, CA 91761** | | **Packaging materials** | | | | $31,000.00 |
| **Western Overnight LLC** **16 Corporate Woods Blvd.** **Suite 1** **Albany, NY 12211** | | **Trade debt** | | | | $191,000.00 |

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Chase A. Stone / Byron Z. Moldo
9401 Wilshire Blvd.
12th Floor
Beverly Hills, CA 90212-2974
(310) 281-6369 Fax: (310) 859-2325
California State Bar Number: **335228 CA**/ 109652 CA
cstone@ecjlaw.com, bmoldo@ecjlaw.com

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:

CIS International Holdings (N.A.) Corporation
d/b/a E Tropical Fish

CASE NO.:
CHAPTER: **11**

Debtor(s).

## VERIFICATION OF MASTER MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __9__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 9/22/25

Signature of Debtor 1
Charitha Samarasinghe, President

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 9/22/25

/s/ Byron Z. Moldo
Signature of Attorney for Debtor (if applicable)
Byron Z. Moldo

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

CIS International Holdings NA Corporation
dba E Tropical Fish
1405 W 178th Street
Gardena, CA 90248


Chase A Stone   Byron Z. Moldo
Ervin Cohen Jessup LLP
9401 Wilshire Blvd 12th Floor
Beverly Hills, CA 90212-2974


ADT Security
PO Box 371878
Pittsburgh, PA 15250


American Packaging Capital Inc
PO Box 77077
Minneapolis, MN 55480-7777


California Employee Develop Dept
PO Box 826218
Sacramento, CA 94230-6218


CIS International Distributor


CIS International Distributor


CIS International Holdings NA

CIS Intl Distributors Inc
1401 W 178th St
Gardena, CA 90248


CV Sematik Perkasa Indonesia
JL Setiawarg a 2I3BB
RT 002 RW 004 Jatiranggon
Jatisampurna, Kota Bekasi


DB Group America LTD
200 E Alondra Blvd
Gardena, CA 90248


DB Group America Ltd
2351 US Route 130
Dayton, NJ 08810


Federal Express
PO Box 223125
Pittsburgh, PA 15251


Fedex Freight Inc
PO Box 21415
Pasadena, CA 911851415


Fleet Global Logistics
19 Srinakarin Rd 4th Floor
Bangna Bangnha Nuea
Bangkok, Thailand 10260


Fleet Global Logistics
4646 E Van Buren St
Phoenix, AZ 85008-6927

Ford Motor Credit
PO Box 537901
Livonia, MI 48153-7901


Fundr
43 W 23rd Street
2nd Floor
New York, NY 10010


Glenn F Russel Jr
38 Rock Street No 12
Fall River, MA 02720


Golden State Water Company
PO Box 9016
San Dimas, CA 91773-9016


Guangzhou Quick Production Co
A20 of Room 1001 No 621
Tianhe Rd Tianhe District
Guang Zhou, Guangzhou China


Irene Hector
Wright Law Group PLLC
1110 N Virgil Avenue PMB 90003
Los Angeles, CA 90029


John T Szalan Esq
Neubert Pepe Monteith PC
195 Church Street
13th Floor
New Haven, CT 06510


Launch Funding Group LLC
1250 E Hallandale Beach Blvd
Suite 505
Hallandale, FL 33009

Lincoln Benefit Life Company
PO Box 4322
Carol Stream, IL 60197


Lions Rock Wisconsin LLC
2253 Air Pk Rd
Rhinelander, WI 54501


LionsRock Investment LLC
1401 W 178th Street
Gardena, CA 90248


Lionsrock Wisconsin LLC
4 Sundown Drive
Rolling Hills Estates, CA 90274


Live Aquaria Holdings Corp


Lucas Rocklin Esq
Neubert Pepe Monteith PC
195 Church Street
13th Floor
New Haven, CT 06510


Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399


Newtek Bank NA
1111 Brickell Ave
Suite 135
Miami, FL 33131

Newtek Bank NA
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042


Nextiva
9451 East Via de Ventura
Scottsdale, AZ 85256


North Star Leasing
Division of Peoples Bank
PO Box 4505
Burlington, VT 05406-4505


One Fund Loan
43 W 23rd St
2nd Floor
New York, NY 10010


Panthers Capital LLC
157 Church Street
Suite 1971
New Haven, CT 06510


Panthers Capital LLC
10 E Merrick Rd
Suite 204
Valley Stream, NY 11580


Panthers Capital LLC
9W Broad St No 320
Stamford, CT 06902



Quick Funding Group, LLC
dba Quick Funding Group
Hasset and George PC
945 Hopmeadow Street
Simsbury, CT 06070

Regain Group LLC
One Bridge Plaza North
Fort Lee, NJ 07024


Sematik
Jl Setia Warga II No 37
RT 02 RW 04 Kec Jati Kelurahan
Jatiranggon, 17432 Indonesia


Settle
29 W 17th St
2nd Floor
New York, NY 10011


Shorr Packaging
1100 Eliwanda Ave
Los Angeles Branch
Ontario, CA 91760-8658


Siam Tropical Fish
14 Moo 129 Moo 4 T Phrong Maduea
A Mueang Nakhon Pathom
Nakhon Pathom Province, Thailand 73


Siam Tropical Fish LTD


Siam Tropical Fish Ltd
77 29 Moo 7
Anusaowaree SubDistrict
Bangkehn District, Thailand


Signature Staff Resources LLC
1460 TL Townsend Dr No 104
Rockwall, TX 75032

```
SoCalGas
PO Box C
Monterey Park, CA 91756-9016


Southern California Edison Company
PO Box 300
Rosemead, CA 91770-0800


Spectrum
Charter Communications
PO Box 223085
Pittsburgh, PA 15251


State Farm Insurance
One State Farm Plaza
Bloomington, IL 61710


Supreme Orchid Expert PVT Ltd
372A Nawala Rd
Nawala
Sri Lanka


Teknowledge Shared Services Ltd
27 6A Park Lane
Rajagiriya, Sri Lanka


Teknowledge Shared Services Ltd
372A Nawala RdNawala
Sri Lanka



Tropical Aquarium Fish FIJI Ltd
```

Tropical Fish International
372A Nawala Rd
Nawala Sri Lanka


Tropical Fish International
27 6A Park Lane
Sri Jayawardenepura Kotte
Sri Lanka 11222


Tropical Fish International Europe


US Small Business Administration
Office of General Counsel
312 North Spring Street 5th Floor
Los Angeles, CA 90012


UPS
Executive Financial Enterprises
PO Box 894820
Los Angeles, CA 90189-4820


USPA
6510 73rd Street
Vero Beach, FL 32967


Victory Packaging
3550 E Francis Street
Suite 200
Ontario, CA 91761


Waste Resources
PO Box 2410
Gardena, CA 90247-0410

```
Western Overnight LLC
16 Corporate Woods Blvd
Suite 1
Albany, NY 12211

Western Overnight LLC
PO Box 984820
Los Angeles, CA 90189-4820
```