| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 2:25-bk-18374-BR |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>Amount of claim<br>Do not deduct the value of collateral. | *Column B*<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 **Newtek Bank, N.A.**<br>Creditor's Name<br>**1111 Brickell Ave**<br>**Suite 135**<br>**Miami, FL 33131**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was Incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Loan**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,062,950.81 | $0.00 |
| 2.2 **Panthers Capital LLC**<br>Creditor's Name<br>**157 Church Street**<br>**Suite 1971**<br>**New Haven, CT 06510**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was Incurred<br><br>Last 4 digits of account number<br>**0366**<br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $1,347,048.00 | $0.00 |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.3** **Panthers Capital LLC**
Creditor's Name

Describe debtor's property that is subject to a lien       $194,209.31       $0.00

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0367**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

**2.4** **Settle**
Creditor's Name
**29 W 17th St,**
**2nd Floor**
**New York, NY 10011**
Creditor's mailing address

Describe debtor's property that is subject to a lien       $1,095,470.02       $0.00

Describe the lien

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.5** **Settle**
Creditor's Name
**29 W. 17th St.**
**2nd Floor**
**New York, NY 10011**
Creditor's mailing address

Describe debtor's property that is subject to a lien       $1,983,226.02       $0.00

Describe the lien

Is the creditor an insider or related party?
- ■ No

---

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish |  | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|---|

Name

**Creditor's email address, if known**

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $115,389.12 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Office of General Counsel
312 North Spring Street,
5th Floor
Los Angeles, CA 90012**

Creditor's mailing address

**Loan**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0112**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $7,798,293.28

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| John T. Szalan, Esq.<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street<br>13th Floor<br>New Haven, CT 06510 | Line **2.2** |  |
| Lucas Rocklin, Esq.<br>Neubert, Pepe & Monteith, P.C.<br>195 Church Street<br>13th Floor<br>New Haven, CT 06510 | Line **2.2** |  |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Newtek Bank, N.A.<br>1981 Marcus Avenue<br>Suite 130<br>New Hyde Park, NY 11042 | Line 2.1 | |
| Panthers Capital LLC<br>10 E. Merrick Rd.<br>Suite 204<br>Valley Stream, NY 11580 | Line 2.2 | |
| Panthers Capital LLC<br>9W Broad St.<br>#320<br>Stamford, CT 06902 | Line 2.2 | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 2:25-bk-18374-BR |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|       |                                                                                                                                                           |                                                                                                                   | Total claim   | Priority amount |
|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------|---------------|-----------------|
| 2.1   | Priority creditor's name and mailing address<br>**California Employee Develop. Dept.**<br>**PO Box 826218**<br>**Sacramento, CA 94230-6218**              | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $46,000.00   | $0.00           |
|       | Date or dates debt was incurred                                                                                                                           | Basis for the claim:<br>**Employee payroll tax**                                                                  |               |                 |
|       | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)                                            | Is the claim subject to offset?<br>■ No<br>☐ Yes                                                                  |               |                 |

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                                                                                                                              Amount of claim

|       |                                                                                                        |                                                                                                                 |              |
|-------|--------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------|--------------|
| 3.1   | Nonpriority creditor's name and mailing address<br>**ADT Security**<br>**P.O. Box 371878**<br>**Pittsburgh, PA 15250** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown      |
|       | Date(s) debt was incurred __<br>Last 4 digits of account number **4916**                              | Basis for the claim: **Utility Provider**<br>Is the claim subject to offset? ■ No ☐ Yes                         |              |
| 3.2   | Nonpriority creditor's name and mailing address<br>**American Packaging Capital, Inc.**<br>**PO Box 77077**<br>**Minneapolis, MN 55480-7777** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,000.00   |
|       | Date(s) debt was incurred __<br>Last 4 digits of account number __                                    | Basis for the claim: **Equipment lease.**<br>Is the claim subject to offset? ■ No ☐ Yes                         |              |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address<br>CIS Int'l Distributors, Inc.<br>1401 W 178th St.<br>Gardena, CA 90248<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  0404 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Staffing**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,751,216.78 |
|---|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address<br>CV Sematik Perkasa Indonesia<br>JL Setiawarg a 213BB<br>RT 002, RW 004 Jatiranggon<br>Jatisampurna, Kota Bekasi<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Tropical Fish**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $65,000.00 |
| 3.5 | Nonpriority creditor's name and mailing address<br>D.B. Group America, Ltd.<br>2351 US Route 130<br>Dayton, NJ 08810<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Domestic freight shipping/trade debt.**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $168,000.00 |
| 3.6 | Nonpriority creditor's name and mailing address<br>Federal Express<br>P.O. Box 223125<br>Pittsburgh, PA 15251<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Domestic Freight**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
| 3.7 | Nonpriority creditor's name and mailing address<br>Fedex Freight Inc.<br>PO Box 21415<br>Pasadena, CA 91185-1415<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Domestic Freight**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
| 3.8 | Nonpriority creditor's name and mailing address<br>Fleet Global Logistics<br>19 Srinakarin Rd. (4th Floor)<br>Bangna, Bangnha Nuea<br>Bangkok, Thailand, 10260<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **International Freight**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $67,000.00 |
| 3.9 | Nonpriority creditor's name and mailing address<br>Fleet Global Logistics<br>4646 E. Van Buren St.<br>Phoenix, AZ 85008-6927<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **International Freight**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address<br>**Ford Motor Credit**<br>PO Box 537901<br>Livonia, MI 48153-7901<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vehicle Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,269.66** |
|---|---|---|---|
| 3.11 | Nonpriority creditor's name and mailing address<br>**Ford Motor Credit**<br>PO Box 537901<br>Livonia, MI 48153-7901<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vehicle Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,175.16** |
| 3.12 | Nonpriority creditor's name and mailing address<br>**Ford Motor Credit**<br>PO Box 537901<br>Livonia, MI 48153-7901<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Vehicle Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | **$84,187.58** |
| 3.13 | Nonpriority creditor's name and mailing address<br>**Glenn F. Russel, Jr.**<br>38 Rock Street, #12<br>Fall River, MA 02720<br>Date(s) debt was incurred __<br>Last 4 digits of account number **262S** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Counsel for Automated Systems, Inc. dba Automated Systems, CIS International Holdings, N.A. Corp., CIS International Distribtors, Inc., Siam Tropical Fish International, Europe, Tropical Aquarium Fish Fuji, Ltd., and Sharitha Samarasingh**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**Golden State Water Company**<br>P.O. Box 9016<br>San Dimas, CA 91773-9016<br>Date(s) debt was incurred __<br>Last 4 digits of account number **8709** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility Provider**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.15 | Nonpriority creditor's name and mailing address<br>**Golden State Water Company**<br>P.O. Box 9016<br>San Dimas, CA 91773-9016<br>Date(s) debt was incurred __<br>Last 4 digits of account number **9071** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility Provider**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.16 | Nonpriority creditor's name and mailing address<br>**Guangzhou Quick Production Co.**<br>A20 of Room 1001 No. 621<br>Tianhe Rd., Tianhe District<br>Guang Zhou, Guangzhou, China<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Packaging materials**<br>Is the claim subject to offset? ■ No ☐ Yes | **$76,000.00** |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address<br>Launch Funding Group LLC<br>1250 E. Hallandale Beach Blvd.<br>Suite 505<br>Hallandale, FL 33009<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  0000 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loan**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$165,000.00** |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address<br>Lincoln Benefit Life Company<br>P.O. Box 4322<br>Carol Stream, IL 60197<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$12,800.00** |
| 3.19 | Nonpriority creditor's name and mailing address<br>Lions Rock Wisconsin LLC<br>2253 Air Pk Rd.<br>Rhinelander, WI 54501<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  0411 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$98,276.85** |
| 3.20 | Nonpriority creditor's name and mailing address<br>LionsRock Investment LLC<br>1401 W. 178th Street<br>Gardena, CA 90248<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  0405 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lease**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$3,938,835.19** |
| 3.21 | Nonpriority creditor's name and mailing address<br>Microsoft Corporation<br>One Microsoft Way<br>Redmond, WA 98052-6399<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Software**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.22 | Nonpriority creditor's name and mailing address<br>Nextiva<br>9451 East Via de Ventura<br>Scottsdale, AZ 85256<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Telephone Utility**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| 3.23 | Nonpriority creditor's name and mailing address<br>North Star Leasing<br>Division of Peoples Bank<br>P.O. Box 4505<br>Burlington, VT 05406-4505<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Leases**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$48,203.00** |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

**3.24** Nonpriority creditor's name and mailing address
One Fund Loan
43 W. 23rd St.
2nd Floor
New York, NY 10010

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,500.00**

---

**3.25** Nonpriority creditor's name and mailing address
Quick Funding Group, LLC
d/b/a Quick Funding Group
Hasset & George PC
945 Hopmeadow Street
Simsbury, CT 06070

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.26** Nonpriority creditor's name and mailing address
Sematik
Jl. Setia Warga II No. 37
RT. 02 RW. 04, Kec. Jati Kelurahan
Jatiranggon, 17432 Indonesia

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tropical Fish**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.27** Nonpriority creditor's name and mailing address
Shorr Packaging
1100 Eliwanda Ave
Los Angeles Branch
Ontario, CA 91760-8658

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Packaging Materials**

Is the claim subject to offset? ■ No  ☐ Yes

**$34,000.00**

---

**3.28** Nonpriority creditor's name and mailing address
Siam Tropical Fish Ltd.
77/29 Moo 7
Anusaowaree Sub-District
Bangkehn District, Thailand

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Tropical Fish**

Is the claim subject to offset? ■ No  ☐ Yes

**$200,000.00**

---

**3.29** Nonpriority creditor's name and mailing address
Signature Staff Resources LLC
1460 TL Townsend Dr.
# 104
Rockwall, TX 75032

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Staffing**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,100,000.00**

---

**3.30** Nonpriority creditor's name and mailing address
SoCalGas
P.O. Box C
Monterey Park, CA 91756-9016

Date(s) debt was incurred __
Last 4 digits of account number **5307**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utility Provider**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>SoCalGas<br>P.O. Box C<br>Monterey Park, CA 91756-9016<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  5861 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utility Provider**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Southern California Edison Company<br>P.O. Box 300<br>Rosemead, CA 91770<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  7829 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utility Provider**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $48,000.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Southern California Edison Company<br>P.O. Box 300<br>Rosemead, CA 91770-0800<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  1984 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utility Provider**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Spectrum<br>Charter Communications<br>PO Box 223085<br>Pittsburgh, PA 15251<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utility Provider**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>State Farm Insurance<br>One State Farm Plaza<br>Bloomington, IL 61710<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Insurance provider.**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,400.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Supreme Orchid Expert (PVT) Ltd.<br>372A Nawala Rd.<br>Nawala<br>Sri Lanka<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Plants**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | Unknown |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Teknowledge Shared Services Ltd.<br>372A Nawala Road<br>Rajagiriya, Sri Lanka<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Software/IT Support**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $150,550.00 |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address<br>**Tropical Fish International**<br>372A Nawala Road<br>Rajagiriya, Sri Lanka 11222<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Tropical Fish**<br>Is the claim subject to offset? ■ No  ☐ Yes | $154,000.00 |
|---|---|---|---|
| 3.39 | Nonpriority creditor's name and mailing address<br>**Tropical Fish International**<br>372A Nawala Road<br>Rajagiriya, Sri Lanka<br>Date(s) debt was incurred __<br>Last 4 digits of account number **0402** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Tropical Fish**<br>Is the claim subject to offset? ■ No  ☐ Yes | $395,280.95 |
| 3.40 | Nonpriority creditor's name and mailing address<br>**UPS**<br>Executive Financial Enterprises<br>PO Box 894820<br>Los Angeles, CA 90189-4820<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Domestic Freight**<br>Is the claim subject to offset? ■ No  ☐ Yes | $15,000.00 |
| 3.41 | Nonpriority creditor's name and mailing address<br>**USPA**<br>6510 73rd Street<br>Vero Beach, FL 32967<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Domestic Freight**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.42 | Nonpriority creditor's name and mailing address<br>**Victory Packaging**<br>3550 E. Francis Street<br>Suite 200<br>Ontario, CA 91761<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Packaging materials**<br>Is the claim subject to offset? ■ No  ☐ Yes | $31,000.00 |
| 3.43 | Nonpriority creditor's name and mailing address<br>**Waste Resources**<br>P.O. Box 2410<br>Gardena, CA 90247-0410<br>Date(s) debt was incurred __<br>Last 4 digits of account number **1973** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility Provider**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |
| 3.44 | Nonpriority creditor's name and mailing address<br>**Waste Resources**<br>P.O. Box 2410<br>Gardena, CA 90247-0410<br>Date(s) debt was incurred __<br>Last 4 digits of account number **6368** | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility Provider**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address<br>Western Overnight LLC<br>16 Corporate Woods Blvd.<br>Suite 1<br>Albany, NY 12211<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade debt<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $191,000.00 |
|---|---|---|---|

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | D.B. Group America LTD<br>200 E. Alondra Blvd.<br>Gardena, CA 90248 | Line **3.5**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Fundr<br>43 W 23rd Street<br>2nd Floor<br>New York, NY 10010 | Line **3.24**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | Irene Hector<br>Wright Law Group, PLLC<br>1110 N. Virgil Avenue PMB 90003<br>Los Angeles, CA 90029 | Line **3.23**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | Lionsrock Wisconsin LLC<br>4 Sundown Drive<br>Rolling Hills Estates, CA 90274 | Line **3.19**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | Regain Group LLC<br>One Bridge Plaza North<br>Fort Lee, NJ 07024 | Line **3.17**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | Siam Tropical Fish<br>14 Moo 129 Moo 4 T.Phrong Maduea<br>A Mueang Nakhon Pathom<br>Nakhon Pathom Province, Thailand 73 | Line **3.28**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | Teknowledge Shared Services Ltd.<br>372A Nawala Rd<br>Nawala<br>Sri Lanka | Line **3.37**<br>☐ Not listed. Explain ____ | __ |
| 4.8 | Tropical Fish International<br>372A Nawala Rd.<br>Nawala Sri Lanka | Line **3.38**<br>☐ Not listed. Explain ____ | __ |
| 4.9 | Tropical Fish International<br>27/6A Park Lane<br>Sri Jayawardenepura Kotte<br>Sri Lanka 11222 | Line **3.39**<br>☐ Not listed. Explain ____ | __ |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number (if known) | 2:25-bk-18374-BR |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.10 | **Western Overnight LLC**<br>P.O. Box 984820<br>Los Angeles, CA 90189-4820 | Line **3.45**<br>☐ Not listed. Explain ____ | — |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 46,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 10,845,695.17 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 10,891,695.17 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 2:25-bk-18374-BR |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | A 50,500 sq ft industrial lease at 1405-01 W. 178th St., Gardena, CA, between landlord LionsRock Investments LLC and tenant CIS International Holdings N.A. Corp. (DIP), runs from Jan 2023 to Jan 2029 at $75,000/month base rent (no CAM listed). | |
|---|---|---|---|
| | State the term remaining | 38 months | LionsRock Investments LLC |
| | List the contract number of any government contract | | 1405-01 W. 178th St. Gardena, CA |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Three-Party Addendum to Factoring Facility Agreement (accounts receivable payment redirection/acknowledgment). | |
|---|---|---|---|
| | State the term remaining | | Petco Animal Supplies Stores, Inc. |
| | List the contract number of any government contract | | 10850 Via Frontera San Diego, CA 92127 |

**Fill in this information to identify the case:**

Debtor name: CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:25-bk-18374-BR

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | CIS Internatinoal Distributor | | Panthers Capital LLC | ■ D  2.2<br>☐ E/F<br>☐ G |
| 2.2 | CIS International Distributor | | Panthers Capital LLC | ■ D  2.3<br>☐ E/F<br>☐ G |
| 2.3 | CIS International Holdings, N.A. | | Panthers Capital LLC | ■ D  2.2<br>☐ E/F<br>☐ G |
| 2.4 | CIS International Holdings, N.A. | | Panthers Capital LLC | ■ D  2.3<br>☐ E/F<br>☐ G |
| 2.5 | Live Aquaria Holdings Corp. | | Panthers Capital LLC | ■ D  2.2<br>☐ E/F<br>☐ G |

| Debtor | CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish | Case number *(if known)* | 2:25-bk-18374-BR |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.6 | Live Aquaria Holdings Corp. | Panthers Capital LLC | ■ D 2.3 ☐ E/F ___ ☐ G ___ |
| 2.7 | Siam Tropical Fish LTD | Panthers Capital LLC | ■ D 2.2 ☐ E/F ___ ☐ G ___ |
| 2.8 | Siam Tropical Fish LTD | Panthers Capital LLC | ■ D 2.3 ☐ E/F ___ ☐ G ___ |
| 2.9 | Tropical Aquarium Fish (FIJI) Ltd. | Panthers Capital LLC | ■ D 2.2 ☐ E/F ___ ☐ G ___ |
| 2.10 | Tropical Aquarium Fish (FIJI) Ltd. | Panthers Capital LLC | ■ D 2.3 ☐ E/F ___ ☐ G ___ |
| 2.11 | Tropical Fish International Europe | Panthers Capital LLC | ■ D 2.2 ☐ E/F ___ ☐ G ___ |
| 2.12 | Tropical Fish International Europe | Panthers Capital LLC | ■ D 2.3 ☐ E/F ___ ☐ G ___ |

**Fill in this information to identify the case:**

Debtor name    CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:25-bk-18374-BR

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/6/25    X _____
Signature of individual signing on behalf of debtor

**Charitha Samarasinghe**
Printed name

**President**
Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
   **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Los Angeles, California , California.

Date: 10/6/25

_____
Charitha Samarasinghe
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    Page 1                    F 1015-2.1.STMT.RELATED.CASES

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **CIS International Holdings (N.A.) Corporation d/b/a E Tropical Fish**   Case No.   2:25-bk-18374-BR
Debtor(s)   Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **100,000.00** |
   | Prior to the filing of this statement I have received | $ **50,000.00** |
   | Balance Due | $ **50,000.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Provide comprehensive Chapter 11 DIP services, including case strategy and first-day readiness; DIP financing/cash collateral; preparation of schedules, SOFA, and noticing; contract and lease analysis; claims administration; stay and avoidance matters; U.S. Trustee compliance and monthly reporting; and plan/disclosure statement development and stakeholder communications.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| October 6, 2025 | /s/ Chase A. Stone |
| *Date* | **Chase A. Stone 335228** |
| | *Signature of Attorney* |
| | |
| | ERVIN COHEN & JESSUP LLP |
| | *Name of law firm* |