Byron Z. Moldo (CA SBN 109652)
  bmoldo@ecjlaw.com
Chase Stone (CA SBN 335228)
  cstone@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Proposed Counsel for CIS International Holdings,
(N.A.) Corp. d/b/a eTropical Fish

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-18374-BR |
| CIS International Holdings (N.A.) Corporation, | Chapter 11 |
| Debtor. | Hon. Barry Russell |
| | **DEBTOR'S EX PARTE MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, AND ALL OTHER REQUIRED DOCUMENTS; DECLARATION OF CHASE STONE IN SUPPORT THEREOF** |

**TO THE HON. BARRY RUSSELL, U.S. BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES INTEREST:**

CIS International Holdings, (N.A.) Corp. d/b/a eTropical Fish ("**CIS**" or the "**Debtor**), Chapter 11 debtor and debtor in possession in the above entitled Chapter 11 bankruptcy case, hereby submit their *ex parte* motion (the "**Motion**") for the entry of an order extending the time within which the Debtor must file case commencement documents including the ("**Schedules**") and the Statements of Financial Affairs ("**SOFA**") and any other documents required to be filed pursuant to any Case Commencement Deficiency Notice or other similar notice issued by the Court (collectively with the Schedules and SOFA, the "**Required Documents**"). The Required Documents are currently due on October 6, 2025. By this Motion, the Debtor requests an extension up to and

including October 20, 2025, to file the Required Documents.

## I.

## STATEMENT OF FACTS

**A.** *Background Information*

CIS operates a national wholesale and distribution business for live aquatic livestock from its facility at 1405 W. 178th Street, Los Angeles, California 90248. On September 22, 2025 (the "**Petition Date**"), CIS commenced this Chapter 11 case to stabilize its tropical fish distribution business, restructure liabilities, and preserve value for creditors and the estate.

**B.** *Facts In Support Of Extension Of Time To Filed The Required Documents*

The Debtor is in the process of preparing the Required Documents and intends to submit the majority of the Schedules that are due by October 6, 2025. However, as stated on the record at the Debtor's 11 U.S.C. § 341(a) meeting of creditors, there are a number of complex overseas assets that must be properly disclosed. Since the Petition Date, the Debtor's proposed Chapter 11 counsel has been in contact with counsel for the Office of the United States Trustee regarding the Debtor's administrative compliance obligations, including the Seven-Day Package, which was timely submitted. There are additional requirements still outstanding, including adding the Office of the United States Trustee to the Debtor's service list.

The Debtor and its proposed counsel are reviewing information relevant to the Debtor's overseas operations and assets. On October 6, 2025, the Debtor's Initial Debtor Interview was held concurrently with the § 341(a) meeting of creditors, which has been continued to November 3, 2025 at 11:00 a.m. Accordingly, even with the requested extension, the Required Documents will be filed at least two weeks prior to the continued § 341(a) meeting. If the Debtor were required to file all of the Required Documents by October 6, 2025, it is likely that substantial amendments would be necessary, increasing administrative expense and causing confusion to third parties.

## II.

## 'CAUSE' EXISTS TO GRANT AN EXTENSION OF TIME TO FILE THE REQUIRED DOCUMENTS

Section 521 of the Bankruptcy Code requires a debtor to "file a list of creditors, and unless the court orders otherwise, a schedule of assets and liabilities, a schedule of current income and

1 current expenditures, and a statement of the debtor's financial affairs[.]" 11 U.S.C. § 521(a).

2 Pursuant to Federal Rule of Bankruptcy Procedure ("**FRBP**") 1007(c) and Local Bankruptcy Rule

3 1007-1, if no extension of time has been granted, the debtor must file its Schedules, SOFA and other

4 Required Documents within fourteen (14) days from the date of the filing of its bankruptcy petition.

5 However, FRBP 1007(c) also provides that an extension of time for the filing of the Schedules,

6 SOFA and other Required Documents may be granted "on motion for cause shown and on notice to

7 the United States Trustee[.]"

8 Here, as set forth above, since the Debtor filed for bankruptcy, the Debtor has sought to

9 comply with their obligations to remain in Chapter 11, including gathering and submitting all of the

10 administrative compliance materials necessary to submit to the United States Trustee. Further, given

11 that the Debtor operates its business locally, but must coordinate with vendors internationally, the

12 Debtor's bankruptcy counsel requires additional time to review agreements and assets in connection

13 with the filing of the Required Documents. If the Debtor is forced to file the Required Documents

14 by October 6, 2025, it is highly likely that the Debtor would have to later supplement, revise and

15 make substantial amendments to the Required Documents. Thus, the Debtor respectfully submit

16 that their requested extension of time to file the Required Documents is reasonable and appropriate

17 and should be approved by the Bankruptcy Court. The Debtor does not believe that any creditors

18 will be prejudiced by the extension of time requested herein. Based on the foregoing, the Debtor

19 respectfully submit that cause exists to extend the deadline to file the Required Documents.

## III.

## CONCLUSION

Wherefore, the Debtor requests that the Court enter an Order extending the deadline by which the Debtor must file all other case commencement documents until October 20, 2025.

DATED:  October 6, 2025            ERVIN COHEN & JESSUP LLP

By:    */s/ Chase A. Stone*
       Chase Stone
       Attorneys for Proposed Counsel for the Chapter 11
       Debtor/Debtor-In-Possession

18899.1:11668760.2                              3
DEBTOR'S EX PARTE MOTION FOR AN ORDER EXTENDING TIME TO FILE SCHEDULES, ETC.

## DECLARATION OF CHASE A. STONE

I, Chase A. Stone, declare as follows:

1.    I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently with respect thereto. I am an attorney with Ervin Cohen & Jessup LLP ("**ECJ**"), proposed bankruptcy counsel for CIS International Holdings (N.A.) Corporation d/b/a eTropical Fish (the "**Debtor**"). I am licensed to practice law in the State of California and before this Court.

2.    Since the Debtor filed for bankruptcy, I have worked closely with the Debtor's principals to assist with its compliance obligations, including preparation of the Required Documents and submission of materials to the United States Trustee.

3.    The Debtor's Initial Debtor Interview ("**IDI**") was held on October 6, 2025 at 1:00 p.m. The Debtor's meeting of creditors pursuant to 11 U.S.C. § 341(a) was also held on October 6, 2025 at 1:30 p.m., which has been continued until November 3, 2025. If the deadline to file the Required Documents is extended per the Debtor's request, the Debtor's Required Documents will still be filed more than a week prior to the continued meetings of creditors.

4.    At this juncture, I am assisting the Debtor with preparing the Required Documents, but additional time is needed to thoroughly and accurately complete them, including disclosure of complex overseas assets and operations. If required to file by October 6, 2025, I believe substantial amendments would likely be necessary, increasing administrative expenses and creating confusion.

5.    I respectfully submit that under these circumstances, cause exists to afford the Debtor an extension of time, up to and including October 20, 2025, to prepare and file the Required Documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of October, 2025, at Los Angeles, California.

                                                              */s/ Chase A. Stone*
                                                              Chase A. Stone

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document entitled **DEBTOR'S EX PARTE MOTION FOR AN ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, AND ALL OTHER REQUIRED DOCUMENTS; DECLARATION OF CHASE STONE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 6, 2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Dennis A Dressler on behalf of Creditor Tokyo Century (USA) Inc.
ddressler@dresslerpeters.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Byron Z Moldo on behalf of Debtor CIS International Holdings (N.A.) Corporation
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Amitkumar Sharma on behalf of Creditor Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Chase Aleksander Stone on behalf of Debtor CIS International Holdings (N.A.) Corporation
cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On  **October 6, 2025** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**PLEASE SEE ATTACHED SERVICE LIST**

☒ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 6, 2025** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*VIA MESSENGER*
Honorably Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/06/25 | Angela Antonio | /s/ Angela Antonio |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

Case 2:25-bk-18374-BR    Doc 17    Filed 10/06/25    Entered 10/06/25 19:22:29    Desc
Main Document    Page 7 of 12

2:25-bk-18374-BR CIS International Holdings (N.A.) Corporation
Case type: bk Chapter: 11 Asset: Yes Vol: v Judge: Barry Russell
Date filed: 09/22/2025 Date of last filing: 10/03/2025

# Creditors

**ADT Security**
PO Box 371878
Pittsburgh, PA 15250

(42685105)
(cr)

**American Packaging Capital Inc**
PO Box 77077
Minneapolis, MN 55480-7777

(42685106)
(cr)

**California Employee Develop Dept**
PO Box 826218
Sacramento, CA 94230-6218

(42685107)
(cr)

**Chase A Stone Byron Z Moldo**
Ervin Cohen and Jessup LLP
9401 Wilshire Blvd
12th Floor
Beverly Hills, CA 90212-2974

(42685104)
(cr)

**CIS International Holdings N.A. Corp**
1405 W 178th Street
Gardena, CA 90248

(42682202)
(cr)

**CIS International Holdings NA Corporation**
dba E Tropical Fish
1405 W 178th Street
Gardena, CA 90248

(42685103)
(cr)

**CIS Intl Distributors Inc**
1401 W 178th St
Gardena, CA 90248

(42685108)
(cr)

**CV Sematik Perkasa Indonesia**
JL Setiawarg a 2I3BB
RT 002 RW 004 Jatiranggon
Jatisampurna, Kota Bekasi

(42685109)
(cr)

**DB Group America LTD**
200 E Alondra Blvd
Gardena, CA 90248

(42685110)
(cr)

**DB Group America Ltd**
2351 US Route 130
Dayton, NJ 08810

(42685111)
(cr)

**Federal Express**
PO Box 223125
Pittsburgh, PA 15251

(42685112)
(cr)

**Fedex Freight Inc**
PO Box 21415
Pasadena, CA 91185-1415

(42685113)
(cr)

**Fleet Global Logistics**
19 Srinakarin Rd 4th Floor
Bangna Bangnha Nuea
Bangkok Thailand, 10260

(42685114)
(cr)

**Fleet Global Logistics**
4646 E Van Buren St
Phoenix, AZ 85008-6927

(42685115)
(cr)

**Ford Motor Credit**
PO Box 537901
Livonia, MI 48153-7901

(42685116)
(cr)

**Ford Motor Credit Company LLC**
c/o AIS Portfolio Services
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(42693977)
(cr)

**Fundr**
43 W 23rd Street Second Floor
New York, NY 10010

(42685117)
(cr)

**Glenn F Russel Jr**
38 Rock Street No 12
Fall River, MA 02720

(42685118)
(cr)

**Golden State Water Company**
PO Box 9016
San Dimas, CA 91773-9016

(42685119)
(cr)

**Guangzhou Quick Production Co**
A20 of Room 1001 No 621
Tianhe Rd Tianhe District
Guang Zhou Guangzhou, China

(42685120)
(cr)

**Irene Hector**
Wright Law Group PLLC
1110 N Virgil Avenue PMB 90003
Los Angeles, CA 90029

(42685121)
(cr)

**John T Szalan Esq**
Neubert Pepe Monteith PC
195 Church Street 13th Floor
New Haven, CT 06510

(42685122)
(cr)

**Launch Funding Group LLC**
1250 E Hallandale Beach Blvd
Suite 505
Hallandale, FL 33009

(42685123)
(cr)

**Lincoln Benefit Life Company**
PO Box 4322
Carol Stream, IL 60197

(42685124)
(cr)

**Lions Rock Investment LLC**
1401 W 178th Street
Gardena, CA 90248

(42685126)
(cr)

**Lions Rock Wisconsin LLC**
2253 Air Pk Rd
Rhinelander, WI 54501

(42685125)
(cr)

**Lionsrock Wisconsin LLC**
4 Sundown Drive
Rolling Hills Estates, CA 90274

(42685127)
(cr)

**Lucas Rocklin Esq**
Neubert Pepe Monteith PC
195 Church Street 13th Floor
New Haven, CT 06510

(42685128)
(cr)

**Microsoft Corporation**
One Microsoft Way
Redmond, WA 98052-6399

(42685129)
(cr)

**Newtek Bank NA**
1111 Brickell Ave
Suite 135
Miami, FL 33131

(42685130)
(cr)

**Newtek Bank NA**
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042

(42685131)
(cr)

**Nextiva**
9451 East Via de Ventura
Scottsdale, AZ 85256

(42685132)
(cr)

**North Star Leasing**
Division of Peoples Bank
PO Box 4505
Burlington, VT 05406-4505

(42685133)
(cr)

**One Fund Loan**
43 W 23rd St
2nd Floor
New York, NY 10010

(42685134)
(cr)

**Panthers Capital LLC**
9W Broad St No 320
Stamford, CT 06902

(42685137)
(cr)

**Panthers Capital LLC**
157 Church Street
Suite 1971
New Haven, CT 06510

(42685135)
(cr)

**Panthers Capital LLC**
10 E Merrick Rd
Suite 204
Valley Stream, NY 11580

(42685136)
(cr)

**Quick Funding Group LLC**
dba Quick Funding Group
Hasset and George PC
945 Hopmeadow Street
Simsbury, CT 06070

(42685138)
(cr)

**Regain Group LLC**
One Bridge Plaza North
Fort Lee, NY 07024

(42685139)
(cr)

**Sematik**
J1 Setia Warga II No 37
RT 02 RW 04 Kec Jati Kelurahan
Jatiranggon, 17432 Indonesia

(42685140)
(cr)

**Settle**
29 W 17th Street
2nd Floor
New York, NY 10011

(42685141)
(cr)

**Shorr Packaging**
1100 Eliwanda Ave
Los Angeles Branch
Ontario, CA 91760-8658

(42685142)
(cr)

**Siam Tropical Fish**
14 Moo 129 Moo 4 T Phrong Maduea
A Mueang Nakhon Pathom
Nakhon Pathom Province, Thailand 73

(42685144)
(cr)

**Siam Tropical Fish Ltd**
77 29 Moo 7
Anusaowaree Sub-District
Bangkehn District, Thailand

(42685143)
(cr)

**Signature Staff Resources LLC**
1460 TL Townsend Dr No 104
Rockwall, TX 75032

(42685145)
(cr)

**SoCalGas**
PO Box C
Monterey Park, CA 91756-9016

(42685146)
(cr)

**Southern California Edison Company**
PO Box 300
Rosemead, CA 91770-0800

(42685147)
(cr)

**Spectrum**
Charter Communications
PO Box 223085
Pittsburgh, PA 15251

(42685148)
(cr)

**State Farm Insurance**
One State Farm Plaza
Bloomington, IL 61710

(42685149)
(cr)

**Supreme Orchid Expert PVT Ltd**
372A Nawala Rd

(42685150)
(cr)

| | |
|---|---|
| Nawala<br>Sri Lanka | |
| **Teknowledge Shared Services Ltd**<br>27 6A Park Lane<br>Rajagiriya, Sri Lanka | (42685151)<br>(cr) |
| **Teknowlege Shared Services Ltd**<br>372 A Nawala Road<br>Nawala<br>Sri Lanka | (42685152)<br>(cr) |
| **Tropical Fish International**<br>27 6A Park Lane<br>Sri Jayawardenepura Kotte<br>Sri Lanka 11222 | (42685153)<br>(cr) |
| **Tropical Fish International**<br>372A Nawala Rd<br>Nawala Sri Lanka | (42685154)<br>(cr) |
| **Uline**<br>12575 Uline Dr<br>Pleasant Prairie, WI 53158 | (42723947)<br>(cr) |
| **UPS**<br>Executive Financial Enterprises<br>PO Box 894820<br>Los Angeles, CA 90189-4820 | (42685156)<br>(cr) |
| **US Small Business Administration**<br>Office of General Counsel<br>312 North Spring Street 5th Floor<br>Los Angeles, CA 90012 | (42685155)<br>(cr) |
| **USPA**<br>6510 73rd Street<br>Vero Beach, FL 32967 | (42685157)<br>(cr) |
| **Victory Packaging**<br>3550 E Francis Street<br>Suite 200<br>Ontario, CA 91761 | (42685158)<br>(cr) |
| **Waste Resources**<br>PO Box 2410<br>Gardena, CA 90247-0410 | (42685159)<br>(cr) |
| **Western Overnight LLC**<br>PO Box 984820<br>Los Angeles, CA 90189-4820 | (42685161)<br>(cr) |
| **Western Overnight LLC**<br>16 Corporate Woods Blvd<br>Suite 1<br>Albany, NY 12211 | (42685160)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/06/2025 15:28:28 | | | |
| **PACER Login:** | Chstoneecj | **Client Code:** | 18899-1 |
| **Description:** | Creditor List | **Search Criteria:** | 2:25-bk-18374-BR Creditor Type: All |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |