**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

FILED & ENTERED

OCT 15 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>Debtor. | Case No.: 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**ORDER DENYING "EX PARTE MOTION FOR SECOND ORDER EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS, AND ALL OTHER REQUIRED DOCUMENTS"** |

This matter is before the Court on the "Ex Parte Motion For Second Order Extending Time For Debtor To File Schedules Of Assets And Liabilities, Statements Of Financial Affairs, And All Other Required Documents" filed on October 15, 2025 (Docket No. 51).

The Court has reviewed the motion and declaration. No good cause having been shown, the debtor's motion is **DENIED.**

IT IS SO ORDERED.

###

Date: October 15, 2025

_____
Barry Russell
United States Bankruptcy Judge

1