1  **POLSINELLI LLP**
Randye B. Soref (SBN 99146)
2  Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
3  Los Angeles, CA 90067
Telephone:    310.556.1801
4  Facsimile:    310.556.1802
Email:        rsoref@polsinelli.com
5  Email:        tbehnam@polsinelli.com

6
*Attorneys for Panthers Capital LLC*
7

8  **UNITED STATES BANKRUPTCY COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  In Re:

11  CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,

12          Debtor.

Case No. 2:25-bk-18374-BR

Chapter 7

**NOTICE OF PANTHERS CAPITAL LLC'S MOTION TO RECONSIDER ORDER APPROVING STIPULATION BETWEEN DEBTOR AND PETCO FOR TURNOVER**

Hearing:
Date: December 16, 2025
Time: 10:00 a.m.
Place: Courtroom 1668
255 East Temple Street
Los Angeles, CA 90012

1
**MOTION TO RECONSIDER ORDER APPROVING PETCO STIPULATION**

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT on December 16, 2025 at 10:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012, the Court will hear** Panthers Capital LLC's ("**Panthers**") *Motion to Reconsider the Order Approving the Stipulation Between Debtor and Petco for Turnover* (the "**Motion**") filed on this Court's Docket at Docket No. 100.

**PLEASE TAKE FURTHER NOTICE THAT**, the Motion is based upon this Notice of Motion, the Motion, Federal Rule of Bankruptcy Procedure 9024, Federal Rule of Civil Procedure 60(c), Local Bankruptcy Rule 9013-4, and 28 U.S.C. §157(c)(1), the Declaration of Benjamin Isaacov in support of the Motion [Docket No. 101], all pleadings, records and files in this case, and upon such further evidence and argument as may be submitted at or before the time of the hearing. A full and complete copy of the Motion and supporting pleadings is on file with the Clerk of the United States Bankruptcy Court, 255 East Temple Street, Los Angeles, California 90012, and is available for inspection during the Court's normal business hours and has been served upon all parties herein.

**PLEASE TAKE FURTHER NOTICE THAT**, that under Local Bankruptcy Rule 9013-1(f), any party in interest who opposes this Motion shall, no later than fourteen (14) days prior to the hearing, file with the Court, and serve upon Counsel for Panthers and all other parties a complete written statement of all reasons in opposition thereto or in support, declarations and copies of all evidence on which the responding party intends to rely, and any responding memorandum of points and authorities.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve any response or opposition may be deemed by the court to be consent to the approval of the Motion.

Dated:   November 12, 2025                    POLSINELLI LLP

                                   By:        */s/ Tanya Behnam*
                                              Tanya Behnam
                                              Randye B. Soref

                                       *Attorneys for Panthers Capital LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Suite 2900, Los Angeles, CA 90067

**A TRUE AND CORRECT COPY OF THE FOREGOING DOCUMENT ENTITLED (*SPECIFY*): NOTICE OF PANTHERS CAPITAL LLC'S MOTION TO RECONSIDER ORDER APPROVING STIPULATION BETWEEN DEBTOR AND PETCO FOR TURNOVER**
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 12, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) November 12, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 12, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**BY OVERNIGHT MAIL (FEDERAL EXPRESS)**
Hon. Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| November 12, 2025 | Cindy M. Cripe | */s/ Cindy M. Cripe* |
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
106464755.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (Continued)**

Ismail Amin on behalf of Creditor Newtek Bank, N.A.
iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com;
shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com

Tanya Behnam on behalf of Creditor Panthers Capital LLC
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Christopher Beyer on behalf of Creditor North Star Leasing, a Division of Peoples Bank
cab@replevin.com, ecf@writofseizure.com

Michael D Breslauer on behalf of Interested Party Courtesy NEF
mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Dennis A Dressler on behalf of Creditor Tokyo Century (USA) Inc. ddressler@dresslerpeters.com

David M Goodrich (TR)
dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law

Michael Jones on behalf of U.S. Trustee United States Trustee (LA) michael.jones4@usdoj.gov

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Byron Z Moldo on behalf of Debtor CIS International Holdings (N.A.) Corporation
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Scott Olson on behalf of Creditor Settle Funding, LLC solson@seyfarth.com, chidocket@seyfarth.com

Amitkumar Sharma on behalf of Creditor Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Randye B Soref on behalf of Creditor Panthers Capital LLC
rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

Chase Aleksander Stone on behalf of Debtor CIS International Holdings (N.A.) Corporation
cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Cranston J Williams on behalf of Creditor Southern California Gas Company
cwilliams3@socalgas.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
106464755.1

F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL**

**Counsel for Petco Animal Supplies Stores, Inc.**
Baker Hostetler
c/o Adam Fletcher
127 Public Square, Suite 2000
Cleveland, OH 44114-1214

**3. SERVED BY EMAIL**

**Counsel for Petco Animal Supplies Stores, Inc.**
Baker Hostetler
c/o Adam Fletcher
afletcher@bakerlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
106464755.1

**F 9013-3.1.PROOF.SERVICE**