Byron Z. Moldo (SBN 109652)
  bmoldo@ecjlaw.com
Chase Stone (SBN 335228)
  cstone@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for Former Debtor and Debtor in Possession (now Debtor in Chapter 7)

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CIS International Holdings (N.A.) Corporation dba E Tropical Fish,<br><br>Debtor. | Case No. 2:25-18374-BR<br><br>Chapter 7<br><br>**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE PURSUANT TO BANKRUPTCY RULE 1019(5)**<br><br>Hon. Barry Russell<br><br>[No Hearing Requested] |

ERVIN COHEN & JESSUP LLP

# I.

# **CASH**

(a) Cash balance on hand at date of conversion[1]:

$708,382.98 estimated (gross) as of October 22, 2025.

(b) List the bank name and last four digits of account numbers where all of the cash held on conversion date was located.

Genesis Bank
4675 MacArthur Ct., Suite 1600
Newport Beach, CA 92660

Account Ending: XXXXX7610; XXXXX0102 (Operating); XXXXX0116 (Payroll); XXXXX0123 (Tax)

(c) Is the cash balance on hand at conversion stated above subject to a security interest?

Yes.

(d) If so, state the name and address of the secured creditor and the amount unpaid on the security agreement as of the date of conversion:

Newtek Bank, National Association (formerly *NewTek Small Business Finance, LLC*)
**Principal Balance**:   $3,500,000
UCC Financing Statement (UCC 1) U230017912023 dated **March 15, 2023**
**Amount Unpaid**:    $3,287,168.00 (approx.)

Settle Funding LLC
**Principal Balance**:   (*Refer to Loan Documents*)
UCC Financing Statement (UCC 1) U240034230118 dated **April 17, 2024**
**Amount Unpaid**:    $2,799,928.57 (approx.)

Launch Funding Group, LLC
**Principal Balance**:   $220,000
UCC Financing Statement (UCC 1) U240060239524 dated **July 26, 2024**
**Amount Unpaid**:    $137,171 (approx.)

Panthers Capital LLC
**Principal Balance**:   $3,000,000
UCC Financing Statement (UCC 1) U240089083636 dated **November 18, 2024**
**Amount Unpaid**:    $1,811,280.14 (approx.)

---

[1] *Order Converting Case to Chapter 7* (the "**Order**") [Dkt. No. 80] was entered on October 22, 2025.

- 1 -

## II.

## ACCOUNTS RECEIVABLE

(a) Total amount due the debtor from other entities or individuals on date the case was converted to a chapter 7 case.

Approximately $1,811,280.14 representing receivables primarily from Petco Animal Supplies Stores, Inc., which have been transmitted to the Chapter 7 Trustee.

(b) Is the account receivable balance stated above subject to a security interest?

Yes.

(c) If so, state the name and address of the secured creditor and the amount unpaid on the date of conversion on the security agreement:

Newtek Bank, National Association (formerly *NewTek Small Business Finance, LLC*)
**Principal Balance**:    $3,500,000
UCC Financing Statement (UCC 1) U230017912023 dated **March 15, 2023**
**Amount Unpaid**:    $3,287,168.00 (approx.)

Settle Funding LLC
**Principal Balance**:    (*Refer to Loan Documents*)
UCC Financing Statement (UCC 1) U240034230118 dated **April 17, 2024**
**Amount Unpaid**:    $2,799,928.57 (approx.)

Launch Funding Group, LLC
**Principal Balance**:    $220,000
UCC Financing Statement (UCC 1) U240060239524 dated **July 26, 2024**
**Amount Unpaid**:    $137,171 (approx.)

Panthers Capital LLC
**Principal Balance**:    $3,000,000
UCC Financing Statement (UCC 1) U240089083636 dated **November 18, 2024**
**Amount Unpaid**:    $1,811,280.14 (approx.)

(d) Itemize below all accounts receivable due the debtor from other entities or individuals on the date that the case was converted to a chapter 7 case:

Petco Animal Supplies Stores, Inc.:    $1,811,280.14 (est.)

///

///

///

///

# III.

# **ACCOUNTS PAYABLE**

(a) Total unpaid debts incurred during chapter 11 case.

$400,000 estimated between 9/22/25 (Petition Date) and 10/22/25 (Conversion).

(b) Itemize below all unpaid debts incurred during the chapter 11 case including unsecured debts, secured debts, taxes, wages, administrative expenses, etc, but not including any prepetition debts:

| Creditor/Payee | Description | Estimated Amount Incurred/Unpaid |
|---|---|---|
| Ervin Cohen & Jessup LLP | After Petition Date through and until October 22, 2025 (Proposed Ch. 11 counsel). | $77,174.50 (est.) unpaid. |
| Dominic LoBuglio, CPA | After Petition Date through and until October 22, 2025 (Proposed accountant for the Estate). | $14,885 (est.) unpaid. |
| BPM LLP | After Petition Date through and until October 22, 2025 (Tax preparation services). | $20,000 (est.) unpaid. |
| Employee Wages | Wages unpaid between Petition Date after Petition Date through and until October 22, 2025. | $65,000 (est.) unpaid. |
| Insider compensation (Sam and Varuni Samarasinghe) | Unpaid/incurred as of October 1, 2025 for CEO and Director. | $8,420 (est.) unpaid. |
| Lionsrock Investments LLC | Postpetition rent unpaid/incurred as of October 1, 2025 for 1401-1404 W. 178th St. Gardena, CA. | $76,000 unpaid. |
| Insurance | Monthly premium payments for required insurance policies as of October 1, 2025. | $5,000 (est.) unpaid. |
| Utilities | After Petition Date through and until October 22, 2025. | $15,000 (est.) (unpaid) |
| IT Services | After Petition Date through and until October 22, 2025. | $11,250 (est.) (unpaid). |
| Suppliers/Vendors | After Petition Date through and until October 22, 2025. | Subject to further review. |

///

///

///

///

- 3 -

## IV.

## DATE THAT MATRIX OF UNPAID CREDITORS DURING THE CHAPTER 11 CASE WAS FILED ON SEPTEMBER 22, 2025 [DKT. NO. 1]

Not later than 14 days after conversion of the case, a schedule of unpaid debts is to be filed. This schedule should be an appropriate matrix for mailing purposes containing the names and address of all unpaid entities since the commencement of the Chapter 11 case.

## V.

## ORIGINAL CHAPTER 11 ASSETS

Itemize below the assets of the debtor other than cash or accounts receivable on the date the petition was filed that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to the chapter 7 case:

None.

## VI.

## NEW CHAPTER 11 ASSETS

Itemize below the assets of the debtor other than cash or accounts receivable that were acquired by the debtor during the chapter 11 case and that were disposed of during chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case. (Note: For individual debtors, this must include post-petition earnings. See 11 U.S.C. § 1115(a)(2)).

None.

## VII.

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(a) Rejected: List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

None.

(b) New, assumed, or not rejected: List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executor contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of property covered by the contract:

None.

# VIII.

**PAYMENTS TO INSIDERS DURING THE COURSE OF THE CHAPTER 11 PENDENCY**

N/A.

*The debtor has reviewed this Final Report, consisting of four pages and exhibits and declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge, information and belief.*

Executed on: 11/18/2025

CIS International Holdings N.A. Corporation

Signed: *[signature]*
Print name: Charitha Samarasinghe
Title: CEO

**DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)**
*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, *(print name of declarant)* Chase A. Stone_____, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3. As set forth in the table below, either–
   a. <u>Oral verification</u>: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively
   b. <u>Explanation</u>: I provide the following explanation why no such verification is provided (*e.g.*, that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

|   | Name of signer | Date of oral* verification | -OR-   Explanation why no verification is provided |
|---|---|---|---|
| 1. | Charitha Samarasinghe | 11/18/25 | ☐ See explanation below. |
| 2. |  |  | ☐ See explanation below. |
| 3. |  |  | ☐ See explanation below. |
| 4. |  |  | ☐ See explanation below. |
| 5. |  |  | ☐ See explanation below. |

Explanation(s) *(if applicable)*:



☐ see attached continuation sheet

*<u>Verification must be oral</u>. For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures. *See* LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/18/25 | Chase A. Stone | /s/ Chase A. Stone |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2024                                Page 1                          F 9011-1.SIGNATURE.VERIF.DEC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document entitled **FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE PURSUANT TO BANKRUPTCY RULE 1019(5)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 18, 2025** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ismail Amin on behalf of Creditor Newtek Bank, N.A.
iamin@talglaw.com,
pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com

Tanya Behnam on behalf of Creditor Panthers Capital LLC
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Christopher Beyer on behalf of Creditor North Star Leasing, a Division of Peoples Bank
cab@replevin.com, ecf@writofseizure.com

Michael D Breslauer on behalf of Interested Party Courtesy NEF
mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Dennis A Dressler on behalf of Creditor Tokyo Century (USA) Inc.
ddressler@dresslerpeters.com

David M Goodrich (TR)
dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law

Michael Jones on behalf of U.S. Trustee United States Trustee (LA)
michael.jones4@usdoj.gov

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Byron Z Moldo on behalf of Debtor CIS International Holdings (N.A.) Corporation
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Scott Olson on behalf of Creditor Settle Funding, LLC
solson@seyfarth.com, chidocket@seyfarth.com

Amitkumar Sharma on behalf of Creditor Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Randye B Soref on behalf of Creditor Panthers Capital LLC
rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

Chase Aleksander Stone on behalf of Debtor CIS International Holdings (N.A.) Corporation

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Cranston J Williams on behalf of Creditor Southern California Gas Company
cwilliams3@socalgas.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **November 18, 2025** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Panthers Capital LLC
Attn: Mike Herzog, c/o Benjamin Isaacov
9 W Broad St #320
Stamford, CT 06902

Launch Funding Group LLC
1250 E Hallandale Beach Blvd., Suite 505
Hallandale, FL 33009

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **N/A**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/18/25 | Angela Antonio | /s/ Angela Antonio |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:25-bk-18374-BR<br>Central District of California<br>Los Angeles<br>Tue Nov 18 15:54:08 PST 2025 | CIS International Holdings (N.A.) Corporatio<br>1405 W. 178th Street<br>Gardena, CA 90248-3201 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Ford Motor Credit Company LLC, c/o AIS Portf<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | (p)OFFICE OF FINANCE   CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 |
| North Star Leasing, a Division of Peoples Ba<br>c/o Wright Law Group, PLLC<br>1110 N Virgil Ave PMB 90003<br>Los Angeles, CA 90003 United States 90029-2016 | Panthers Capital LLC<br>Benjamin Isaacov, CEO & President<br>9 W Broad St, Suite 320<br>Stamford, CT 06902-3758 | Southern California Gas Company<br>555 West 5th Street<br>Suite 1400<br>Los Angeles, CA 90013-1010 |
| Tokyo Century (USA) Inc.<br>c/o Dennis Dressler<br>Dressler Peters, LLC<br>101 W. Grand Ave., Suite 404<br>Chicago, IL 60654-7129 | Los Angeles Division<br>255 East Temple Street<br>Los Angeles, CA 90012-3332 | ADT Security<br>PO Box 371878<br>Pittsburgh, PA 15250-7878 |
| American Packaging Capital Inc<br>PO Box 77077<br>Minneapolis, MN  55480-7777 | CIS International Holdings N.A. Corp<br>1405 W 178th Street<br>Gardena, CA 90248-3201 | CIS International Holdings NA Corporation<br>dba E Tropical Fish<br>1405 W 178th Street<br>Gardena, CA 90248-3201 |
| CIS Intl Distributors Inc<br>1401 W 178th St<br>Gardena, CA 90248-3201 | California Employee Develop Dept<br>PO Box 826218<br>Sacramento, CA  94230-6218 | Chase A Stone   Byron Z Moldo<br>Ervin Cohen and Jessup LLP<br>9401 Wilshire Blvd<br>12th Floor<br>Beverly Hills, CA 90212-2944 |
| DB Group America LTD<br>200 E Alondra Blvd<br>Gardena, CA 90248-2808 | DB Group America Ltd<br>2351 US Route 130<br>Dayton, NJ 08810-1648 | Federal Express<br>PO Box 223125<br>Pittsburgh, PA 15251-2125 |
| Fedex Freight Inc<br>PO Box 21415<br>Pasadena, CA  91185-1415 | Fleet Global Logistics<br>19 Srinakarin Rd 4th Floor<br>Bangna Bangnha Nuea<br>Bangkok Thailand, 10260 | Fleet Global Logistics<br>4646 E Van Buren St<br>Phoenix, AZ 85008-6915 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Ford Motor Credit Company LLC<br>c/o AIS Portfolio Services<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Fundr<br>43 W 23rd Street Second Floor<br>New York, NY 10010-4203 |
| Glenn F Russel Jr<br>38 Rock Street No 12<br>Fall River,  MA 02720-3130 | Golden State Water Company<br>PO Box 9016<br>San Dimas, CA 91773-9016 | Guangzhou Quick Production Co<br>A20 of Room 1001 No 621<br>Tianhe Rd Tianhe District<br>Guang Zhou Guangzhou, China |

```
Irene Hector                      JPMorgan Chase Bank, N.A.        JPMorgan Chase Bank, N.A.
Wright Law Group PLLC             s/b/m/t Chase Bank USA, N.A.     s/b/m/t Chase Bank USA, N.A.
1110 N Virgil Avenue PMB 90003    Robertson, Anschutz, Schneid,    c/o National Bankruptcy Services, LLC
Los Angeles, CA 90029-2016        & Crane LLP                      P.O. Box 9013
                                  6409 Congress Avenue, Suite 100  Addison, Texas 75001-9013
                                  Boca Raton, FL 33487-2853


John T Szalan Esq                 Launch Funding Group LLC         Lincoln Benefit Life Company
Neubert Pepe Monteith PC          1250 E Hallandale Beach Blvd     PO Box 4322
195 Church Street 13th Floor      Suite 505                        Carol Stream, IL 60197-4322
New Haven, CT 06510-2009          Hallandale, FL 33009-4635


Lions Rock Investment LLC         Lions Rock Wisconsin LLC         Lionsrock Wisconsin LLC
1401 W 178th Street               2253 Air Pk Rd                   4 Sundown Drive
Gardena, CA 90248-3201            Rhinelander, WI 54501-8425       Rolling Hills Estates, CA 90274-5133


Lucas Rocklin Esq                 Microsoft Corporation            Newtek Bank NA
Neubert Pepe Monteith PC          One Microsoft Way                1111 Brickell Ave
195 Church Street 13th Floor      Redmond, WA 98052-8300           Suite 135
New Haven, CT 06510-2009                                           Miami, FL 33131-3122


Newtek Bank NA                    Nextiva                          North Star Leasing
1981 Marcus Avenue                9451 East Via de Ventura         Division of Peoples Bank
Suite 130                         Scottsdale, AZ 85256-0001        PO Box 4505
New Hyde Park, NY 11042-1046                                       Burlington, VT  05406-4505


One Fund Loan                     Panthers Capital LLC             Panthers Capital LLC
43 W 23rd St                      10 E Merrick Rd                  157 Church Street
2nd Floor                         Suite 204                        Suite 1971
New York, NY 10010-4261           Valley Stream, NY 11580-5800     New Haven, CT 06510-2100


Panthers Capital LLC              Quick Funding Group LLC          Regain Group LLC
9W Broad St  No 320               dba Quick Funding Group          One Bridge Plaza North
Stamford, CT 06902-3758           Hasset and George PC             Fort Lee, NY 07024-7101
                                  945 Hopmeadow Street
                                  Simsbury, CT 06070-1865


Sematik                           Settle                           Shorr Packaging
J1 Setia Warga II No 37           29 W 17th Street                 1100 Eliwanda Ave
RT 02 RW 04 Kec Jati Kelurahan    2nd Floor                        Los Angeles Branch
Jatiranggon, 17432 Indonesia      New York, NY 10011-5508          Ontario, CA 91761-8658


Siam Tropical Fish                Siam Tropical Fish Ltd           Signature Staff Resources LLC
14 Moo 129 Moo 4 T Phrong Maduea  77 29 Moo 7                      1460 TL Townsend Dr No 104
A Mueang Nakhon Pathom            Anusaowaree Sub District         Rockwall, TX 75032-4912
Nakhon Pathom Province, Thailand 73  Bangkehn District, Thailand


SoCalGas                          SoCalGas                         (p)SOUTHERN CALIFORNIA EDISON COMPANY
P O Box 30337                     PO Box C                         1551 W SAN BERNARDINO ROAD
Los Angeles                       Monterey Park, CA 91754-0932     COVINA CA 91722-3407
CA 90030-0337
```

```
(p)SMB BANKRUPTCIES                 State Farm Insurance              Supreme Orchid Expert PVT Ltd
1600 DUBLIN RD                      One State Farm Plaza              372A Nawala Rd
FLOOR 3                             Bloomington, IL 61710-0001        Nawala
COLUMBUS OH 43215-2095                                                Sri Lanka


Teknowledge Shared Services Ltd     Teknowlege Shared Services Ltd    Tokyo Century (USA) Inc.
27 6A Park Lane                     372 A Nawala Road                 c/o Dennis A. Dressler
Rajagiriya, Sri Lanka               Nawala                            Dressler Peters, LLC
                                    Sri Lanka                         101 W. Grand Ave., Ste. 404
                                                                      Chicago, IL 60654-7129


Tropical Fish International         Tropical Fish International       Tropical Fish Internationl
27 6A Park Lane                     372A Nawala Rd                    372A Nawala Road
Sri Jayawardenepura Kotte           Nawala Sri Lanka                  Rajagirlya, Sri Lanka
Sri Lanka 11222


UPS                                 (p)U S  SMALL BUSINESS ADMINISTRATION   USPA
Executive Financial Enterprises     312 N SPRING ST 5TH FLOOR         6510 73rd Street
PO Box 894820                       LOS ANGELES CA 90012-4701         Vero Beach, FL 32967-5400
Los Angeles, CA  90189-4820


Uline                               United States Trustee (LA)        Victory Packaging
12575 Uline Dr                      915 Wilshire Blvd, Suite 1850     3550 E Francis Street
Pleasant Prairie, WI 53158-3686     Los Angeles, CA 90017-3560        Suite 200
                                                                      Ontario, CA 91761-2982


Vincent T. Norwillo, Esq.           Waste Resources                   Western Overnight LLC
Signature Staff Resources LLC       PO Box 2410                       16 Corporate Woods Blvd
c/o The Law Office of Vincent T. Norwill   Gardena, CA  90247-0410    Suite 1
1309 Ridge Rd., Ste. 1                                                Albany, NY 12211-2527
Hinckley, OH 44233-9765


Western Overnight LLC               Byron Z Moldo                     Chase Aleksander Stone
PO Box 984820                       XXXXXXXXXXXXXXXXXXXXX             XXXXXXXXXXXXXXXXXXXX
Los Angeles, CA  90189-4820         Ervin Cohen and Jessup            Ervin Cohen Y Jessup LLP
                                    XXXXXXXXXXXXXXXXXXXXX             XXXXXXXXXXXXXXXXXXXXX
                                    Attn: Accounts Payable            9401 Wilshire Blvd 12th Fl
                                    XXXXXXXXXXXXXXXXXXXXX             XXXXXXXXXXXXXXXXXXXXX
                                    9401 Wilshire Blvd 12th Floor     12th Floor
                                    XXXXXXXXXXXXXXXXXXXXX             XXXXXXXXXXXXXXXXXXXXX
                                    Beverly Hills, CA 90212-2944      Beverly Hills, CA 90212-2944


David M Goodrich (TR)
Golden Goodrich LLP
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626-3067
```

           The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
           by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Los Angeles City Clerk              Ford Motor Credit                 Southern California Edison Company
P.O. Box 53200                      PO Box 537901                     PO Box 300
Los Angeles, CA 90053-0200          Livonia, MI  48153-7901           Rosemead, CA  91770-0800
```

| | | |
|---|---|---|
| Spectrum<br>Charter Communications<br>PO Box 223085<br>Pittsburgh, PA  15251 | US Small Business Administration<br>Office of General Counsel<br>312 North Spring Street 5th Floor<br>Los Angeles, CA  90012 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Newtek Bank, N.A. | (u)Petco Animal Supplies Stores, Inc. |
| (u)Settle Funding, LLC | (u)CV Sematik Perkasa Indonesia<br>JL Setiawarg a 2I3BB<br>RT 002 RW 004 Jatiranggon<br>Jatisampurna, Kota Bekasi | End of Label Matrix<br>Mailable recipients    81<br>Bypassed recipients     5<br>Total                  86 |