David M. Goodrich
dgoodrich@go2.law
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

**FILED & ENTERED**

**NOV 21 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:

CIS INTERNATIONAL HOLDINGS CORPORATION, dba E TROPICAL FISH,

　　　　　　Debtor.

Case No. 2:25-bk-18374-BR

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING ABANDONMENT OF PROPERTY OF THE ESTATE**

Date: November 12, 2025
Time: 10:00 a.m.
Place: Courtroom 1668
255 E. Temple Street, Los Angeles, CA 90012

　　　　On November 12, 2025, at 10:00 a.m., a continued hearing was held in connection with an *Emergency Motion for Order Authorizing Abandonment of Real Property of the Estate Pursuant to 11 U.S.C 11 § 554* [Dkt. No. 91] ("Motion") filed by David M. Goodrich, chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings Corporation, dba E Tropical Fish ("Debtor"), in the United States Bankruptcy Court for the Central District of California, the Honorable Barry Russell, United States Bankruptcy Judge presiding. All appearances were noted on the record.

　　　　Having considered the Motion, the evidence submitted in support thereof, the limited opposition [Dkt. No. 96] and joinder [Dkt. No. 97] filed in response to the Motion,

the supplement filed by the Trustee [Dkt. No. 98], the argument of parties at the hearings held on the Motion, and for good cause shown, the Court hereby orders:

1. The Motion is granted in its entirety.

2. The Estate's interest in the assets attached to this order as Exhibit A, to the extent these assets are property of the Estate, are hereby abandoned pursuant to 11 U.S.C. § 554.

3. The automatic stay issued pursuant to 11 U.S.C. § 362(a) is hereby terminated as to all of the assets listed in Exhibit A to this order.

###

Date: November 21, 2025

Barry Russell
United States Bankruptcy Judge

# CIS International Holdings (N.A) Corp Equipment list

| # | Category | Description | Model |
|---|---|---|---|
| 1 | Machinery and Equipment | Filtration Equipment | Pentair |
| 2 | Machinery and Equipment | Phone System | 3 Com VOIP |
| 3 | Machinery and Equipment | Filters | Pentair |
| 4 | Machinery and Equipment | Lights | |
| 5 | Machinery and Equipment | Time Clocks | |
| 6 | Machinery and Equipment | Heaters | Aqua Logic |
| 7 | Machinery and Equipment | Filteration Equipment | Pentair |
| 8 | Machinery and Equipment | Bio Areation Media | Aquatic Eco System |
| 9 | Machinery and Equipment | Acrylic Tanks | |
| 10 | Machinery and Equipment | UV's | ASM Brand |
| 11 | Machinery and Equipment | Water Resoviors | Hydro |
| 12 | Machinery and Equipment | PLC Automation | Allen Bradley |
| 13 | Machinery and Equipment | Sweetwater Blower | Aquatic Eco Systems |
| 14 | Machinery and Equipment | Water Pumps | Baldor |
| 15 | Machinery and Equipment | Filteration Equipment | Aquatic Eco Systems |
| 16 | Machinery and Equipment | Float Exchange | |
| 17 | Machinery and Equipment | PLC Automation | Allen Bradley |
| 18 | Machinery and Equipment | Camera System | |
| 19 | Machinery and Equipment | Acrylic Tanks | |
| 20 | Machinery and Equipment | Plumbing & Automation | |
| 21 | Machinery and Equipment | Water System | |
| 22 | Machinery and Equipment | Plumbing & Automation | |
| 23 | Machinery and Equipment | Plumbing & Automation | |
| 24 | Machinery and Equipment | Chiller | Aqua Logic |
| 25 | Machinery and Equipment | Skimmer & Tower | RK 2 |

| # | Category | Subcategory | Brand |
|---|---|---|---|
| 26 | Machinery and Equipment | Plumbing & Automation | |
| 27 | Machinery and Equipment | Plumbing & Automation | |
| 28 | Machinery and Equipment | Plumbing & Automation | |
| 29 | Machinery and Equipment | Plumbing & Automation | |
| 30 | Machinery and Equipment | Plumbing & Automation | |
| 31 | Machinery and Equipment | Air Difusers | |
| 32 | Machinery and Equipment | Water Pumps | Baldor |
| 33 | Machinery and Equipment | Copy Machines | Brother |
| 34 | Machinery and Equipment | Plumbing & Automation | |
| 35 | Machinery and Equipment | Plumbing & Automation | |
| 36 | Machinery and Equipment | Beta Sealing Machine | |
| 37 | Machinery and Equipment | Plumbing & Automaton | |
| 38 | Machinery and Equipment | Plumbing & Automation | |
| 39 | Machinery and Equipment | Plumbing & Automation | |
| 41 | Machinery and Equipment | Temperature Controls | |
| 42 | Machinery and Equipment | Electrical Supplies | |
| 43 | Machinery and Equipment | Betta Sealing Machine | |
| 44 | Machinery and Equipment | Boiler | |
| 45 | Machinery and Equipment | Plumbing & Automation | |
| 47 | Machinery and Equipment | Electrical Supplies | |
| 48 | Machinery and Equipment | Plumbing & Automation | Aquatic Eco Systems |
| 49 | Machinery and Equipment | Plumbing & Automation | Aquatic Eco Systems |
| 50 | Machinery and Equipment | Plumbing & Automation | Aquatic Eco Systems |
| 51 | Machinery and Equipment | Waterhouse Equipment | Aquatic Eco Systems |
| 52 | Machinery and Equipment | Plumbing & Automation | Aquatic Eco Systems |
| 53 | Machinery and Equipment | Clipping Machine | Poly Clip |
| 54 | Machinery and Equipment | Sweetwater Blower | Aquatic Eco Systems |
| 55 | Machinery and Equipment | Plumbing & Automation | |
| 56 | Machinery and Equipment | Access Control | |
| 57 | Machinery and Equipment | Water Pumps | Baldor |
| 58 | Machinery and Equipment | Water Pumps | Baldor |

| # | Category | Item | Brand |
|---|---|---|---|
| 59 | Machinery and Equipment | PLC System | Allen Bradley |
| 60 | Machinery and Equipment | Water Pumps | Baldor |
| 61 | Machinery and Equipment | Conveyor for Betta Seal. | Hytrol |
| 62 | Machinery and Equipment | Electrical Supplies | |
| 63 | Machinery and Equipment | Box Sealing Machine | |
| 64 | Machinery and Equipment | Acrylic Tanks | |
| 65 | Machinery and Equipment | PLC System | Allen Bradley |
| 66 | Machinery and Equipment | Aquatic Equipment | |
| 67 | Machinery and Equipment | Acrylic Tanks | |
| 68 | Machinery and Equipment | Acylic Tanks | |
| 69 | Machinery and Equipment | PLC System | Allen Bradley |
| 70 | Machinery and Equipment | Plumbing & Automation | |
| 71 | Machinery and Equipment | Acrylic Tanks | |
| 72 | Machinery and Equipment | Plumbing & Automation | |
| 73 | Machinery and Equipment | Plumbing & Automation | |
| 74 | Machinery and Equipment | PLC System | Allen Bradley |
| 75 | Machinery and Equipment | Plumbing & Automation | |
| 76 | Machinery and Equipment | PLC System | Allen Bradley |
| 77 | Machinery and Equipment | Compressors | |
| 78 | Machinery and Equipment | Acrylic Tanks | |
| 79 | Machinery and Equipment | PCL System | Allen Bradley |
| 80 | Machinery and Equipment | PLC System | Allen Bradley |
| 81 | Machinery and Equipment | PLC System | Allen Bradley |
| 82 | Machinery and Equipment | PLC System | Allen Bradley |
| 83 | Machinery and Equipment | PLC System | Allen Bradley |
| 84 | Machinery and Equipment | Infrastructure Consulting | |
| 85 | Machinery and Equipment | PLC System | |
| 86 | Machinery and Equipment | Plumbing & Automation | |
| 87 | Machinery and Equipment | PLC System | |
| 88 | Machinery and Equipment | PLC System | |
| 89 | Machinery and Equipment | PLC System | |

| # | Category | Subcategory | Brand |
|---|---|---|---|
| 90 | Machinery and Equipment | PLC System | |
| 91 | Machinery and Equipment | Aquatic Equip | |
| 92 | Machinery and Equipment | Plumbing & Automation | |
| 93 | Machinery and Equipment | Plumbing & Automation | |
| 94 | Machinery and Equipment | PLC System | |
| 95 | Machinery and Equipment | PLC System | |
| 96 | Machinery and Equipment | Plumbing & Automation | |
| 97 | Machinery and Equipment | Plumbing & Automation | |
| 98 | Machinery and Equipment | PLC System | |
| 99 | Machinery and Equipment | Filteration Equip | |
| 100 | Machinery and Equipment | Plumbing & Automation | |
| 101 | Machinery and Equipment | Plumbing & Automation | |
| 102 | Machinery and Equipment | Plumbing & automation | |
| 103 | Machinery and Equipment | Plumbing & Automation | |
| 104 | Machinery and Equipment | PLC System | Allen Bradley |
| 105 | Machinery and Equipment | Plumbing & Automation | |
| 106 | Machinery and Equipment | Plumbing & Automation | |
| 107 | Machinery and Equipment | PLC System | Allen Bradley |
| 108 | Machinery and Equipment | Filteration Equipment | |
| 109 | Machinery and Equipment | PLC System | Allen Bradley |
| 110 | Machinery and Equipment | Plumbing & Automation | Festo |
| 111 | Machinery and Equipment | Plumbing & Automation | Festo |
| 112 | Machinery and Equipment | Plumbing & Automation | Festo |
| 113 | Machinery and Equipment | PLC System | Allen Bradley |
| 114 | Machinery and Equipment | Plumbing & Automation | |
| 117 | Machinery and Equipment | PLC Programing | Vortex |
| 118 | Machinery and Equipment | PLC Programing | Vortex |
| 119 | Machinery and Equipment | Direct EDI | Direct EDI |
| 120 | Machinery and Equipment | PLC Programing | TeKnowledge |
| 121 | Machinery and Equipment | Plant System | |
| 122 | Machinery and Equipment | PLC System | Allen Bradley |

| # | Category | Description | Manufacturer |
|---|---|---|---|
| 123 | Machinery and Equipment | Water Testing Equip. | |
| 124 | Machinery and Equipment | Salt Water Lighting Systm | |
| 125 | Machinery and Equipment | Emperor Aquatics | |
| 126 | Machinery and Equipment | RK2 System Parts | |
| 127 | Machinery and Equipment | UPS Software Platform | UPS |
| 128 | Machinery and Equipment | UPS Software Platform | UPS |
| 129 | Machinery and Equipment | EFT Software Develop. | TeKnowledge |
| 130 | Machinery and Equipment | EFT Software Development | TeKnowledge |
| 131 | Machinery and Equipment | EFT Software Development | TeKnowledge |
| 132 | Machinery and Equipment | EFT Software Development | TeKnowledge |
| 133 | Machinery and Equipment | EFT Software Development | TeKnowledge |
| 134 | Machinery and Equipment | EFT Software Development | TeKnowledge |
| 135 | Machinery and Equipment | 3 COM Phone System | 3 Com |
| 136 | Machinery and Equipment | PLC System | Allen Bradley |
| 137 | Machinery and Equipment | Water pumps | |
| 138 | Machinery and Equipment | Net Cam | |
| 139 | Machinery and Equipment | Packaging Conveyor System | |
| 140 | Machinery and Equipment | Net Cam | |
| 141 | Machinery and Equipment | Computer Server | |
| 142 | Machinery and Equipment | Electrical Supplies | Power & Control Systems Inc. |
| 143 | Machinery and Equipment | Electrical Supplies | Power & Control Systems Inc. |
| 144 | Machinery and Equipment | DBR Roofing & Archtectual | |
| 145 | Machinery and Equipment | Electrical Supplies | Power & Control Systems Inc. |
| 146 | Machinery and Equipment | Electrical Supplies | Power & Control Systems Inc. |
| 147 | Machinery and Equipment | ADT Security Equipment | |
| 148 | Machinery and Equipment | Campbell Sorensen | |
| 149 | Machinery and Equipment | Hicks Machinery | |
| 150 | Machinery and Equipment | Hicks Machinery | |
| 151 | Machinery and Equipment | Equipment | |
| 152 | Machinery and Equipment | 4 Motor Pumps | Baldor |
| 153 | Machinery and Equipment | Power Control System | |

| # | Category | Item | Description |
|---|---|---|---|
| 154 | Machinery and Equipment | UV Lamps | |
| 155 | Machinery and Equipment | Skimmer & Tower | RK 2 Systems |
| 157 | Machinery and Equipment | Pallet Jacks | |
| 158 | Machinery and Equipment | Twin Gold Fish system | |
| 159 | Machinery and Equipment | Power & Control System | |
| 160 | Machinery and Equipment | Power & Control system | |
| 161 | Machinery and Equipment | Skimmer & Tower | RK 2 Systems |
| 162 | Machinery and Equipment | Pumps | Baldor |
| 163 | Machinery and Equipment | Machine | |
| 164 | Machinery and Equipment | Pumps | Baldor |
| 165 | Machinery and Equipment | Touch Screen Computers | |
| 166 | Machinery and Equipment | Desktop Computers | |
| 167 | Machinery and Equipment | Pumps | Baldor |
| 168 | Machinery and Equipment | Touch Screen Computers | |
| 169 | Machinery and Equipment | Life Support System | |
| 170 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 171 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 172 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 173 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 174 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 175 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 176 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 177 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 178 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 179 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 180 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 181 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 182 | Machinery and Equipment | Life Support System | Life Support System consists of -3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 185 | Machinery and Equipment | CONVEYOR 120' mechanized | |
| 186 | Machinery and Equipment | Security door | |
| 187 | Machinery and Equipment | Stake Weel Conveyor | |

| # | Category | Description | Specification |
|---|---|---|---|
| 188 | Machinery and Equipment | Life Support System | Life Support System consists of ~3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 189 | Machinery and Equipment | Life Support System | Life Support System consists of ~3 Pumps, 3 Pentair Canister Filters, UV, Ammonia Tower, Skimmer, Bio Con Sand Filter, Nexus Mechanical Filter |
| 190 | Machinery and Equipment | Life Support System | |
| 191 | Machinery and Equipment | Electric Motor Items | Deltec TC 12000i |
| 192 | Machinery and Equipment | EQUIPMENT | |
| 195 | Machinery and Equipment | LED digital trinocular microscope | OMAX 40X-2500X |
| 196 | Machinery and Equipment | ZP-300P Barrier Bagging Machine | ZP-300P |
| 197 | Machinery and Equipment | UC D 17 Machine | UC D 17 |
| 198 | Machinery and Equipment | MOTOR | |
| 199 | Machinery and Equipment | Bag Sealer | BBY-100 Conveyor |
| 202 | Machinery and Equipment | Marine equipment | Radion XR30G5PRO |
| 203 | Machinery and Equipment | Deltec Protein Skimmer | Black Edition 7i w E-Flow |
| 204 | Machinery and Equipment | Marine equipment | Radion XR30G5PRO |
| 205 | Machinery and Equipment | EQUIPMENT | |
| 206 | Machinery and Equipment | Machine | UCD17 Horizontal |
| 207 | Machinery and Equipment | plastic bulk bin and fork straps | DGM454830-S |
| 208 | Machinery and Equipment | Rubber Roll | 1600-1/8-25 |
| 209 | Machinery and Equipment | Machine | UCD17 Horizontal |
| 210 | Machinery and Equipment | Samsung 65i TV | 65-Inch BE65T - H pro |
| 211 | Machinery and Equipment | Glass Door Freezer *2 | FMH-12 |
| 212 | Machinery and Equipment | EQUIPMENT * 4 | description? |
| 213 | Machinery and Equipment | Heating System | INTELLIGENT (IHC) AQUACULTURE SERIES TITANIUM SUBMERSIBLE HEATING SYSTEM WITH PRECISION DIGITAL 20 SERIES |
| 214 | Machinery and Equipment | Step tools | Plastic Step Stool |
| 215 | Machinery and Equipment | Vending Machine | |

| # | Category | Description | Brand | Specification |
|---|---|---|---|---|
| 1 | Improvements | SOLAR PANELS | Bisol | 130kw |

| # | Category | Description |
|---|---|---|

| # | Category | Item | Vendor |
|---|---|---|---|
| 1 | Furniture and Fixtures | Inventory Container 1 | |
| 2 | Furniture and Fixtures | Tables 1 | |
| 3 | Furniture and Fixtures | Fiberglass Tables 1 | |
| 4 | Furniture and Fixtures | Fiberglass Tables 2 | |
| 5 | Furniture and Fixtures | Fiberglass Tables 3 | |
| 6 | Furniture and Fixtures | Inventory Racks 1 | Action Wholesale |
| 7 | Furniture and Fixtures | Inventory Racks 2 | Action Wholesale |
| 8 | Furniture and Fixtures | Inventory Racks 3 | Action Wholesale |
| 9 | Furniture and Fixtures | Inventory Racks 4 | Action Wholesale |
| 10 | Furniture and Fixtures | Inventory Racks 5 | Action Wholesale |
| 11 | Furniture and Fixtures | Inventory Racks 6 | Action Wholesale |
| 12 | Furniture and Fixtures | Furniture 1 | |
| 13 | Furniture and Fixtures | Inventory Racks 7 | Action Wholesale |
| 14 | Furniture and Fixtures | Inventory Racks 8 | Action Wholesale |
| 15 | Furniture and Fixtures | Furniture 2 | |
| 16 | Furniture and Fixtures | Inventory Container 1 | |
| 17 | Furniture and Fixtures | Counting Tables | |
| 18 | Furniture and Fixtures | Inventory Racks 9 | Action Wholesale |
| 19 | Furniture and Fixtures | Inventory Racks 10 | Action Wholesale |
| 20 | Furniture and Fixtures | Inventory Racks 11 | Action Wholesale |
| 21 | Furniture and Fixtures | Tank System | |
| 22 | Furniture and Fixtures | Inventory Racks 12 | |
| 23 | Furniture and Fixtures | Retail Rack System 1 | Grainger |
| 24 | Furniture and Fixtures | Retail Rack System 2 | Grainger |
| 25 | Furniture and Fixtures | Retail Rack System 3 | Grainger |
| 26 | Furniture and Fixtures | Retail Rack System 4 | Grainger |
| 27 | Furniture and Fixtures | Retail Rack System 5 | Grainger |
| 28 | Furniture and Fixtures | Fiberglass Bins 1 | Fiberglass Bins |
| 29 | Furniture and Fixtures | Tables 2 | Desks |
| 30 | Furniture and Fixtures | Fiberglass Bins | Fiberglass Bins |
| 31 | Furniture and Fixtures | Heavy Security Door | Heavy Security Door |

| | | | | |
|---|---|---|---|---|
| 32 | Furniture and Fixtures | Inventory Racks 4 | | Metal storage Racks for Warehouse |
| 33 | Furniture and Fixtures | AZ Air Conditioning | | 4 roof Fans and 1 Blower System |
| 34 | Furniture and Fixtures | Fixture | | Teardrop upright |
| 35 | Furniture and Fixtures | Plant Rack Rollout /Petco | | |
| 36 | Furniture and Fixtures | Plank Rack Signage | | |
| 37 | Furniture and Fixtures | RACK SYSTEM | | |
| 38 | Furniture and Fixtures | FURNITURE & FIXTURES | | |
| 39 | Furniture and Fixtures | FURNITURE & FIXTURES | | |
| 40 | Furniture and Fixtures | Retail Rack System | | |
| 41 | Furniture and Fixtures | Retail Rack System | Hytrol | |
| 42 | Furniture and Fixtures | Retail Rack System | Hytrol | 3 story packing system include conveyers and baler |
| 43 | Furniture and Fixtures | Retail Rack System | Hytrol | |
| 44 | Furniture and Fixtures | Retail Rack System | Hytrol | |
| 45 | Furniture and Fixtures | Retail Rack System | Hytrol | |
| 46 | Furniture and Fixtures | 193 Retail Rack System | Hytrol | |
| 47 | Furniture and Fixtures | | Hytrol | |
| 48 | Furniture and Fixtures | Retail Rack System | Hytrol | |
| 49 | Furniture and Fixtures | Retail Rack System | Hytrol | |
| 50 | Furniture and Fixtures | Retail Rack System | Hytrol | |
| 51 | Furniture and Fixtures | Retail Rack System | Hytrol | |
| 52 | Furniture and Fixtures | | Hytrol | |
| 53 | Furniture and Fixtures | | Hytrol | |
| 1 | Furniture and Fixtures | Solar Panel Installation | | |