David M. Goodrich
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
(714) 966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) C<br><br>　　　　　　　　　　　　　　　Debtor. | Case No. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>DATE:　[NO HEARING SET]<br>TIME:　[NO HEARING SET]<br>PLACE:　[NO HEARING SET] |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

David M. Goodrich, the duly appointed and acting chapter 7 trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned bankruptcy case and appropriate notice should be given to creditors to file claims.

Date: December 4, 2025　　　　　　　　　　　　　/s/ David M. Goodrich
　　　　　　　　　　　　　　　　　　　　　　　　David M. Goodrich
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee