# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
CIS International Holdings (N.A.) Corporation
**SSN:** N/A
**EIN:** 33−0862520
dba E Tropical Fish

1405 W. 178th Street
Gardena, CA 90248

**BANKRUPTCY NO.** 2:25−bk−18374−BR
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before March 9, 2026**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: December 8, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**133 /**