David M. Goodrich Trustee
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: 714-966-1000

Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-18374-BR |
| CIS INTERNATIONAL HOLDINGS (N.A.) CORP | Chapter 7 |
| | **NOTICE OF CONTINUED MEETING OF CREDITORS** |
| Debtor(s). | |

PLEASE TAKE NOTICE THAT THE MEETING HAS BEEN CONTINUED FOR THE FOLLOWING REASON TO:

Date: January 5, 2026, at 3:30 p.m.
Location: **Zoom video meeting**
Go to: Zoom.us/join
Enter Meeting ID 296 655 7138, and Passcode 8660120410, or call 1-213-592-2709

**Case continued for documents and review by the chapter 7 trustee.**

DATED: December 15, 2025          /s/ David M. Goodrich
                                  David M. Goodrich, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney on December 15, 2025.

                                  /s/ Lorraine Robles
                                  Trustee Administrator
                                  lrobles@go2.law