| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M. Goodrich<br>  *dgoodrich@go2.law*<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br><br><br>☐ Individual *appearing without an attorney*<br>☒ *Chapter 7 Trustee* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| In re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) C<br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-18374-BR<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (***TITLE OF MOTION*[1]**): CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO 11 U.S.C § 365; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THERE OF; DECLARATION OF DAVID M. GOODRICH** |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Chapter 7 Trustee's Motion for Order Authorizing Rejection of Unexpired Lease of Nonresidential Real Property Pursuant to 11 U.S.C §365 was lodged on (*date*) December 16, 2025, and is attached.  This order relates to the motion which is docket number 106.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 1                              **F 9021-1.2.BK.NOTICE.LODGMENT**

| | |
|---|---|
| 1 | David M. Goodrich |
| | *dgoodrich@go2.law* |
| 2 | 3070 Bristol Street, Suite 640 |
| | Costa Mesa, California 92626 |
| 3 | Telephone 714-966-1000 |
| | Facsimile 714-966-1002 |
| 4 | |
| | Chapter 7 Trustee |

1  David M. Goodrich
    *dgoodrich@go2.law*
2  3070 Bristol Street, Suite 640
   Costa Mesa, California 92626
3  Telephone   714-966-1000
   Facsimile    714-966-1002
4
   Chapter 7 Trustee
5

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re | Case No. 2:25-bk-18374-BR |
|---|---|
| CIS INTERNATIONAL HOLDINGS CORPORATION, dba E TROPICAL FISH, | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPETY PURSUANT TO 11 U.S.C § 365** |
| | DATE: December 16, 2025<br>TIME: 10:00 a.m.<br>CTRM: 1668<br>255 E. Temple Street<br>Los Angele, California 90012 |

On December 16, 2025, at 10:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California, the Court heard the *Chapter 7 Trustee's Motion for Order Authorizing Rejection of Unexpired Lease of Nonresidential Real Property Pursuant to 11 U.S.C § 365* [Docket No. 106] (the "Motion"). All appearances were as noted on the record.

This Court, having considered the Motion, relevant pleadings on file herein, all judicially noticeable facts, finding that the notice of the Motion was proper, and for good cause appearing,

ORDER

**IT IS ORDERED:**

1. The Motion is granted;

2. The Trustee is authorized to reject the Lease; and

3. The rejection of the Lease is effective upon the entry of this Order.

###



**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, December 16, 2025

CONFIRMATION :

Your Lodged Order Info:
( **11338379.doc** )
 A new order has been added

- **Office**:  Los Angeles
- **Case Title**:  CIS International Holdings (N.A.) Corporation
- **Case Number**:  25-18374
- **Judge Initial**:  BR
- **Case Type**:  bk ( Bankruptcy )
- **Document Number**:  106
- **On Date**:  12/16/2025 @ 04:13 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3070 Bristol Street, Suite 640, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 16, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ismail Amin    iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
- Christopher Beyer    cab@replevin.com, ecf@writofseizure.com
- Michael D Breslauer    mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- Dennis A Dressler    ddressler@dresslerpeters.com
- Michael Jones    michael.jones4@usdoj.gov
- Ron Maroko    ron.maroko@usdoj.gov
- Byron Z Moldo    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- Scott Olson    solson@seyfarth.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com,chidocket@seyfarth.com
- Amitkumar Sharma    amit.sharma@aisinfo.com
- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
- Chase Aleksander Stone    cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Cranston J Williams    cwilliams3@socalgas.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                        **F 9021-1.2.BK.NOTICE.LODGMENT**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 16, 2025 | Lorraine Robles | /s/ Lorraine Robles |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*               Page 3               **F 9021-1.2.BK.NOTICE.LODGMENT**