David M. Goodrich
  *dgoodrich@go2.law*
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-bk-18374-BR |
| CIS INTERNATIONAL HOLDINGS CORPORATION, dba E TROPICAL FISH, | Chapter 7 |
| Debtor. | **NOTICE OF HEARING RE: CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO REMOVE ACTIONS PURSUANT TO FRBP 9027(a)(2) AND 28 U.S.C § 1452** |
| | <u>Hearing date, time and location:</u><br>Date:     January 20, 2026<br>Time:    10:00 a.m.<br>Ctrm:    Courtroom 1668 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR, THE DEBTOR'S COUNSEL, AND ALL CREDITORS AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that on January 20, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, the Court will conduct a hearing ("Hearing") in the above-captioned Court on *Chapter 7 Trustee's Motion for Order Extending Time to Remove Actions Pursuant to FRBP 9027(a)(2) AND 28 U.S.C § 1452 (*"Motion").

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks an order extending time to remove actions pursuant to FRBP 9027(a)(2) AND 28 U.S.C § 1452.

Parties seeking a copy of the Motion should contact the Trustee: David M. Goodrich, 3070 Bristol Street, Suite 640, Costa Mesa, CA 92626; Telephone: (714) 966-1000; dgoodrich@go2.law.

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Trustee's Motion must conform with Local Bankruptcy Rule 9013-1(g), must be filed with the Bankruptcy Court no less than 14 days prior to the Hearing date, and must be served no less than 14 days prior to the Hearing date on the Trustee at the address noted in the top left corner of the first page of this Notice.

DATED: December 17, 2025

By: /s/ David M. Goodrich
David M. Goodrich
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3070 Bristol St., Suite 640, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF HEARING RE: CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO REMOVE ACTIONS PURSUANT TO FRBP 9027(a)(2) AND 28 U.S.C § 1452** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) December 18, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date)* December 18, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 29, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2025 | Lorraine Robles | /s/ Lorraine Robles |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**
0.0

**VIA U.S. MAIL**

ADT Security
PO Box 371878
Pittsburgh, PA 15250

American Packaging Capital Inc
PO Box 77077
Minneapolis, MN 55480-7777

California Employee Develop Dept
PO Box 826218
Sacramento, CA 94230-6218

CIS International Holdings NA Corporation
dba E Tropical Fish
1405 W 178th Street
Gardena, CA 90248

CV Sematik Perkasa Indonesia
JL Setiawarg a 2I3BB
RT 002 RW 004 Jatiranggon
Jatisampurna, Kota Bekasi

DB Group America LTD
200 E Alondra Blvd
Gardena, CA 90248

DB Group America Ltd
2351 US Route 130
Dayton, NJ 08810

Federal Express
PO Box 223125
Pittsburgh, PA 15251

Fedex Freight Inc
PO  Box 21415
Pasadena, CA 91185-1415

Fleet Global Logistics
4646 E Van Buren St
Phoenix, AZ 85008-6927

Fleet Global Logistics
19 Srinakarin Rd 4th Floor
Bangna Bangnha Nuea
Bangkok Thailand, 10260

Ford Motor Credit
PO Box 537901
Livonia, MI 48153-7901

Ford Motor Credit Company LLC
c/o AIS Portfolio Services
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Fundr
43 W 23rd Street Second Floor
New York, NY 10010

Glenn F Russel Jr
38 Rock Street No 12
Fall River, MA 02720

Golden State Water Company
PO Box 9016
San Dimas, CA 91773-9016

Guangzhou Quick Production Co
A20 of Room 1001 No 621
Tianhe Rd Tianhe District
Guang Zhou Guangzhou, China

Irene Hector
Wright Law Group PLLC
1110 N Virgil Avenue PMB 90003
Los Angeles, CA 90029

John T Szalan Esq
Neubert Pepe Monteith PC
195 Church Street 13th Floor
New Haven, CT 06510

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

Launch Funding Group LLC
1250 E Hallandale Beach Blvd
Suite 505
Hallandale, FL 33009

Lincoln Benefit Life Company
PO Box 4322
Carol Stream, IL 60197

Lions Rock Investment LLC
1401 W 178th Street
Gardena, CA 90248

Lions Rock Wisconsin LLC
2253 Air Pk Rd
Rhinelander, WI 54501

Lionsrock Wisconsin LLC
4 Sundown Drive
Rolling Hills Estates, CA 90274

Lucas Rocklin Esq
Neubert Pepe Monteith PC
195 Church Street 13th Floor
New Haven, CT 06510

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Newtek Bank NA
1111 Brickell Ave
Suite 135
Miami, FL 33131

Newtek Bank NA
191 Marcus Avenue
Suite 130
New Hyde Park, NY 11042

Nextiva
9451 East Via de Ventura
Scottsdale, AZ 85256

North Star Leasing
Division of Peoples Bank
PO Box 4505
Burlington, VT 05406-4505

One Fund Loan
43 W 23rd St
2nd Floor
New York, NY 10010

Panthers Capital LLC
157 Church Street, # 1971
New Haven, CT 06510

Panthers Capital LLC
9W Broad St No 320
Stamford, CT 06902

Panthers Capital LLC
10 E Merrick Rd
Suite 204
Valley Stream, NY 11580

Quick Funding Group LLC
dba Quick Funding Group
Hasset and George PC
945 Hopmeadow Street
Simsbury, CT 06070

Regain Group LLC
One Bridge Plaza North
Fort Lee, NY 07024

Sematik
J1 Setia Warga II No 37
RT 02 RW 04 Kec Jati Kelurahan
Jatiranggon, 17432 Indonesia

Settle
29 W 17th Street, 2nd Fl.
New York, NY 10011

Shorr Packaging
1100 Eliwanda Ave
Los Angeles Branch
Ontario, CA 91760-8658

Siam Tropical Fish
14 Moo 129 Moo 4 T Phrong Maduea
A Mueang Nakhon Pathom
Nakhon Pathom Province, Thailand 73

Siam Tropical Fish Ltd
77 29 Moo 7
Anusaowaree Sub District
Bangkehn District, Thailand

Signature Staff Resources LLC
1460 TL Townsend Dr No 104
Rockwall, TX 75032

SoCalGas
PO Box C
Monterey Park, CA 91756-9016

Southern California Edison
PO Box 300
Rosemead, CA 91770-0800

Spectrum
Charter Communications
PO Box 223085
Pittsburgh, PA 15251

State Farm Insurance
One State Farm Plaza
Bloomington, IL 61710

Supreme Orchid Expert PVT Ltd
372A Nawala Rd

Nawala
Sri Lanka

Teknowledge Shared Services Ltd
27 6A Park Lane
Rajagiriya, Sri Lanka

Teknowlege Shared Services Ltd
372 A Nawala Road
Nawala
Sri Lanka

Tropical Fish International
27 6A Park Lane
Sri Jayawardenepura Kotte
Sri Lanka 11222

Tropical Fish International
372A Nawala Rd
Nawala Sri Lanka

Tropical Fish Internationl
372A Nawala Road
Rajagirlya, Sri Lanka

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158

UPS
Executive Financial Enterprises
PO Box 894820
Los Angeles, CA 90189-4820

US Small Business Administration
Office of General Counsel
312 North Spring Street 5th Floor
Los Angeles, CA 90012

USPA
6510 73rd Street
Vero Beach, FL 32967

Victory Packaging
3550 E Francis Street
Suite 200
Ontario, CA 91761

Vincent T. Norwillo, Esq.
Signature Staff Resources LLC
1309 Ridge Rd., Ste. 1
Hinckley, OH 44233

Waste Resources
PO Box 2410
Gardena, CA 90247-0410

Western Overnight LLC
16 Corporate Woods Blvd,Suite 1
Albany, NY 12211

Western Overnight LLC
PO Box 984820
Los Angeles, CA 90189-4820

**Electronic Mail Notice List**
Ismail Amin    iamin@talglaw.com,
pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com
Christopher Beyer    cab@replevin.com, ecf@writofseizure.com
Michael D Breslauer    mbreslauer@swsslaw.com, sdurazo@swsslaw.com
Dennis A Dressler    ddressler@dresslerpeters.com
Michael Jones    michael.jones4@usdoj.gov
Ron Maroko    ron.maroko@usdoj.gov
Byron Z Moldo    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
Scott Olson    solson@seyfarth.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com,chidocket@seyfarth.com
Amitkumar Sharma    amit.sharma@aisinfo.com
Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com
Chase Aleksander Stone    cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Cranston J Williams    cwilliams3@socalgas.com