| Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **POLSINELLI LLP**<br>Randye B. Soref (SBN 99146)<br>Tanya Behnam (SBN 322593)<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone:    310.556.1801<br>Facsimile:    310.556.1802<br>Email:    rsoref@polsinelli.com<br>Email:    tbehnam@polsinelli.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  *Panthers Capital LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-18374-BR<br><br>CHAPTER:  7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>**MOTION OF POLSINELLI LLP TO WITHDRAW AS COUNSEL FOR PANTHERS CAPITAL LLC** |
|---|---|

**PLEASE TAKE NOTE** that the order titled <u>ORDER GRANTING MOTION OF POLSINELLI LLP TO WITHDRAW AS COUNSEL FOR PANTHERS CAPITAL LLC</u> was lodged on (*date*) <u>December 18, 2025</u> and is attached.  This order relates to the motion which is docket number 147.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                     Page 1                          **F 9021-1.2.BK.NOTICE.LODGMENT**

# ATTACHMENT

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*  Page 2  **F 9021-1.2.BK.NOTICE.LODGMENT**

**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:  310.556.1801
Facsimile:  310.556.1802
Email:  rsoref@polsinelli.com
Email:  tbehnam@polsinelli.com

*Attorneys for Panthers Capital LLC*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| In Re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>    Debtor. | Case No. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION OF POLSINELLI LLP TO WITHDRAW AS COUNSEL FOR PANTHERS CAPITAL LLC**<br><br>[No Hearing Required] |
|---|---|

1

107834892

On December 18, 2025, Polsinelli LLP ("**Polsinelli**" or the "**Firm**") filed its *Motion of Polsinelli LLP to Withdraw as Counsel for Panthers Capital LLC* (the "**Motion**") in accordance with Local Bankruptcy Rules 2091-1(a) and 9013-1(p)(4) at Docket No. 147. Having considered the Motion and good cause appearing,

**IT IS HEREBY ORDERED THAT**

1. The Motion is **GRANTED**; and
2. Polsinelli is authorized to withdraw as counsel to Panthers Capital LLC, effective immediately.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Suite 2900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/18/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) December 18, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 18, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**BY OVERNIGHT MAIL (FEDERAL EXPRESS)**
Hon. Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 18, 2025 | Cindy Cripe | */s/ Cindy M. Cripe* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT TO SERVICE LIST

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Ismail Amin on behalf of Creditor Newtek Bank, N.A.
iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com;
shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com

Tanya Behnam on behalf of Creditor Panthers Capital LLC
tbehnam@polsinelli.com, tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Christopher Beyer on behalf of Creditor North Star Leasing, a Division of Peoples Bank
cab@replevin.com, ecf@writofseizure.com

Michael D Breslauer on behalf of Interested Party Courtesy NEF
mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Dennis A Dressler on behalf of Creditor Tokyo Century (USA) Inc.
ddressler@dresslerpeters.com

Michael Jones on behalf of U.S. Trustee United States Trustee (LA)
michael.jones4@usdoj.gov

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Byron Z Moldo on behalf of Debtor CIS International Holdings (N.A.) Corporation
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Scott Olson on behalf of Creditor Settle Funding, LLC
solson@seyfarth.com, scott-olson-2161@ecf.pacerpro.com,ecfsfdocket@vedderprice.com,nortega@vedderprice.com,chidocket@seyfarth.com

Amitkumar Sharma on behalf of Creditor Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Randye B Soref on behalf of Creditor Panthers Capital LLC
rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

Chase Aleksander Stone on behalf of Debtor CIS International Holdings (N.A.) Corporation
cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Cranston J Williams on behalf of Creditor Southern California Gas Company
cwilliams3@socalgas.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　Page 4　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

Jennifer C Wong on behalf of Creditor Ford Motor Credit Company LLC
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

### 2. SERVED BY UNITED STATES MAIL

**Debtor**
CIS International Holdings (N.A.) Corporation
dba E Tropical Fish
1405 W. 178th Street
Gardena, CA 90248

Panthers Capital LLC
9 West Broad Street, Suite 320
Stamford, CT 06902

Benjamin Isaacov
9 West Broad Street, Suite 320
Stamford, CT 06902

Mike Herzog
9 West Broad Street, Suite 320
Stamford, CT 06902

### 3. SERVED BY EMAIL

ben@pantherscapital.com
mike@pantherscapital.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                   Page 5                                   **F 9021-1.2.BK.NOTICE.LODGMENT**