CAROLINE DJANG (SBN: 216313)
BUCHALTER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: cdjang@buchalter.com

Attorneys for CIS INTERNATIONAL DISTRIBUTORS INC., LIVE AQUARIA HOLDINGS CORP, LIONSROCK INVESTMENTS LLC, LIONSROCK WISCONSIN LLC, T3 AQUATICS, SIAM TROPICAL FISH LTD, TROPICAL AQUARIUM FISH (FIJI) LTD, and CHARITHA I SAMARASINGHE

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-18374-BR |
| CIS INTERNATIONAL HOLDINGS CORPORATION, dba E TROPICAL FISH, | Chapter 11 |
| Debtor. | **JOINDER TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO REMOVE ACTIONS PURSUANT TO FRBP 9027(A)(2) AND 28 U.S.C § 1452 [DOC. 149]** |
| | Date:         January 20, 2026<br>Time:        10:00 a.m.<br>Ctrm.:        1668 |

CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish (FIJI) Ltd, and Charitha I. Samarasinghe (jointly "Co-Defendants") by and through their undersigned counsel, hereby submit this Joinder (the "Joinder") in support of the *Chapter 7 Trustee's Motion for Order Extending Time to Remove Actions Pursuant to FRBP 9027(a)(2) and 28 U.S.C § 1452* filed by David M. Goodrich on December 18, 2025 [Doc. 149] ("Motion").

Co-Defendants are co-defendants with the Debtor, CIS International Holdings Corporation, dba E Tropical Fish ("Debtor") in the litigation filed by Panthers Capital LLC against the Debtor and several other corporate and individual defendants in the Superior Court for

the State of Connecticut.  Co-Defendants support all of the arguments set forth in the Motion, and hereby join along with any supporting documents filed with the Court, and incorporate all arguments as if set forth herein, and for any other relief this Court deems just and appropriate.

For the foregoing reasons, Co-Defendants request that the Court grant the Motion, and also extend the Co-Defendants' deadline to remove actions by 90 days.

DATED:  December 22, 2025                BUCHALTER, A Professional Corporation


By:    /s/ Caroline Djang
                              CAROLINE DJANG
                    Attorneys for CIS INTERNATIONAL
                    DISTRIBUTORS INC., LIVE AQUARIA
                    HOLDINGS CORP, LIONSROCK
                    INVESTMENTS LLC, LIONSROCK
                    WISCONSIN LLC, T3 AQUATICS, SIAM
                    TROPICAL FISH LTD, TROPICAL
                    AQUARIUM FISH (FIJI) LTD, and
                    CHARITHA I SAMARASINGHE

**JOINDER TO CH 7 TRUSTEE'S MTN FOR ORDER EXTENDING TIME TO REMOVE ACTIONS**

BUCHALTER 107181026v1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18400 Von Karman Avenue, Suite 800, Irvine, CA  92612-0514

A true and correct copy of the foregoing document entitled (*specify*): **JOINDER TO CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO REMOVE ACTIONS PURSUANT TO FRBP 9027(a)(2) AND 28 U.S.C § 1452;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 22, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED

☑   Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) December 22, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

SEE ATTACHED

☑   Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 22, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 22, 2025 | Laurie Verstegen | /s/ Laurie Verstegen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

*June 2012*

BUCHALTER 107181026v1

**F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Ismail Amin    iamin@talglaw.com,
pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;
eavakian@talglaw.com

Tanya Behnam    tbehnam@polsinelli.com,
tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

Christopher Beyer    cab@replevin.com, ecf@writofseizure.com

Michael D Breslauer    mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Dennis A Dressler    ddressler@dresslerpeters.com

David M Goodrich (TR)    dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law

Michael Jones    michael.jones4@usdoj.gov

Raffi Khatchadourian    raffi@hemar-rousso.com

Ron Maroko    ron.maroko@usdoj.gov

Byron Z Moldo    bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com

Scott Olson    solson@seyfarth.com, chidocket@seyfarth.com

Amitkumar Sharma    amit.sharma@aisinfo.com

Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

Chase Aleksander Stone    cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

Cranston J Williams    cwilliams3@socalgas.com

Jennifer C Wong    bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL:**

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

DEBTOR
CIS International Holdings (N.A.) Corporation
1405 W. 178th Street
Gardena, CA 90248

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                        **F 9013-3.1.PROOF.SERVICE**

BUCHALTER 107181026v1