David M. Goodrich
 *dgoodrich@go2.law*
3070 Bristol Street, Suite 640
Costa Mesa, California 92626
Telephone     714-966-1000
Facsimile     714-966-1002

Chapter 7 Trustee

**FILED & ENTERED**

**DEC 24 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier     DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CIS INTERNATIONAL HOLDINGS CORPORATION, dba E TROPICAL FISH,<br><br>Debtor. | Case No. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**ORDER DENYING PANTHERS CAPTIAL LLC'S MOTION TO RECONSIDER ORDER APPROVING STIPULATION BETWEEN DEBTOR AND PETCO FOR TURNOVER**<br><br>DATE:    December 16, 2025<br>TIME:     10:00 a.m.<br>CTRM:   1668<br>              255 E. Temple Street<br>              Los Angeles, California 90012 |

On December 16, 2025, at 10:00 a.m. in Courtroom 1668 of the United States Bankruptcy Court located at 255 E. Temple Street, Los Angeles, California, the Court heard *Panthers Capital LLC's Motion to Reconsider Order Approving Stipulation Between Debtor and Petco for Turnover* [Docket No. 100] (the "Motion").  All appearances were as noted on the record.

This Court, having considered the Motion, the oppositions of various parties to the Motion, relevant pleadings on file herein, all judicially noticeable facts, and for good cause appearing,

ORDER

**IT IS ORDERED:**

1. The Motion is denied for the reasons stated upon the record for the hearing on the Motion.

###

Date: December 24, 2025

Barry Russell
United States Bankruptcy Judge

2                                                      ORDER