**POLSINELLI LLP**
Randye B. Soref (SBN 99146)
Tanya Behnam (SBN 322593)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    310.556.1801
Facsimile:    310.556.1802
Email:        rsoref@polsinelli.com
Email:        tbehnam@polsinelli.com

*Attorneys for Panthers Capital LLC*

FILED & ENTERED

DEC 29 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

In Re:

CIS INTERNATIONAL HOLDINGS (N.A.)
CORPORATION,

            Debtor.

Case No. 2:25-bk-18374-BR

Chapter 7

**ORDER GRANTING MOTION OF POLSINELLI LLP TO WITHDRAW AS COUNSEL FOR PANTHERS CAPITAL LLC**

[No Hearing Required]

1

107834892

On December 18, 2025, Polsinelli LLP ("**Polsinelli**" or the "**Firm**") filed its *Motion of Polsinelli LLP to Withdraw as Counsel for Panthers Capital LLC* (the "**Motion**") in accordance with Local Bankruptcy Rules 2091-1(a) and 9013-1(p)(4) at Docket No. 147. Having considered the Motion and good cause appearing,

**IT IS HEREBY ORDERED THAT**

1. The Motion is **GRANTED**; and

2. Polsinelli is authorized to withdraw as counsel to Panthers Capital LLC, effective immediately.

###

Date: December 29, 2025

Barry Russell
United States Bankruptcy Judge