**TALG, LTD.**
Ismail Amin, Esq. (SBN 231232)
Christopher T. Stark, Esq. (SBN 306898)
3161 Michelson Drive, Suite 1025
Irvine, California 92612
Telephone: (949) 502-7715
Facsimile: (949) 266-8406

Attorneys for Creditor Newtek Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CIS International Holdings (N.A.) Corporation,<br><br>Debtor. | **Case No. 2:25-bk-18374-BR**<br><br>**Chapter 7**<br><br>**CREDITOR NEWTEK BANK, N.A.'S OBJECTION TO DISCHARGE OF DEBTOR**<br><br>DATE:   November 4, 2025<br>TIME:   10:00 a.m.<br>CTRM:   Courtroom 1668 |

- 1 -

**CREDITOR NEWTEK BANK, N.A.'S OBJECTION TO DISCHARGE OF DEBTOR**

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

Creditor NEWTEK BANK, N.A. ("Newtek") hereby files its Objection to the discharge or dischargeability of CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION ("Debtor") as follows:

## OBJECTION TO DISCHARGE OR DISCHARGEABILITY OF DEBTOR

**I.    INTRODUCTION**

Debtor CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION ("Debtor") petitioned for Chapter 11 relief on September 22, 2025 [Docket No. 1]. The last day to oppose discharge or dischargeability of Debtor is January 20, 2026. [Docket No. 82]. As will be demonstrated below, discharge is inappropriate in this matter as debtor is a corporation, not an individual. On this basis alone discharge should be denied.

**II.    DISCHARGE IS NOT APPROPRIATE AS DEBTOR IS A CORPORATE ENTITY**

Debtors who are not individuals cannot receive a discharge under chapter 7. *See In re Goodman*, 873 F.2d 598 (2d Cir. 1989) (corporation may not be discharged of debts under chapter 7). As 11 USCS § 727 makes clear, "[t]he court shall grant the debtor discharge, unless— (1) the debtor is not an individual[.]" 11 USCS § 727(a)(1). Here, it is undisputed that Debtor, CIS International Holdings, (N.A.) Corporation, is a corporation. Accordingly, pursuant to 11 U.S.C.S. § 721(a)(1), this Court should not discharge Debtor as Debtor is a corporation, not an individual.

**III.    CONCLUSION**

As Debtor is a corporation, discharge is inappropriate and should not be granted.

Dated: January 20, 2026        **TALG, Ltd.**

By: ___*/s/ Ismail Amin*_____
    Ismail Amin, Esq.
    Christopher T. Stark, Esq.
    ***Attorneys for Newtek Bank, N.A.***

**CREDITOR NEWTEK BANK, N.A.'S OBJECTION TO DISCHARGE OF DEBTOR**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3161 Michelson Drive, Suite 1025, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): Creditor Newtek Bank, N.A.'s Objection to Discharge of Debtor
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/20/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

bmoldo@ecjlaw.com; cstone@ecjlaw.com; michael.jones4@usdoj.gov; ron.maroko@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/20/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Bankruptcy Court  
Hon. Barry Russell  
255 E. Temple Street, Suite 1660  
Los Angeles, CA 90012

CIS International Holdings (N.A.) Corporation  
1405 W. 178th Street  
Gardena, CA 90248

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/20/2026 | Ismail Amin | /s/ Ismail Amin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**