| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>David M. Goodrich<br> *dgoodrich@go2.law*<br>3070 Bristol Street, Suite 640<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br><br><br><br><br>☐  Individual *appearing without an attorney*<br>☒  Chapter 7 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CIS INTERNATIONAL HOLDINGS CORPORATION, dba E TROPICAL FISH,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:25-bk-18374-BR<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:  (*title of motion[1]*): CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO REMOVE ACTIONS PURSUANT TO FRBP 9027(a)(2) AND 28 U.S.C 1452; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF DAVID M. GOODRICH IN SUPPORT THEREOF** |

**PLEASE TAKE NOTE** that the order titled Order Granting Chapter 7 Trustee's Motion for Order Extending

Time to Remove Actions Pursuant to FRBP 9027(a)(2) and 28 U.S.C 1452 was lodged on (*date*) January 20,

2026, and is attached.  This order relates to the motion which is docket number 149.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

David M. Goodrich
  *dgoodrich@go2.law*
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:25-bk-18374-BR |
| CIS INTERNATIONAL HOLDINGS CORPORATION, dba E TROPICAL FISH, | Chapter 7 |
| | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME TO REMOVE ACTIONS PURSUANT TO FRBP 9027(a)(2) AND 28 U.S.C 1452** |
| Debtor. | |
| | Hearing Date/Time/Location:<br>Date: January 20, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 1668 |

On January 20, 2026, at 10:00 a.m., a hearing was held in connection with a *Motion for Order Extending Time to Remove Action Pursuant to FRBP 2027(a)(2) and 28 U.S.C § 1452* [Dkt. No. 149] ("Motion") filed by David M. Goodrich, chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings Corporation, dba E Tropical Fish ("Debtor"), in the United States Bankruptcy Court for the Central District of California, the Honorable Barry Russell, United States Bankruptcy Judge presiding.  All appearances were noted on the record.

This Court, having considered the Motion, the Joinder to the Motion filed by CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish

(FIJI) Ltd, and Charitha I. Samarasinghe (collectively, the "Co-defendants"), the argument of the parties at the hearing, all relevant pleadings on file herein, all judicially noticeable facts, finding that the notice of the Motion was proper, and for good cause appearing, the Court hereby orders:

1.    The Motion is granted in its entirety; and

2.    The deadline for the Trustee and the Co-defendants to remove the action filed by Panthers Capital LLC against the Debtor and other third parties is extended from December 21, 2025, to March 21, 2026 pursuant to FRBP 9027 and 28 U.S.C. §1452.

###



**Bankruptcy LODGED ORDER UPLOAD FORM**

Tuesday, January 20, 2026

CONFIRMATION :

Your Lodged Order Info:

( **11340308.doc** )
  A new order has been added

- **Office**: Los Angeles
- **Case Title**: CIS International Holdings (N.A.) Corporation
- **Case Number**: 25-18374
- **Judge Initial**: BR
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 149
- **On Date**: 01/20/2026 @ 03:03 PM

Thank You!

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3070 Bristol Street, Suite 640, Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 20, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ismail Amin     iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com
- Christopher Beyer     cab@replevin.com, ecf@writofseizure.com
- Michael D Breslauer     mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- Caroline Djang     cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- Dennis A Dressler     ddressler@dresslerpeters.com
- David M Goodrich (TR)     dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law
- Michael Jones     michael.jones4@usdoj.gov
- Raffi Khatchadourian     raffi@hemar-rousso.com
- Ron Maroko     ron.maroko@usdoj.gov
- Byron Z Moldo     bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- Scott Olson     solson@seyfarth.com, chidocket@seyfarth.com
- Amitkumar Sharma     amit.sharma@aisinfo.com
- Chase Aleksander Stone     cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Cranston J Williams     cwilliams3@socalgas.com
- Jennifer C Wong     bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 20, 2026 | Lorraine Robles | /s/ Lorraine Robles |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.