David M. Goodrich
  *dgoodrich@go2.law*
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002

Chapter 7 Trustee

**FILED & ENTERED**

**JAN 29 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

CIS INTERNATIONAL HOLDINGS
CORPORATION, dba E TROPICAL
FISH,

               Debtor.

Case No. 2:25-bk-18374-BR

Chapter 7

**ORDER GRANTING CHAPTER 7
TRUSTEE'S MOTION FOR ORDER
EXTENDING TIME TO REMOVE ACTIONS
PURSUANT TO FRBP 9027(a)(2) AND 28
U.S.C 1452**

Hearing Date/Time/Location:
Date: January 20, 2026
Time: 10:00 a.m.
Place: Courtroom 1668

On January 20, 2026, at 10:00 a.m., a hearing was held in connection with a *Motion for Order Extending Time to Remove Action Pursuant to FRBP 2027(a)(2) and 28 U.S.C § 1452* [Dkt. No. 149] ("Motion") filed by David M. Goodrich, chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings Corporation, dba E Tropical Fish ("Debtor"), in the United States Bankruptcy Court for the Central District of California, the Honorable Barry Russell, United States Bankruptcy Judge presiding.  All appearances were noted on the record.

This Court, having considered the Motion, the Joinder to the Motion filed by CIS International Distributors Inc., Live Aquaria Holdings Corp., Lionsrock Investments LLC, Lionsrock Wisconsin LLC, T3 Aquatics, Siam Tropical Fish Ltd., Tropical Aquarium Fish

(FIJI) Ltd, and Charitha I. Samarasinghe (collectively, the "Co-defendants"), the argument of the parties at the hearing, all relevant pleadings on file herein, all judicially noticeable facts, finding that the notice of the Motion was proper, and for good cause appearing, the Court hereby orders:

1.    The Motion is granted in its entirety; and

2.    The deadline for the Trustee and the Co-defendants to remove the action filed by Panthers Capital LLC against the Debtor and other third parties is extended from December 21, 2025, to March 21, 2026 pursuant to FRBP 9027 and 28 U.S.C. §1452.

###

Date: January 29, 2026

_____
Barry Russell
United States Bankruptcy Judge