| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Howard M. Ehrenberg (CA Bar No. 125527)<br>  howard.ehrenberg@gmlaw.com<br>Steve Burnell (CA Bar No. 286557)<br>  steve.burnell@gmlaw.com<br>GREENSPOON MARDER LLP<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Tel.: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ Attorney for Movant(s) | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-18374-BR<br><br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |

1.  I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 02/20/2026  Movant(s) filed a motion or application (Motion) entitled: Chapter 7 Trustee's Application To Employ Richard P. Cook, PLLC As Special Litigation Counsel [Dkt. 185]

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 02/23/2026  Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 17  days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 1                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 04/28/2026                          /s/ Steve Burnell_____
                                          Signature


                                          Steve Burnell_____
                                          Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT

Howard M. Ehrenberg (CA Bar No. 125527)
  howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Proposed Attorneys for
David M. Goodrich, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:25-bk-18374-BR |
| CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, | Chapter 7 |
| Debtor. | **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY RICHARD P. COOK, PLLC AS SPECIAL LITIGATION COUNSEL** |
| | Supporting Declarations of David M. Goodrich and Richard P. Cook, and Statements of Disinterestedness Included Herein |
| | No Hearing Required Unless Requested Pursuant to LBR 9013-1(o) |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE,**

**THE DEBTOR CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, THE OFFICE**

**OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

Pursuant to 11 U.S.C. §§ 327(a) and 328(a), and in accordance with Federal Rule

of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1, David M. Goodrich,

the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International

Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), hereby submits this

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SB 63616522v2

application ("Application") to employ Richard P. Cook, PLLC, dba Cape Fear Debt Relief ("Firm") to serve as his special litigation counsel, effective as of January 19, 2026, and represents as follows:[1]

**I.**

**BACKGROUND**

On September 22, 2025, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.  The case was converted to Chapter 7 on October 22, 2025 [Dkt. 80]. Trustee was appointed as Chapter 7 trustee the next day, and he continues to serve in that capacity.

Prepetition, Debtor, the operator of an aquatic livestock and distribution facility supplying pet stores and wholesalers nationwide, entered into a factoring agreement with Panthers Capital LLC ("Panthers").  Debtor's account receivables ("AR") were included in the transaction to facilitate the factoring arrangement.  It is unclear, however, what interest Panthers alleges it has in the AR; it has taken contradictory positions of being the alleged owner of the AR, or merely the holder of a security interest in the AR.  Based on Debtor's alleged default under the factoring agreement, on August 5, 2025, Panthers filed a complaint against Debtor, and others, in the Superior Court of Connecticut, Stamford Division, giving rise to the case entitled *Panthers Capital LLC v. CIS International Holdings (N.A.) Corp., et al*, case no. FST-CV25-605223-S ("CT Action").  Panthers has alleged causes of action for breach of contract, fraudulent misrepresentation, negligent misrepresentation, breach of the covenant of good faith and fair dealing, and violation of the Connecticut Unfair Trade Practices Act.  Notice of Debtor's bankruptcy filing and the automatic stay was filed in the QT Action.

To allow Trustee sufficient time to investigate the alleged claims, and the Estate's

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL  213.626.2311 • FAX  954.771.9264

---

[1] Unless otherwise stated, all references to "Section(s)" refer to Title 11 of the United States Code, 11 U.S.C. §§101 et seq. ("Bankruptcy Code") and all references to "Rule(s)" refer to the Federal Rules of Bankruptcy Procedure 1001 et seq.

1

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

potential affirmative defenses and counter or cross claims, Trustee moved to extend the deadline to remove the QT Action pursuant to Rule 90217 and 28 U.S.C. § 1452.  Per the Court's order entered January 29, 2026 [Dkt. 179], the removal deadline was extended to March 21, 2026.

## II.

## SERVICES TO BE PERFORMED

In accordance with Trustee's instructions, the Firm will represent Trustee in the prosecution of any and all claims the Estate may have, including claims under the provisions of Chapter 5 of the Bankruptcy Code, arising out of, or relating to, the obligations and transfers made by the Debtor to Panthers.  A copy of the *Engagement Agreement* between Trustee and the Firm is attached as **Exhibit 1** to the Declaration of Richard P. Cook ("Cook Declaration") and incorporated herein by this reference.

## III.

## QUALIFICATIONS OF THE FIRM

The Firm is well-qualified and experienced in all aspects of bankruptcy practice, including representing Chapter 7 and 11 trustees as special litigation counsel.  Mr. Richard P. Cook ("Mr. Cook"), a North Carolina State Bar certified business and consumer bankruptcy law specialist, serves as a Subchapter V trustee for the Eastern District of North Carolina.  Relevant to the instant representation, the Firm's practice area includes a specialization in bankruptcy disputes related to merchant cash advances and factoring agreements.  The attorneys currently expected to be principally responsible for this representation are Mr. Cook and his senior associate Patrick Riley. The Firm may use other partners, senior counsel, and associates as it deems necessary and appropriate.  Mr. Cook's resumé is attached as **Exhibit 2** to the Cook Declaration and incorporated herein by this reference.

The Firm is familiar with the Bankruptcy Code, the Rules, the Local Bankruptcy Rules, and the United States Trustee Guidelines, and will comply with them.  Trustee believes that the Firm will competently, efficiently, and timely provide the legal services

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

required by the Estate.  Accordingly, the Firm is competent and qualified to perform the requisite special litigation counsel services for Trustee in this case.

**IV.**

### THE FIRM IS DISINTERESTED UNDER 11 U.S.C. § 327(a) And FRBP 2014

Trustee seeks to employ the Firm as special litigation counsel pursuant to 11 U.S.C. § 327(a).  To the best of Trustee's knowledge, and based upon the results of the Firm's internal conflicts check, no conflicts of interest will arise from the Firm's representation.  The Firm: (i) is not a creditor, equity security holder, or "insider" of Debtor as that term is defined in 11 U.S.C. § 101(31), (ii) is not, or was not, within two (2) years before the Petition Date, a director, officer, or employee of Debtor, and (iii) does not have any interest materially adverse to the Estate's interests or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor or for any other reason.  The Firm has no connection with Debtor, any creditor, or other party in interest in this case, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except Mr. Cook is a members of the private panel of Subchapter V trustees maintained by the Office of the Bankruptcy Administrator for the Eastern District of North Carolina.  Accordingly, the Firm is a "disinterested person" as that term is defined and used in 11 U.S.C. §§ 101(14) and 327(a), and all connections have been disclosed as required by Rule 2014.  *See* Cook Decl. ¶¶ 6-8.

**V.**

### COMPENSATION PROCEDURE

Trustee seeks to employ the Firm under 11 U.S.C. §328(a), which states that, "The trustee… with the court's approval, may employ or authorize the employment of a professional person under section 327…on any reasonable terms and conditions of employment, including… on a contingent fee basis."  In this case, Trustee has agreed to employ the Firm under a contingency fee basis of one-third (1/3 or 33.33%) of the amount of any secured claim against property of the estate invalidated or otherwise

released, and one-third (1/3 or 33.33%) of the amount of the gross proceeds of any recovery by the Estate resulting from the Firm's prosecution or compromise of any claims under Chapter 5 of the Bankruptcy Code, and reimbursement for actual and necessary out-of-pocket expenses incurred by the Firm.  These proposed compensation terms are reasonable given the subject nature, complexity, and inherent risk involved with the proposed representation, including, but not limited to, the risks of nonpayment of expenses advanced by the Firm.

The Firm understands that Section 328 provides the Court with discretion to allow compensation different from the terms described herein if the contingency fee "prove[s] to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions."  The Firm has not received a retainer or other type of compensation in connection with this proposed employment.  The Firm understands these compensation terms and agrees to accept such amount on account of its fees as may be awarded by the Court.  No compensation will be paid except upon application to and approval by the Court after notice and a hearing in accordance with 11 U.S.C. §328, Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rule and procedure of the Court.

There are no arrangements between the Firm and any other person or entity for the sharing of compensation received or to be received in connection with the representation of Trustee, except insofar as such compensation may be shared among the employees of the Firm.

**VI.**

**EMPLOYMENT OF THE FIRM IS IN THE BEST INTEREST OF THE ESTATE**

Under 11 U.S.C. § 327(a), in relevant part, "the trustee, with the court's approval, may employ one or more attorneys…that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."  A Chapter 7 trustee "is given wide discretion in selecting counsel of his choice," and "the Court will not substitute its

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

4

judgment for that of the trustee." *In re Edwards*, 510 B.R. 554, 561 (Bankr. S.D. Tex. 2014) (approving the employment of Chapter 7 trustee's law firm to serve as counsel for the Chapter 7 trustee).

In this case, the employment of the Firm to serve as Trustee's special litigation counsel is in the best interest of the Estate.  The Firm has significant experience in providing special litigation counsel services for Chapter 7 trustees.  Moreover, the Firm has specialized knowledge and expertise concerning the subject matter of the representation- namely, prosecuting claims for relief under Chapter 5 of the Bankruptcy Code concerning factoring agreements, like the one between Debtor with Panthers.  As such, Trustee has determined, within his sole discretion and business judgment, that the employment of the Firm is necessary and appropriate under the terms of employment proposed herein.

Pursuant to Local Bankruptcy Rule 2014-1(b)(2), the proposed employment of the Firm will be noticed to all creditors and parties in interest, including the Office of the United States Trustee, and any party who filed and served a request for special notice as of the date of service of the notice.

**VII.**

**CONCLUSION**

For the foregoing reasons, the Application should be approved in its entirety.

Dated: February 19, 2026                Respectfully submitted,

                                        **GREENSPOON MARDER LLP**

                                        By:     */s/ Steve Burnell*
                                        _____
                                        Howard M. Ehrenberg
                                        Steve Burnell
                                        Proposed Attorneys for David M. Goodrich,
                                        Chapter 7 Trustee for the bankruptcy estate of
                                        CIS International Holdings (N.A.) Corporation

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

### DECLARATION OF DAVID M. GOODRICH

I, David M. Goodrich, declare and state as follows:

1.    I am an individual over the age of (18) eighteen years old.  The matters stated herein are true and correct and within my personal knowledge, and my review of this case file within my capacity as Chapter 7 trustee.  If called to testify as a witness in this matter, I could and would competently testify under oath to the truth of the statements set forth herein.

2.    I am the duly appointed, qualified and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor").  I submit the following declaration solely in my capacity as Chapter 7 trustee.

3.    I have reviewed the foregoing *Chapter 7 Trustee's Application To Employ Richard P. Cook, PLLC As Special Litigation Counsel* ("Application").  Unless otherwise defined herein, capitalized terms have the same meaning given to them in the Application.

4.    I request that the Court authorize me to employ Richard P. Cook, PLLC, dba Cape Fear Debt Relief ("Firm") under 11 U.S.C. §§ 327(a) and 328(a) to serve as my special litigation counsel, effective January 19, 2026.

5.    On September 22, 2025, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.  The case was converted to Chapter 7 on October 22, 2025 [Dkt. 80].  I was appointed as Chapter 7 trustee the next day, and I continue to serve in that capacity.

6.    Prepetition, Debtor, the operator of an aquatic livestock and distribution facility supplying pet stores and wholesalers nationwide, entered into a factoring agreement with Panthers Capital LLC ("Panthers").  Debtor's account receivables ("AR") were included in the transaction to facilitate the factoring arrangement.  It is unclear, however, what interest Panthers alleges it has in the AR; it has taken contradictory positions of being the alleged owner of the AR, or merely the holder of a security interest

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

6

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

in the AR.  Based on Debtor's alleged default under the factoring agreement, on August 5, 2025, Panthers filed a complaint against Debtor, and others, in the Superior Court of Connecticut, Stamford Division, giving rise to the case entitled *Panthers Capital LLC v. CIS Int'l Holdings (N.A.) Corp., et al*, case no. FST-CV25-605223-S ("CT Action"). Panthers has alleged causes of action for breach of contract, fraudulent misrepresentation, negligent misrepresentation, breach of the covenant of good faith and fair dealing, and violation of the Connecticut Unfair Trade Practices Act.  Notice of Debtor's bankruptcy filing and the automatic stay was filed in the CT Action.

7.      To provide myself sufficient time to investigate the alleged claims, and the Estate's potential affirmative defenses and counter or cross claims, I moved to extend the deadline to remove the QT Action pursuant to Rule 90217 and 28 U.S.C. § 1452.  Per the Court's order entered January 29, 2026 [Dkt. 179], the removal deadline was extended to March 21, 2026.

8.       In accordance with my instructions and oversight, I propose to employ the Firm to provide the special litigation counsel services listed in Section II of the Application.

9.      As set forth in the Application and the attached declaration of Richard P. Cook ("Cook Declaration"), the Firm is competent and qualified to perform the requisite special litigation counsel services for me in this case.

10.      As set forth in the Application and the Cook Declaration, the Firm is a "disinterested person" as that term is defined and used in 11 U.S.C. §§ 101(14) and 327(a), and that the Firm does not hold or represent an interest adverse to the Estate.

11.      Subject to the provisions of the Bankruptcy Code, the Rules, the Local Bankruptcy Rules, and the Court's own procedures, the Firm will be paid pursuant to the compensation terms described in Section V of the Application.  In my business judgment, the proposed contingency fee compensation terms are reasonable and in the best interest of the Estate.

12.      I have not provided a retainer or other form of compensation to the Firm in

7

connection with this proposed employment.

13. I have explained to the Firm that its compensation is subject to the prior approval of the Court. No compensation will be paid except upon application to and approval by the Court after notice and a hearing in accordance with 11 U.S.C. § 328, Rule 2016, Local Bankruptcy Rule 2016-1, and any other applicable rule and procedure of the Court.

14. I am authorized to employ and compensate professionals under 11 U.S.C. § 327(a). I have determined that the employment of the Firm to serve as my special litigation counsel is in the best interest of the Estate. The Firm has significant experience in providing special litigation counsel services for Chapter 7 trustees. Moreover, the Firm has specialized knowledge and expertise concerning the subject matter of the representation- namely, prosecuting claims for relief under Chapter 5 of the Bankruptcy Code concerning factoring agreements, like the one between Debtor with Panthers.

15. In sum, based on my sole discretion and business judgment, the employment of the Firm as my special litigation counsel is necessary and appropriate under the terms proposed in the Application, and in the best interest of the Estate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2026, in Costa Mesa, California.

David M. Goodrich,
Chapter 7 Trustee for the bankruptcy
estate of CIS International Holdings
(N.A.) Corporation

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

## **DECLARATION OF RICHARD P. COOK**

I, Richard P. Cook, declare and state as follows:

1.      I am an individual over the age of (18) eighteen years old.  The matters stated herein are true and correct and within my personal knowledge, and my review of this case file.  If called to testify as a witness in this matter, I could and would competently testify under oath to the truth of the statements set forth herein.

2.      I am an attorney at law and founding partner of Richard P. Cook, PLLC, dba Cape Fear Debt Relief ("Firm"), proposed special litigation counsel for David M. Goodrich, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of the debtor CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor").  I am authorized to make this declaration on behalf of the Firm and I will be primarily responsible for overseeing the Firm's representation of Trustee as special litigation counsel.

3.      I make and execute this declaration in support of the foregoing *Chapter 7 Trustee's Application To Employ Richard P. Cook, PLLC As Special Litigation Counsel* ("Application").  Unless otherwise defined herein, capitalized terms have the same meaning given to them in the Application.

4.      Trustee proposes to employ the Firm under 11 U.S.C. §§ 327(a) and 328(a), effective January 19, 2026.

5.      The Firm is well-qualified and experienced in all aspects of bankruptcy practice, including representing Chapter 7 and 11 trustees as special litigation counsel.  I am a North Carolina State Bar certified business and consumer bankruptcy law specialist, and I serve as a pool Subchapter V trustee for the Eastern District of North Carolina.  Relevant to the instant representation, the Firm's practice area includes a specialization in bankruptcy disputes related to merchant cash advances and factoring agreements.  I, along with my senior associate Patrick Riley, will be principally responsible for this matter, and The Firm may use other partners, senior counsel, and

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL  213.626.2311 • FAX  954.771.9264

9

associates as it deems necessary and appropriate. A true and correct copy of my resumé is attached as **Exhibit 2** and incorporated herein by this reference.

6. Prior to executing this declaration, the Firm performed an updated conflicts check and based on those results, the Firm and its members: (i) are not a creditor, equity security holder, or "insider" of Debtor as that term is defined in 11 U.S.C. § 101(31), (ii) are not, or were not, within two (2) years before the Petition Date, a director, officer, or employee of Debtor, and (iii) do not have any interest materially adverse to the Estate's interests or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, Debtor or for any other reason.

7. The Firm and its members do not hold or represent any adverse interest to the Estate.

8. The Firm and its members have no connection with Debtor, any creditor, or other party in interest in this case, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except that I am a members of the private panel of Subchapter V trustees maintained by the Office of the United States Trustee for the Eastern District of North Carolina.

9. The Firm has not received a retainer or other form of compensation in connection with the proposed employment. The Firm understands that its compensation is subject to Court approval.

10. The Firm is familiar with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and United States Trustee Guidelines, and the Firm shall comply with them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2026, at Wilmington, North Carolina.

_____
Richard P. Cook

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

# EXHIBIT 1

## ENGAGEMENT AGREEMENT

I, David M. Goodrich, as Chapter 7 Trustee of CIS International Holdings Corporation, dba Tropical Fish ("CIS"), and representative of the Bankruptcy Estate of CIS International Holdings Corporation, Case No. 2:25-bk-18374-BR, Central District of California, do hereby retain and authorize Richard P. Cook of Richard P. Cook, PLLC ("Cook"), to represent the Bankruptcy Estate of CIS in regard to any and all claims it may have, including claims under the provisions of Chapter 5 of the Bankruptcy Code, arising out of or relating to the obligations and transfers made by the Debtor to Panthers Capital LLC. In compensation for its services and the risks involved in undertaking the representation, including but not limited to the risks of the nonpayment of expenses and advances, the Bankruptcy Estate of CIS agrees to pay Cook one-third (1/3 or 33.33%) of the amount of any secured claim against property of the estate invalidated or otherwise released, and one-third (1/3 or 33.33%) of the amount gross proceeds of any recovery by the estate from the prosecution or compromise of any claims against Panthers Capital LLC, with out-of-pocket expenses of Cook to be applied for in accordance with 11 U.S.C. §§ 327, 328, and 330.

In the event of an appeal from a trial court judgment on said claims, the Bankruptcy Estate of CIS hereby agrees to pay Cook forty percent (40%) of any recovery by it or lien released against the property of the estate, with regard to said claims. Such percentage fee calculations shall be based upon the total recovery, or amount of lien releases, without deducting for any out-of-pocket expenses.

The Bankruptcy Estate of CIS understands that it will be necessary from time to time for Cook to incur expenses on its behalf for investigation, experts, preparation for trial, court costs and other necessary expenses, and it may advance for convenience such sums of money as are needed from time to time to cover such expenses. As representative of the Bankruptcy Estate of CIS, I fully understand that the Bankruptcy Estate of CIS is obligated to repay the expenses to Cook in addition to attorney fees. In the event there is no recovery, the Bankruptcy Estate of CIS will not owe any attorney fees, but I understand that the Bankruptcy Estate of CIS will make reasonable arrangements to repay any expenses advanced by Cook from the assets of the Bankruptcy Estate.

Notwithstanding the foregoing, any compensation to or reimbursement of expenses or advances to Cook shall be subject to approval by the United States Bankruptcy Court presiding over In re CIS International Holdings Corporation, dba Tropical Fish, Case No. 2:25-bk-18374-BR (the "Bankruptcy Court").

If the Bankruptcy Estate of CIS terminates this contract and subsequently receives any recovery for its claims, or releases of liens, I understand and agree that the Bankruptcy Estate of CIS will compensate Cook for the full value of the legal services that were provided pursuant to this contract, as approved by the Bankruptcy Court.

The validity and binding effect of this Agreement is subject to approval by the Bankruptcy Court.

(signatures to follow on next page)

1

This the 19th day of February, 2026.


David M. Goodrich
Chapter 7 Trustee for
CIS International Holdings Corporation


RICHARD P. COOK, PLLC


By:_____
Richard P. Cook

# EXHIBIT 2

Richard P. Cook

*Board Certified Specialist in*
*Consumer and Business Bankruptcy*



7036 Wrightsville Ave., Suite 101
Wilmington, North Carolina 28403

Telephone (910) 399-3458
Richard@CapeFearDebtRelief.com

**Experience**

Chapter 11, Subchapter V Trustee, Eastern District of North Carolina, February 2020 – present

Owner | Managing Attorney, Richard P. Cook, PLLC dba Cape Fear Debt Relief
Wilmington, North Carolina, November 2011 – present

> Represent trustees, consumers, and small business owners in Chapters 7, 11 and 13 cases before the Eastern District of North Carolina Bankruptcy Court, District Court and Fourth Circuit Court of Appeals
>
> Provide no money down Chapter 13 services for current and former servicemembers and their families, and reduced Chapter 7 fees – ServicememberDebtRelief.com
>
> Successfully argued rehearing *en banc* before the Fourth Circuit Court of Appeals, Hurlburt v. Black, 925 F.3d 154 (4th Cir. 2019) (*en banc*)
>
> Circuit Leader, Fourth Circuit – National Association of Consumer Bankruptcy Attorneys (2019 to 2021)
>
> Subcommittee Co-chair – National Association of Bankruptcy Trustees Orders/Rules/Model Documents Subcommittee (2021 - 2022)
>
> Board Membership: N.C. Bar Association's Bankruptcy Section Council (2013 – 2016; 2023-present); Financial Protection Law Center, Wilmington, N.C. (2023-present); North Carolina Consumer Bankruptcy Rights Coalition (2021-present)
>
> Co-authored amicus filings on behalf the National Association of Bankruptcy Trustees, National Association of Consumer Bankruptcy Attorneys, and North Carolina Consumer Bankruptcy Rights Coalition, including, Trantham v. Tate, 112 F.4th 223 (4th Cir. 2024); Miller v. United States, 71 F.4th 1247 (10th Cir. 2023); and, Townes v. Portfolio Recovery Assocs., LLC, 382 N.C. 681 (N.C. 2022)
>
> Select speaking engagements:
>
> - July 2025 – "Merchant Cash Advance (MCA) Problems & Solutions," Webinar, National Association of Consumer Bankruptcy Attorneys
> - June 2025 – "Merchant Cash Advance Lending," Eastern Bankruptcy Institute, Beaufort, NC
> - July 2024 – "Individual Subchapter V Cases: Square Pegs in a Round Hole?" ABI, Southeast Bankruptcy Workshop, Naples, FL
> - June 2024 – "Merchant Cash Advance Lending," N.C. Creditor's Bar

Richard P. Cook, PLLC

Association Annual Conference, Chapel Hill, NC

- May 2024 – "Issues in Consumer Cases," Eastern Bankruptcy Institute, Myrtle Beach, SC
- March 2024 – "Merchant Cash Advance Lending," 24th Annual S.C. Bankruptcy Law Association Annual Seminar, Jekyll Island, GA
- December 2023 – "Merchant Cash Advance Lending," 46th Annual N.C. Bankruptcy Institute, Asheville, NC
- November 2023 – "Subchapter V: Streamlined and Debtor Friendly Version of Chapter 11," NACBA's Member-Only Workshop, Nashville, TN
- June 2023 – "Hot Topics in Consumer Bankruptcy," Eastern Bankruptcy Institute, Myrtle Beach, SC
- July 2022 – "Nondischargeability Litigation," American Bankruptcy Institute, Southeast Bankruptcy Workshop, Amelia Island, FL
- June 2022 – "Discharges in Subchapter V, What Has Changed from Chapter 11, What Remains the Same," National Association of Bankruptcy Trustees, Vancouver, BC, Canada

Select Pro Bono Cases:

- Michael Christopher Braxton v. World Business Lenders, LLC et al., Adv. Pro. No. 21-00124-5-DMW (Bankr. E.D.N.C.)
- Samantha Howard v. United States Department of Education, Adv. Pro. No. 22-00112-5-DMW (Bankr. E.D.N.C.)
- Jesus Vasquez, Jr., et ux., Petitioners v. Wilmington Savings Fund Society, FSB, No. 21-134, *pet. for cert. denied Nov. 8, 2021* (U.S. Supreme Court)

**Publications**     *Discharges in Subchapter V: What Has Changed? What Remains the Same? Are Elephants Hiding in Mouseholes?* ABI Journal, Vol. XLI, No. 6, pp. 24-25, 58, June 2022

Co-Editor, *North Carolina Bankruptcy Practice Manual*, Ninth Edition, Appeals from the Bankruptcy Court (2023)

Associate Attorney, Butler & Butler, LLP
Wilmington, North Carolina, February 2010 – November 2011

Represented consumers and small business owners in Chapters 7 and 13 cases before the Eastern District of North Carolina Bankruptcy Courts

Represented Chapter 7 Trustee Algernon L. Butler, III in Chapter 7 asset cases

Associate Attorney, Brock & Scott, PLLC
Winston-Salem, North Carolina, May 2008 – February 2010

Represented banks, financial institutions and other creditors in N.C. State and Federal Courts

Successfully petitioned the N.C. Supreme Court for discretionary review, Brock and Scott Holdings, Inc. v. West, 363 N.C. 800, 690 S.E.2d 531 (2010), *appeal dismissed,* 364 N.C. 235, 694 S.E.2d 764 (2010)

**Awards**     N.C. Bar Association, 2021 Bankruptcy Pro Bono Award

American Bankruptcy Institute "40 Under 40" in 2020, emerging leader in the insolvency profession

Super Lawyers: 2023, 2024, 2025

Super Lawyers Rising Star: 2017, 2018, 2019, 2020, 2021, 2022

Pro Bono Honor Society, Supreme Court of N.C. (50+ hours of pro bono service):
2017, 2019, 2020, 2021, 2022, 2023

Business N.C. Legal Elite for Bankruptcy: 2013, 2016, 2022, 2023

**Education**   Juris Doctorate
UNC Chapel Hill, School of Law, Chapel Hill, North Carolina 2007
Co-president, Mediation Team 2005-2007
Best Attorney, Third Round, 1L Mock Trial Competition 2004

Bachelor of Arts, Exercise and Sport Science
UNC Chapel Hill, Chapel Hill, North Carolina 2003

Tulane University, New Orleans, Louisiana 1999 - 2002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY RICHARD P. COOK, PLLC AS SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 20, 2026  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ismail Amin** iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com; shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com
- **Christopher Beyer** cab@replevin.com, ecf@writofseizure.com
- **Michael D Breslauer** mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- **Caroline Djang** cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Dennis A Dressler** ddressler@dresslerpeters.com
- **David M Goodrich (TR)** dgoodrich@go2.law, c143@ecfcbis.com; dgoodrich11@ecf.axosfs.com;lrobles@go2.law
- **Michael Jones** michael.jones4@usdoj.gov
- **Raffi Khatchadourian** raffi@hemar-rousso.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Scott Olson** solson@seyfarth.com, chidocket@seyfarth.com
- **Amitkumar Sharma** amit.sharma@aisinfo.com
- **Chase Aleksander Stone** cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Cranston J Williams** cwilliams3@socalgas.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 20, 2026 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration

PMD 63865226v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                          **F 9013-3.1.PROOF.SERVICE**

that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2026 | Patricia M. Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| Date | Printed Name | Signature |

PMD 63865226v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                   **F 9013-3.1.PROOF.SERVICE**

Howard M. Ehrenberg (CA Bar No. 125527)
  howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
  steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Proposed Attorneys for
David M. Goodrich, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No. 2:25-bk-18374-BR |
|---|---|
| CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, | Chapter 7 |
| Debtor. | **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY RICHARD P. COOK, PLLC AS SPECIAL LITIGATION COUNSEL** |
| | Related to Docket 185 |
| | No Hearing Required Unless Requested Pursuant to LBR 9013-1(o) |

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SB 63860492v1

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, concurrently herewith, pursuant to 11 U.S.C. §§ 327(a) and 328(a), and in accordance with Federal Rule of Bankruptcy Procedure 2014 and Local Bankruptcy Rule 2014-1, David M. Goodrich, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), hereby submits this application ("Application") to employ Richard P. Cook, PLLC, dba Cape Fear Debt Relief ("Firm") to serve as his special litigation counsel, effective as of January 19, 2026.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Trustee's instructions, the Firm will represent Trustee in the prosecution of any and all claims the Estate may have, including claims under the provisions of Chapter 5 of the Bankruptcy Code, arising out of, or relating to, the obligations and transfers made by the Debtor to Panthers.  A copy of the *Engagement Agreement* between Trustee and the Firm is attached as Exhibit 1 to the Application.

**PLEASE TAKE FURTHER NOTICE** that the Firm is well-qualified and experienced in all aspects of bankruptcy practice, including representing Chapter 7 and 11 trustees as special litigation counsel.  The Firm's practice area includes a specialization in bankruptcy disputes related to merchant cash advances and factoring agreements.  The resumé of the Firm's principal is attached as Exhibit 2 to the Application.

**PLEASE TAKE FURTHER NOTICE** that **the Firm** is being employed pursuant to 11 U.S.C. §§ 328(a).  Trustee has agreed to employ the Firm under a contingency fee basis of one-third (1/3 or 33.33%) of the amount of any secured claim against property of the estate invalidated or otherwise released, and one-third (1/3 or 33.33%) of the amount of the gross proceeds of any recovery by the Estate resulting from the Firm's prosecution

1

or compromise of any claims under Chapter 5 of the Bankruptcy Code, and reimbursement for actual and necessary out-of-pocket expenses incurred by the Firm.

**PLEASE TAKE FURTHER NOTICE** that the Firm does not represent or hold any interest adverse to the Estate, and is a disinterested person as that term is defined  and used in 11 U.S.C. §§ 101(14) and 327(a).   In compliance with Rule 2014, the Firm has no connection with Debtor, any creditor, or other party in interest in this case, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee, except Mr. Cook is a members of the private panel of Subchapter V trustees maintained by the Office of the Bankruptcy Administrator for the Eastern District of North Carolina.

**PLEASE TAKE FURTHER NOTICE** that, in his sole discretion and business judgment, Trustee has determined that the employment of the Firm is necessary and appropriate under the terms of employment proposed herein, and in the best interests of the Estate.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 2014-1(b)(2), the proposed employment of the Firm has been noticed to all creditors and parties in interest, including the Office of the United States Trustee, and any party who filed and served a request for special notice as of the date of service of the notice.

**PLEASE TAKE FURTHER NOTICE** that if you wish to receive a copy of the Application, you may obtain a copy by requesting one (1) in writing from Trustee's proposed general bankruptcy counsel, Greenspoon Marder LLP, Attn: Steve Burnell, Esq., 1875 Century Park East, Suite 1900, Los Angeles, California 90067, telephone number (213) 626-2311, facsimile number (213) 629-4520; email: steve.burnell@gmlaw.com.

**PLEASE TAKE FURTHER NOTICE** that pursuant to LBR 2014-1(b)(3) and 9013-1(o)(1), if you wish to file a response to the Application, you must file a written response and request for hearing, in the form required by LBR 9013-1(f)(1), no later than fourteen (14) days from the date of service of this notice, or seventeen (17) days if you receive this

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL  213.626.2311 • FAX  954.771.9264

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

notice by mail.

**PLEASE TAKE FURTHER NOTICE** that you must file your response and request with the Clerk of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012, and serve your response upon Trustee's proposed general counsel (at the address indicated in the upper left corner of the first page of this notice) and the Office of the U.S. Trustee. If any such response is timely received, Trustee will set a hearing date on the Application and send out notice thereof. No hearing will be held if no response and request for a hearing is received.

**PLEASE TAKE FURTHER NOTICE** that the failure to file response to the Employment Application and request for hearing may be deemed by the Court as your consent to the relief requested therein. If you do not oppose the Application, you need not take any further action.

Dated: February 20, 2026                    Respectfully submitted,

**GREENSPOON MARDER LLP**

By:      */s/ Steve Burnell*
         Howard M. Ehrenberg
         Steve Burnell
         Proposed Attorneys for David M. Goodrich,
         Chapter 7 Trustee for the bankruptcy estate of
         CIS International Holdings (N.A.) Corporation

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY RICHARD P. COOK, PLLC AS SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>February 20, 2026</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ismail Amin** iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com; shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com
- **Christopher Beyer** cab@replevin.com, ecf@writofseizure.com
- **Michael D Breslauer** mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- **Caroline Djang** cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Dennis A Dressler** ddressler@dresslerpeters.com
- **David M Goodrich (TR)** dgoodrich@go2.law, c143@ecfcbis.com; dgoodrich11@ecf.axosfs.com;lrobles@go2.law
- **Michael Jones** michael.jones4@usdoj.gov
- **Raffi Khatchadourian** raffi@hemar-rousso.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com
- **Scott Olson** solson@seyfarth.com, chidocket@seyfarth.com
- **Amitkumar Sharma** amit.sharma@aisinfo.com
- **Chase Aleksander Stone** cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,cmacan@ecjlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Cranston J Williams** cwilliams3@socalgas.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) <u>February 20, 2026</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>February 20, 2026</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

PMD 63870286v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 20, 2026 | Patricia M. Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

PMD 63870286v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

2. **SERVED BY U.S. MAIL**

CIS International Holdings (N.A.)
Corporatio
1405 W. 178th Street
Gardena, CA 90248-3201

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Ervin Cohen & Jessup LLP
Attn: Byron Z. Moldo
9401 Wilshire Blvd., 12th Floor
Beverly Hills, CA 90212-2944

Ford Motor Credit Company LLC
c/o McCarthy & Holthus, LLP
2763 Camino Del Rio South,
Suite 100
San Diego, CA 92108-3708

Ford Motor Credit Company LLC, c/o
AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Office Of  Finance
City Of Los Angeles
200 N Spring St Rm 101 City Hall
Los Angeles CA 90012-3224

Panthers Capital LLC
Benjamin Isaacov, CEO & President
9 W Broad St, Suite 320
Stamford, CT 06902-3758

North Star Leasing, a Division of
Peoples Ba
c/o Wright Law Group, PLLC
1110 N Virgil Ave PMB 90003
Los Angeles, CA 90003

Tokyo Century (USA) Inc.
c/o Dennis Dressler
Dressler Peters, LLC
101 W. Grand Ave., Suite 404
Chicago, IL 60654-7129

Southern California Gas Company
555 West 5th Street
Suite 1400
Los Angeles, CA 90013-1010

ADT Security
PO Box 371878
Pittsburgh, PA 15250-7878

American Packaging Capital Inc
PO Box 77077
Minneapolis, MN  55480-7777

CIS International Holdings N.A. Corp
1405 W 178th Street
Gardena, CA 90248-3201

CIS International Holdings NA
Corporation
dba E Tropical Fish
1405 W 178th Street
Gardena, CA 90248-3201

CIS Intl Distributors Inc
1401 W 178th St
Gardena, CA 90248-3201

CV Sematik Perkasa Indonesia
JL Setiawarg a 2I3BB
RT 002 RW 004 Jatiranggon
Jatisampurna, Kota Bekasi

California Employee Develop Dept
PO Box 826218
Sacramento, CA  94230-6218

Chase A Stone   Byron Z Moldo
Ervin Cohen and Jessup LLP
9401 Wilshire Blvd
12th Floor
Beverly Hills, CA 90212-2944

DB Group America Ltd.
200 E Alondra Blvd
Gardena, CA 90248-2808

DB Group America Ltd
2351 US Route 130
Dayton, NJ 08810-1648

Daniele Paoletti
3680 Wilshire Blvd, Ste P04-1357
Los Angeles, CA 90010-2707

Employers Preferred Insurance
Company
P.O. Box 539003
Henderson, NV 89053-9003

Executive Financial Enterprises Inc
The Law Offices of Gary A Bemis
3870 La Sierra Ave Ste 239
Riverside CA 92505-3528

PMD 63870286v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Federal Express
PO Box 223125
Pittsburgh, PA 15251-2125

Fedex Freight Inc
PO Box 21415
Pasadena, CA  91185-1415

Fleet Global Logistics
19 Srinakarin Rd 4th Floor
Bangna Bangnha Nuea
Bangkok Thailand, 10260

Fleet Global Logistics
4646 E Van Buren St
Phoenix, AZ 85008-6915

Fleet Global Logistics Co.,Ltd
309 Soi.Ladprao 93, Ladprao Rd.,Klong Ja
Wangthonglang, Bangkok 10310
THAILAND
309 Soi.Ladprao 93, Ladprao
Rd.,BKK10310

Ford Motor Credit Company
P O BOX 62180
Colorado Springs CO 80962-2180

Ford Motor Credit Company LLC
c/o AIS Portfolio Services
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Fundr
43 W 23rd Street Second Floor
New York, NY 10010-4203

Gil Hopenstand
312 N. Spring St., 5th Floor
Los Angeles, CA 90012-4701

Glenn F Russel Jr
38 Rock Street No 12
Fall River,  MA 02720-3130

Golden State Water Company
PO Box 9016
San Dimas, CA 91773-9016

Guangzhou Quick Production Co
A20 of Room 1001 No 621
Tianhe Rd Tianhe District
Guang Zhou Guangzhou, China

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Irene Hector
Wright Law Group PLLC
1110 N Virgil Avenue PMB 90003
Los Angeles, CA 90029-2016

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

John T Szalan Esq
Neubert Pepe Monteith PC
195 Church Street 13th Floor
New Haven, CT 06510-2009

Launch Funding Group LLC
1250 E Hallandale Beach Blvd
Suite 505
Hallandale, FL 33009-4635

Lincoln Benefit Life Company
PO Box 4322
Carol Stream, IL 60197-4322

Lions Rock Investment LLC
1401 W 178th Street
Gardena, CA 90248-3201

Lions Rock Wisconsin LLC
2253 Air Pk Rd
Rhinelander, WI 54501-8425

Lionsrock Wisconsin LLC
4 Sundown Drive
Rolling Hills Estates, CA 90274-5133

Lucas Rocklin Esq
Neubert Pepe Monteith PC
195 Church Street 13th Floor
New Haven, CT 06510-2009

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-8300

Newtek Bank NA
1111 Brickell Ave
Suite 135
Miami, FL 33131-3122

Newtek Bank NA
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042-1046

Newtek Bank, N.A.
1981 Marcus Avenue, Suite 130
Lake Success, NY 11042-1046

PMD 63870286v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

Nextiva
9451 East Via de Ventura
Scottsdale, AZ 85256-0001

North Star Leasing
Division of Peoples Bank
PO Box 4505
Burlington, VT  05406-4505

Office of the U.S. Trustee
915 Wilshire Blvd Suite 1850
Los Angeles, CA 90017-3560

One Fund Loan
43 W 23rd St
2nd Floor
New York, NY 10010-4261

Panthers Capital LLC
10 E Merrick Rd
Suite 204
Valley Stream, NY 11580-5800

Panthers Capital LLC
157 Church Street
Suite 1971
New Haven, CT 06510-2100

Panthers Capital LLC
9W Broad St  No 320
Stamford, CT 06902-3758

Quick Funding Group LLC
dba Quick Funding Group
Hasset and George PC
945 Hopmeadow Street
Simsbury, CT 06070-1865

Regain Group LLC
One Bridge Plaza North
Fort Lee, NY 07024-7101

Resolution Economics LLC
1925 Century Park East
15th Floor
Los Angeles, CA 90067-2716

SIAM TROPICAL FISH CO.,LTD
129 Moo 4 T.Prong Maduea, A Mueang
Nakho
Nakhon Pathom Province 73000
Thailand
129 Moo 4 Nakhon Pathom,Thailand

Sematik
J1 Setia Warga II No 37
RT 02 RW 04 Kec Jati Kelurahan
Jatiranggon, 17432 Indonesia

Settle
29 W 17th Street
2nd Floor
New York, NY 10011-5508

Settle Funding, LLC
29 West 17th Street, 2nd Floor
New York, NY 10011-5508

Shorr Packaging
1100 Eliwanda Ave
Los Angeles Branch
Ontario, CA 91761-8658

Siam Tropical Fish
14 Moo 129 Moo 4 T Phrong Maduea
A Mueang Nakhon Pathom
Nakhon Pathom Province, Thailand 73

Siam Tropical Fish Ltd
77 29 Moo 7
Anusaowaree Sub District
Bangkehn District, Thailand

Signature Staff Resources LLC
1460 TL Townsend Dr No 104
Rockwall, TX 75032-4912

SoCalGas
P O Box 30337
Los Angeles
CA 90030-0337

SoCalGas
PO Box C
Monterey Park, CA 91754-0932

Southern California Edison Company
1551 W San Bernardino Road
Covina CA 91722-3407

SMB Bankruptcies
1600 Dublin Rd
Floor 3
Columbus OH 43215-2095
preferred

State Farm Insurance
One State Farm Plaza
Bloomington, IL 61710-0001

Supreme Orchid Expert PVT Ltd
372A Nawala Rd
Nawala
Sri Lanka

Teknowledge Shared Services Ltd
27 6A Park Lane
Rajagiriya, Sri Lanka

Teknowlege Shared Services Ltd
372 A Nawala Road
Nawala
Sri Lanka

Tokyo Century (USA) Inc.
c/o Dennis A. Dressler
Dressler Peters, LLC
101 W. Grand Ave., Ste. 404
Chicago, IL 60654-7129

PMD 63870286v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Tropical Fish International
27 6A Park Lane
Sri Jayawardenepura Kotte
Sri Lanka 11222

Tropical Fish International
372A Nawala Rd
Nawala Sri Lanka

Tropical Fish Internationl
372A Nawala Road
Rajagirlya, Sri Lanka

U S  Small Business Administration
312 N Spring St 5th Floor
Los Angeles CA 90012-4701

UPS
Executive Financial Enterprises
PO Box 894820
Los Angeles, CA  90189-4820

Byron Z Moldo
Ervin Cohen and Jessup
Attn: Accounts Payable
9401 Wilshire Blvd. 12th Floor
Beverly Hills, CA 90212-2944

USPA
6510 73rd Street
Vero Beach, FL 32967-5400

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

Chase Aleksander Stone
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd 12th Fl
12th Floor
Beverly Hills, CA 90212-2944

Victory Packaging
3550 E Francis Street
Suite 200
Ontario, CA 91761-2982

Vincent T. Norwillo, Esq.
Signature Staff Resources LLC
c/o The Law Office of Vincent T.
Norwill
1309 Ridge Rd., Ste. 1
Hinckley, OH 44233-9765

Waste Resources
PO Box 2410
Gardena, CA  90247-0410

Western Overnight LLC
16 Corporate Woods Blvd
Suite 1
Albany, NY 12211-2527

Western Overnight LLC
PO Box 984820
Los Angeles, CA  90189-4820

Willy Hartanto
Jatibening 2 blok J no. 106. Pondok
gede
indonesia. 17412.
Willy Hartanto

PMD 63870286v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                  **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067.


A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:


1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/19/2026   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 See attached page.

☒ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:
On (*date*) _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 04/28/2026 | Patricia Dillamar | /s/ Patricia Dillamar |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 3      **F 9013-1.2.NO.REQUEST.HEARING.DEC**

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Ismail Amin** iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com; shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com;knarh@talglaw.com;kmeade@talglaw.com;kanderson@talglaw.com
- **Christopher Beyer** cab@replevin.com, ecf@writofseizure.com
- **Michael D Breslauer** mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- **Steve Burnell** Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com; patricia.dillamar@gmlaw.com;CourtMail@gmlaw.com
- **Caroline Djang** cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Dennis A Dressler** ddressler@dresslerpeters.com
- **James R Felton** jfelton@gblawllp.com, ystotland@gblawllp.com;msingleman@gblawllp.com
- **David M Goodrich (TR)** dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law
- **Michael Jones** michael.jones4@usdoj.gov
- **Raffi Khatchadourian** raffi@hemar-rousso.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **Christopher S Murphy** bk-cmurphy@oag.texas.gov
- **Scott Olson** solson@seyfarth.com, chidocket@seyfarth.com
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- **Patrick J Schurr** patrick.schurr@solidcounsel.com
- **Amitkumar Sharma** amit.sharma@aisinfo.com
- **Chase Aleksander Stone** cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Cranston J Williams** cwilliams3@socalgas.com
- **Jennifer C Wong** bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**