Howard M. Ehrenberg (CA Bar No. 125527)
    howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
    steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Proposed Attorneys for
David M. Goodrich, Chapter 7 Trustee



FILED & ENTERED

APR 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:25-bk-18374-BR |
| CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, | Chapter 7 |
| Debtor. | **ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY RICHARD P. COOK, PLLC AS SPECIAL LITIGATION COUNSEL** |
| | Related to Dkt. 185 |
| | No Hearing Requested Pursuant to LBR 9013-1(o) |

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

SB 65053572v1

The Court, having considered the *Chapter 7 Trustee's Application To Employ Richard P. Cook, PLLC As Special Litigation Counsel* ("Application") [Dkt. 185] filed by David M. Goodrich, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), the *Notice Of Chapter 7 Trustee's Application To Employ Richard P. Cook, PLLC As Special Litigation Counsel* ("Notice") [Dkt. 186], and the separately filed declaration of Steve Burnell attesting to the lack of any objection to the Application or request for hearing in support thereof, and after finding that no objection to the Application or request for hearing was timely filed by the Debtor, the Office of the United States Trustee, any creditors or parties in interest, and for good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1.      The Application is approved; and

2.      Trustee is hereby authorized to employ Richard P. Cook, PLLC as Trustee's special litigation counsel under 11 U.S.C. §§ 327(a) and 328(a), effective as of January 19, 2026, under the contingency fee and expense reimbursement arrangement as described in the Application, subject to final fee application and approval by the Court.

# # #

Date: April 28, 2026

*Barry Russell*

Barry Russell
United States Bankruptcy Judge

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

1