ANGELA N. GILL –SBN 260928
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
agill@hrhlaw.com

Attorneys for Creditor and Party in Interest,
TOKYO CENTURY (USA) INC.

FILED & ENTERED

JUL 17 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier     DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>Debtor. | CASE NO. 2:25-bk-18374-BR<br><br>CHAPTER 7<br><br>**ORDER GRANTING MOTION FOR EXAMINATION UNDER RULE 2004**<br><br>Examination Date:<br>Date:           July 30, 2026<br>Time:           11:00 a.m.<br>Location:       Hemar Rousso & Heald<br>                15910 Ventura Blvd., 12th Fl.<br>                Encino, California 91436 |

Based upon the Motion for Examination Under Rule 2004 filed by TOKYO CENTURY (USA) INC. ("Movant") pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1, for an order authorizing the examination of CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION through CHARITHA SAMARASINGHE, President and Authorized Representative of CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,

1

IT IS HEREBY ORDERED that the motion and application of Movant is granted and the Court hereby orders the examination of CHARITHA SAMARASINGHE, President and Authorized Representative of CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, to be conducted on **July 30, 2026 at 11:00 a.m.** at the law offices of Hemar, Rousso and Heald, LLP, located at **15910 Ventura Blvd., 12th Floor, Encino, CA 91436**, beginning at **11:00 a.m.**, <u>in person</u>, and to be continued from day to day, weekends and holidays excepted, as necessary to complete the examination.

IT IS SO ORDERED.

### 

Date: July 17, 2026

Barry Russell
United States Bankruptcy Judge

2

ORDER RE MOTION FOR RULE 2004 EXAMINATION