United States Bankruptcy Court

Central District of California

In re:                                                          Case No. 25-18374-BR

CIS International Holdings (N.A.) Corpor                         Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + CIS International Holdings (N.A.) Corporation, 1405 W. 178th Street, Gardena, CA 90248-3201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Ford Motor Credit Company LLC  c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Angela Gill | on behalf of Creditor Tokyo Century (USA) Inc. agill@hrhlaw.com  caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Byron Z Moldo | on behalf of Debtor CIS International Holdings (N.A.) Corporation bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com |
| Caroline Djang | on behalf of Plaintiff Siam Tropical Fish Ltd. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com |
| Caroline Djang | on behalf of Interested Party Tropical Aquarium Fish (FIJI) Ltd cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com |
| Caroline Djang | |

District/off: 0973-2                                    User: admin                                    Page 2 of 3
Date Rcvd: Jul 17, 2026                              Form ID: pdf042                               Total Noticed: 1

on behalf of Defendant Tropical Quarium Fish (FIJI) Ltd cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Interested Party Lionsrock Wisconsin LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant T3 Aquatics cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Lionsrock Investments LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Tropical Aquarium Fish (FIJI) Ltd cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Siam Tropical Fish Ltd. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Charitha I. Samarasinghe cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Interested Party Charitha I. Samarasinghe cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff CIS International Distributors Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Live Aquaria Holdings Corp. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Lionsrock Wisconsin LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Live Aquaria Holdings Corp. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant CIS International Distributors Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Interested Party Live Aquaria Holdings Corp. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Interested Party T3 Aquatics cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Charitha I. Samarasinghe cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff Lionsrock Investments LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Defendant Lionsrock Wisconsin LLC cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Interested Party Siam Tropical Fish Ltd. cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Interested Party CIS International Distributors Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Plaintiff T3 Aquatics cdjang@buchalter.com  docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang

on behalf of Interested Party Lionsrock Investments LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Chase Aleksander Stone

on behalf of Debtor CIS International Holdings (N.A.) Corporation cstone@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com,elivermore@ecjlaw.com

Christopher Beyer

on behalf of Creditor North Star Leasing  a Division of Peoples Bank cab@replevin.com, ecf@writofseizure.com

Christopher S Murphy

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov

District/off: 0973-2                        User: admin                                Page 3 of 3
Date Rcvd: Jul 17, 2026                     Form ID: pdf042                             Total Noticed: 1

Cranston J Williams
                        on behalf of Creditor Southern California Gas Company cwilliams3@socalgas.com

David M Goodrich (TR)
                        dgoodrich@go2.law  c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law

Dennis A Dressler
                        on behalf of Creditor Tokyo Century (USA) Inc. ddressler@dresslerpeters.com

Ismail Amin
                        on behalf of Creditor Newtek Bank  N.A. iamin@talglaw.com,
                        pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@tal
                        glaw.com;knarh@talglaw.com;kmeade@talglaw.com;kanderson@talglaw.com

James R Felton
                        on behalf of Creditor Signature Staff Resources  LLC jfelton@gblawllp.com,
                        ystotland@gblawllp.com;msingleman@gblawllp.com

Jennifer C Wong
                        on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Jennifer C Wong
                        on behalf of Creditor Ford Motor Credit Company LLC bknotice@mccarthyholthus.com  jwong@ecf.courtdrive.com

Kurt Ramlo
                        on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo
                        on behalf of Plaintiff Panthers Capital LLC RamloLegal@gmail.com  kr@ecf.courtdrive.com;ramlo@recap.email

Michael Jones
                        on behalf of U.S. Trustee United States Trustee (LA) michael.jones4@usdoj.gov

Michael D Breslauer
                        on behalf of Interested Party Courtesy NEF mbreslauer@swsslaw.com  sdurazo@swsslaw.com

Patrick J Schurr
                        on behalf of Creditor Signature Staff Resources  LLC patrick.schurr@solidcounsel.com

Raffi Khatchadourian
                        on behalf of Interested Party Courtesy NEF raffi@hemar-rousso.com

Raffi Khatchadourian
                        on behalf of Creditor Tokyo Century (USA) Inc. raffi@hemar-rousso.com

Richard P Cook
                        on behalf of Attorney Richard P Cook richard@capefeardebtrelief.com

Ron Maroko
                        on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov

Scott Olson
                        on behalf of Creditor Settle Funding  LLC solson@seyfarth.com, chidocket@seyfarth.com

Steve Burnell
                        on behalf of Trustee David M Goodrich (TR) Steve.Burnell@gmlaw.com
                        sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;patricia.dillamar@gmlaw.com;CourtMail@gmlaw.com

United States Trustee (LA)
                        ustpregion16.la.ecf@usdoj.gov


TOTAL: 49

ANGELA N. GILL –SBN 260928
**HEMAR, ROUSSO & HEALD, LLP**
15910 Ventura Boulevard, 12th Floor
Encino, California 91436
Telephone: (818) 501-3800
Facsimile: (818) 501-2985
agill@hrhlaw.com

Attorneys for Creditor and Party in Interest,
TOKYO CENTURY (USA) INC.

**FILED & ENTERED**

JUL 17 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY fortier    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

IN RE:

CIS INTERNATIONAL HOLDINGS
(N.A.) CORPORATION,

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:25-bk-18374-BR

CHAPTER 7

**ORDER GRANTING MOTION FOR
EXAMINATION UNDER RULE 2004**

Examination Date:
Date:          July 30, 2026
Time:          11:00 a.m.
Location:    Hemar Rousso & Heald
                   15910 Ventura Blvd., 12th Fl.
                   Encino, California 91436

Based upon the Motion for Examination Under Rule 2004 filed by TOKYO CENTURY

(USA) INC. ("Movant") pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local

Bankruptcy Rule 2004-1, for an order authorizing the examination of CIS INTERNATIONAL

HOLDINGS (N.A.) CORPORATION through CHARITHA SAMARASINGHE, President and

Authorized Representative of CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,

1

ORDER RE MOTION FOR RULE 2004 EXAMINATION

IT IS HEREBY ORDERED that the motion and application of Movant is granted and the Court hereby orders the examination of CHARITHA SAMARASINGHE, President and Authorized Representative of CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION, to be conducted on **July 30, 2026 at 11:00 a.m.** at the law offices of Hemar, Rousso and Heald, LLP, located at **15910 Ventura Blvd., 12th Floor, Encino, CA 91436**, beginning at **11:00 a.m.**, in person, and to be continued from day to day, weekends and holidays excepted, as necessary to complete the examination.

IT IS SO ORDERED.

###

Date: July 17, 2026

_____
Barry Russell
United States Bankruptcy Judge

2

ORDER RE MOTION FOR RULE 2004 EXAMINATION