Byron Z. Moldo (CA SBN 109652)
bmoldo@ecjlaw.com
Chase Stone (CA SBN 335228)
cstone@ecjlaw.com
Shantal Malmed (SBN 351496)
smalmed@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325

Attorneys for CIS International Holdings (N.A.) Corporation, dba E Tropical Fish, Former Chapter 11 Debtor and Debtor-in-Possession

ERVIN COHEN & JESSUP LLP

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

In re

CIS International Holdings (N.A.) Corporation,

Debtor.

Case No. 2:25-bk-18374-BR

Chapter 7

Hon. Barry Russell

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BETWEEN SEPTEMBER 22, 2025 AND OCTOBER 23, 2026 BY ERVIN COHEN & JESSUP LLP AS GENERAL BANKRUPTCY COUNSEL TO CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION**

[No hearing required pursuant to LBR 9013-1(o)]

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on general bankruptcy counsel to CIS International Holdings (N.A.) Corporation, dba E Tropical Fish, the former chapter 11 debtor and debtor-in-possession (the “**Debtor**”), will and hereby does seek approval of its *First and Final Application*

*for Compensation and Reimbursement of Expenses by Ervin Cohen & Jessup LLP as General Bankruptcy Counsel to Chapter 11 Debtor and Debtor-in-Possession* (the "**Application**"), filed concurrently herewith.

**PLEASE TAKE FURTHER NOTICE** that ECJ was employed as the Debtor's general bankruptcy counsel pursuant to the Court's *Order Approving Application to Employ Ervin Cohen & Jessup LLP as General Bankruptcy Counsel* entered on December 3, 2025 [Dkt. No. 132]. The Debtor filed its chapter 11 petition on September 22, 2025 [Dkt. No. 1], and the case was converted to chapter 7 on October 22, 2025 [Dkt. No. 80]. This is ECJ's first and final fee application.

**PLEASE TAKE FURTHER NOTICE** that the Application covers the period from September 22, 2025 through October 23, 2026 (the "**Subject Period**"). Pursuant to 11 U.S.C. §§ 330, 503(b)(2), and 507(a)(2), Federal Rule of Bankruptcy Procedure 2016, and Local Bankruptcy Rule ("**LBR**") 2016-1, ECJ requests that the Court allow, on a final basis, fees of $167,091.50 and expenses of $1,665.74, for a total of $168,757.24. Of the fees requested, $114,768.00 was incurred during the chapter 11 case, and $52,323.50 was incurred after conversion of the case to chapter 7. Of the expenses requested, $1,355.69 was incurred during the chapter 11 case and $310.05 was incurred after conversion to chapter 7.

**PLEASE TAKE FURTHER NOTICE** that before the petition date, ECJ received a retainer of $50,000.00, of which ECJ has applied $36,588.50 to fees. By the Application, ECJ further requests that the Court (a) approve ECJ's prior application of $26,051.00 of the retainer to its fees for the Subject Period; (b) authorize ECJ to apply the remaining retainer balance of $13,411.50 to its allowed fees; and (c) authorize and direct the chapter 7 trustee to pay ECJ the unpaid balance of $127,629.00 in fees and $1,665.74 in expenses, for a total of $129,294.74, as an allowed administrative expense in accordance with 11 U.S.C. § 726(b).

**PLEASE TAKE FURTHER NOTICE** that the Application is based on this Notice, the Application, the Declaration of Byron Z. Moldo and the exhibits filed in support of the Application, the records and files in this case, and any further evidence and argument presented at or before the hearing. This Notice summarizes the Application. The full Application is on file with the Court and may be reviewed through PACER, or a copy may be obtained upon request to the undersigned



ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

counsel, Shantal Malmed, Ervin Cohen & Jessup LLP, 9401 Wilshire Boulevard, Twelfth Floor, Beverly Hills, California 90212-2974, telephone (310) 273-6333, email smalmed@ecjlaw.com.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(o), any response or opposition to the Application must be in writing, must be filed with the Clerk of the Bankruptcy Court, and must be served on ECJ at the address set forth in the upper left-hand corner of this Notice, on the chapter 7 trustee, David M. Goodrich, (3070 Bristol St., Ste 640, Costa Mesa, CA 92626), and on the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017, no later than fourteen (14) days before the hearing date. Any response or opposition must state with particularity the grounds for the response or opposition and must include all declarations and copies of all evidence on which the responding party intends to rely, and any memorandum of points and authorities.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the failure to timely file and serve a written response or opposition may be deemed by the Court to be consent to the granting of the relief requested in the Application.

DATED: October 27, 2026

ERVIN COHEN & JESSUP LLP

By: */s/ Shantal Malmed*
Shantal Malmed
Attorneys for CIS International Holdings (N.A.) Corporation, dba E Tropical Fish, Former Chapter 11 Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BETWEEN SEPTEMBER 22, 2025 AND OCTOBER 23, 2026 BY ERVIN COHEN & JESSUP LLP AS GENERAL BANKRUPTCY COUNSEL TO CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 27, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Ismail Amin on behalf of Creditor Newtek Bank, N.A.
iamin@talglaw.com, pgilmore@talglaw.com; kvescera@talglaw.com; shalberstadt@talglaw.com; cstark@talglaw.com; ckim@talglaw.com; eavakian@talglaw.com; knarh@talglaw.com; kmeade@talglaw.com; kanderson@talglaw.com

Christopher Beyer on behalf of Creditor North Star Leasing, a Division of Peoples Bank
cab@replevin.com, ecf@writofseizure.com

Michael D Breslauer on behalf of Interested Party Courtesy NEF
mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Steve Burnell on behalf of Trustee David M Goodrich (TR)
Steve.Burnell@gmlaw.com,
sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;patricia.dillamar@gmlaw.com;courtmail@gmlaw.com

Richard P Cook on behalf of Attorney Richard P Cook
richard@capefeardebtrelief.com

Caroline Djang on behalf of Defendant CIS International Distributors Inc.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Defendant Lionsrock Investments LLC
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Defendant Lionsrock Wisconsin LLC
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Defendant Live Aquaria Holdings Corp.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Defendant Siam Tropical Fish Ltd.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Defendant T3 Aquatics
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Defendant Tropical Quarium Fish (FIJI) Ltd
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Defendant Charitha I. Samarasinghe
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Interested Party CIS International Distributors Inc.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Interested Party Charitha I. Samarasinghe
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Interested Party Lionsrock Investments LLC
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Interested Party Lionsrock Wisconsin LLC
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Interested Party Live Aquaria Holdings Corp.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Interested Party Siam Tropical Fish Ltd.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Interested Party T3 Aquatics
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Interested Party Tropical Aquarium Fish (FIJI) Ltd
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff CIS International Distributors Inc.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff Charitha I. Samarasinghe
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff Lionsrock Investments LLC
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff Lionsrock Wisconsin LLC
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff Live Aquaria Holdings Corp.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff Siam Tropical Fish Ltd.
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff T3 Aquatics
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang on behalf of Plaintiff Tropical Aquarium Fish (FIJI) Ltd
cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com

Dennis A Dressler on behalf of Creditor Tokyo Century (USA) Inc.
ddressler@dresslerpeters.com

James R Felton on behalf of Creditor Signature Staff Resources, LLC
jfelton@gblawllp.com, ystotland@gblawllp.com;msingleman@gblawllp.com

Angela Gill on behalf of Creditor Tokyo Century (USA) Inc.
agill@hrhlaw.com, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

David M Goodrich (TR)
dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law

Michael Jones on behalf of U.S. Trustee United States Trustee (LA)
michael.jones4@usdoj.gov

Raffi Khatchadourian on behalf of Creditor Tokyo Century (USA) Inc.
raffi@hemar-rousso.com

Raffi Khatchadourian on behalf of Interested Party Courtesy NEF
raffi@hemar-rousso.com

Ron Maroko on behalf of U.S. Trustee United States Trustee (LA)
ron.maroko@usdoj.gov

Byron Z Moldo on behalf of Debtor CIS International Holdings (N.A.) Corporation
bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com

Christopher S Murphy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-cmurphy@oag.texas.gov

Scott Olson on behalf of Creditor Settle Funding, LLC
solson@seyfarth.com, chidocket@seyfarth.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Kurt Ramlo on behalf of Plaintiff Panthers Capital LLC
RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email

Patrick J Schurr on behalf of Creditor Signature Staff Resources, LLC
patrick.schurr@solidcounsel.com

Amitkumar Sharma on behalf of Creditor Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC
amit.sharma@aisinfo.com

Chase Aleksander Stone on behalf of Debtor CIS International Holdings (N.A.) Corporation
cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Cranston J Williams on behalf of Creditor Southern California Gas Company
cwilliams3@socalgas.com

Jennifer C Wong on behalf of Creditor Ford Motor Credit Company LLC
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

Jennifer C Wong on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) October 27, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**[PLEASE SEE SERVICE LIST ATTACHED]**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) October 27, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration

that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Barry Russell
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| October 27, 2026 | Sydney Carson | ***/s/ Sydney Carson*** |
| *Date* | *Printed Name* | *Signature* |

**In re CIS International Holdings (N.A.) Corporation, Debtor. Case No 2:25-bk-13874-BR**
**United States Bankruptcy Court, Central District of California, Los Angeles Division**
**SERVICE LIST**

**DEBTOR**
CIS International Holdings (N.A.)
Corporation dba eTropical Fish
1405 W. 178th Street
Gardena, CA 90248

**UNITED STATES TRUSTEE**
Office of the United States Trustee
915 Wilshire Blvd #1850
Los Angeles, CA 90017

20 LARGEST CREDITORS

American Packaging Capital, Inc.
PO Box 77077
Minneapolis, MN 55480-7777

California Employee Develop. Dept.
PO Box 826218
Sacramento, CA 94230-6218

CV Sematik Perkasa Indonesia
JL Setiawarg a
2I3BB RT 002, RW 004 Jatiranggon
Jatisampurna, Kota Bekasi **INDONESIA**

D.B. Group America, Ltd.
2351 US Route 130
Dayton, NJ 08810

Fleet Global Logistics
19 Srinakarin Rd. (4th Floor) Bangna, Bangnha Nuea
Bangkok, **THAILAND** 10260

Ford Motor Credit
PO Box 537901
Livonia, MI 48153-7901

Guangzhou Quick Production Co. A20 of Room 1001 No. 621
Tianhe Rd., Tianhe District
Guang Zhou, Guangzhou, **CHINA**

Launch Funding Group LLC
1250 E. Hallandale Beach Bl. #505
Hallandale, FL 33009

Lincoln Benefit Life Company
P.O. Box 4322
Carol Stream, IL 60197

Newtek Bank, N.A.
1111 Brickell Ave Suite 135
Miami, FL 33131

North Star Leasing Division
of Peoples Bank
P.O. Box 4505
Burlington, VT 05406-4505

Shorr Packaging
Los Angeles Branch
1100 Eliwanda Ave
Ontario, CA 91760-8658

Signature Staff Resources LLC
1460 TL Townsend Dr. # 104
Rockwall, TX 75032

Southern California Edison Company
P.O. Box 300
Rosemead, CA 91770

Teknowledge Shared Services Ltd.
27/6A Park Lane
Rajagiriya, **SRI LANKA**

U.S. Small Business Administration
Office of General Counsel
312 No. Spring Street, 5th Floor
Los Angeles, CA 90012

UPS
Executive Financial Enterprises
PO Box 894820
Los Angeles, CA 90189-4820

Victory Packaging
3550 E. Francis Street, Suite 200
Ontario, CA 91761

Western Overnight LLC
16 Corporate Woods Blvd., Ste. 1
Albany, NY 12211