Howard M. Ehrenberg (CA Bar No. 125527)
howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for David M. Goodrich, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>Debtors. | Case No. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S RESPONSE DEADLINE TO DEBTOR'S CHAPTER 11 GENERAL BANKRUPTCY COUNSEL'S FIRST AND FINAL FEE APPLICATION**<br><br>Related to Dkt. 214<br><br>No Hearing Required |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:**

This stipulation ("Stipulation") is entered into by and between David M. Goodrich, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), on the one hand, and Ervin Cohen & Jessup LLP, prior Chapter 11 general bankruptcy counsel for Debtor ("ECJ"), on the other hand, through their respective counsel, based on the following:



GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

**<u>RECITALS</u>**

A. On September 22, 2025, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code. The case was converted to Chapter 7 on October 22, 2025. Trustee was appointed as Chapter 7 trustee the next day, and he continues to serve in that capacity.

B. On October 27, 2026, ECJ filed its *First And Final Application For Compensation And Reimbursement Of Fees And Expenses Incurred Between September 22, 2025 And October 23, 2026 By Ervin Cohen & Jessup LLP As General Bankruptcy Counsel To Chapter 11 Debtor And Debtor-In-Possession* ("<u>Final Fee Application</u>") [Dkt. 214].

C. Concurrently with the filing of the Final Fee Application, ECF filed the *Notice of Hearing On First And Final Application For Compensation And Reimbursement Of Fees And Expenses Incurred Between September 22, 2025 And October 23, 2026 By Ervin Cohen & Jessup LLP As General Bankruptcy Counsel To Chapter 11 Debtor And Debtor-In-Possession* ("<u>Notice</u> ") [Dkt. 215].

D. Per the Notice and Local Bankruptcy Rule 9013-1(o), the deadline for Trustee to file a response and request for hearing concerning the Final Fee Application is fourteen (14) days after the date of service of the Final Fee Application, i.e., November 10, 2026 ("<u>Response Deadline</u>") [Dkt. 215].

E. Trustee and ECJ (collectively, "<u>Parties</u>"), desiring to continue discussions related to items raised by Trustee concerning the Final Fee Application, have agreed to extend the Response Deadline to provide additional time for those discussions to continue in an effort to minimize potential litigation costs.

**<u>STIPULATION</u>**

**WHEREFORE**, the Parties, through their respective counsel, agree and stipulate to the following terms:

1. The Recitals set forth above are hereby incorporated herein by reference;

2. The Parties agree the Response Deadline will be extended from November 10, 2026 to, and including, December 1, 2026; and

3. The Parties request that the Court enter an order approving this Stipulation in substantially the same form as the proposed order attached hereto as **Exhibit 1**.

Dated: November 9, 2026

Respectfully submitted,

**GREENSPOON MARDER LLP**

By: */s/ Steve Burnell*
Howard M. Ehrenberg
Steve Burnell
Attorneys for David M. Goodrich, Chapter 7 Trustee

Dated: November 9, 2026

**ERVIN COHEN & JESSUP LLP**

By: ______________________
Chase Stone
Shantal Malmed
Attorneys for Ervin Cohen & Jessup LLP

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

2. The Parties agree the Response Deadline will be extended from November 10, 2026 to, and including, December 1, 2026; and

3. The Parties request that the Court enter an order approving this Stipulation in substantially the same form as the proposed order attached hereto as **Exhibit 1**.

Dated: November 9, 2026

Respectfully submitted,

**GREENSPOON MARDER LLP**

By: ______________________________

Howard M. Ehrenberg
Steve Burnell
Attorneys for David M. Goodrich, Chapter 7 Trustee

Dated: November 9, 2026

**ERVIN COHEN & JESSUP LLP**

By: ______________________________

Chase Stone
Shantal Malmed
Attorneys for Ervin Cohen & Jessup LLP

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

# EXHIBIT 1

Howard M. Ehrenberg (CA Bar No. 125527)
howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for David M. Goodrich, Chapter 7 Trustee

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>Debtors. | Case No. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S RESPONSE DEADLINE TO DEBTOR'S CHAPTER 11 GENERAL BANKRUPTCY COUNSEL'S FIRST AND FINAL FEE APPLICATION**<br><br>Related to Dkt. 214<br><br>No Hearing Required |

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

The Court, having reviewed and considered the *Stipulation To Continue Chapter 7 Trustee's Response Deadline To Debtor's Chapter 11 General Bankruptcy Counsel's First And Final Fee Application* ("Stipulation") [Dkt. 214], entered into by and between David M. Goodrich, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), on the one hand, and Erving Cohen & Jessup LLP, prior Chapter 11 general bankruptcy counsel for Debtor ("ECJ"), on the other hand, through their respective counsel, and having determined that notice is proper, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. Trustee's Response Deadline, as defined in the Stipulation, is hereby extended from November 10, 2026 to, and including, December 1, 2026.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation to Continue Chapter 7 Trustee's Response Deadline to Debtor's Chapter 11 General Bankruptcy Counsel's First and Final Fee Application** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 9, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ismail Amin** iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com;knarh@talglaw.com;kmeade@talglaw.com;kanderson@talglaw.com
- **Christopher Beyer** cab@replevin.com, ecf@writofseizure.com
- **Michael D Breslauer** mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- **Steve Burnell** Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com; patricia.dillamar@gmlaw.com;courtmail@gmlaw.com
- **Richard P Cook** richard@capefeardebtrelief.com
- **Caroline Djang** cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Dennis A Dressler** ddressler@dresslerpeters.com
- **James R Felton** jfelton@gblawllp.com, msingleman@gblawllp.com
- **Angela Gill** agill@hrhlaw.com, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **David M Goodrich (TR)** dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law
- **Michael Jones** michael.jones4@usdoj.gov
- **Raffi Khatchadourian** raffi@hemar-rousso.com
- **Shantal Malmed** smalmed@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **Christopher S Murphy** bk-cmurphy@oag.texas.gov
- **Scott Olson** solson@seyfarth.com, chidocket@seyfarth.com
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- **Patrick J Schurr** patrick.schurr@solidcounsel.com
- **Amitkumar Sharma** amit.sharma@aisinfo.com
- **Chase Aleksander Stone** cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Cranston J Williams** cwilliams3@socalgas.com
- **Jennifer C Wong**bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 9, 2026 | Patricia M. Dillamar | */s/ Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |