<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Steve Burnell (CA Bar No. 286557)<br>steve.burnell@gmlaw.com<br>GREENSPOON MARDER LLP<br>1875 Century Park East, Suite 1900<br>Los Angeles, CA 90067<br>Telephone: 213.626.2311<br>Facsimile: 954.771.9264<br><br>☐ Individual appearing without attorney<br>☒ Attorney for David M. Goodrich, Chapter 7 Trusteev</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION</td></tr>
<tr><td rowspan="2">In re:<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>Debtor(s)</td><td>CASE NO.: 2:25-bk-18374-BR<br><br>CHAPTER: 7</td></tr>
<tr><td>NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: (title of motion[1]):<br>STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S RESPONSE DEADLINE TO DEBTOR'S CHAPTER 11 GENERAL BANKRUPTCY COUNSEL'S FIRST AND FINAL FEE APPLICATION<br><br>[Relates to Docket No. 216]</td></tr>
</table>

PLEASE TAKE NOTE that the order titled **ORDER APPROVING STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S RESPONSE DEADLINE TO DEBTOR'S CHAPTER 11 GENERAL BANKRUPTCY COUNSEL'S FIRST AND FINAL FEE APPLICATION** was lodged on *(date)* November 9, 2026 and is attached. This order relates to the motion which is docket number 216.

[1] Please abbreviate if title cannot fit into text field

# EXHIBIT A

Howard M. Ehrenberg (CA Bar No. 125527)
howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for David M. Goodrich, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>Debtors. | Case No. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S RESPONSE DEADLINE TO DEBTOR'S CHAPTER 11 GENERAL BANKRUPTCY COUNSEL'S FIRST AND FINAL FEE APPLICATION**<br><br>Related to Dkt. 214<br><br>No Hearing Required |

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

The Court, having reviewed and considered the *Stipulation To Continue Chapter 7 Trustee's Response Deadline To Debtor's Chapter 11 General Bankruptcy Counsel's First And Final Fee Application* ("Stipulation") [Dkt. 216], entered into by and between David M. Goodrich, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), on the one hand, and Erving Cohen & Jessup LLP, prior Chapter 11 general bankruptcy counsel for Debtor ("ECJ"), on the other hand, through their respective counsel, and having determined that notice is proper, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. Trustee's Response Deadline, as defined in the Stipulation, is hereby extended from November 10, 2026 to, and including, December 1, 2026.

###

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Ste. 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) November 9, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Ismail Amin** iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com;knarh@talglaw.com;kmeade@talglaw.com;kanderson@talglaw.com
- **Christopher Beyer** cab@replevin.com, ecf@writofseizure.com
- **Michael D Breslauer** mbreslauer@swsslaw.com, sdurazo@swsslaw.com
- **Steve Burnell** Steve.Burnell@gmlaw.com, sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;patricia.dillamar@gmlaw.com;courtmail@gmlaw.com
- **Richard P Cook** richard@capefeardebtrelief.com
- **Caroline Djang** cdjang@buchalter.com, docket@buchalter.com;lverstegen@buchalter.com
- **Dennis A Dressler** ddressler@dresslerpeters.com
- **James R Felton** jfelton@gblawllp.com, msingleman@gblawllp.com
- **Angela Gill** agill@hrhlaw.com, caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
- **David M Goodrich (TR)** dgoodrich@go2.law, c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law
- **Michael Jones** michael.jones4@usdoj.gov
- **Raffi Khatchadourian** raffi@hemar-rousso.com
- **Shantal Malmed** smalmed@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **Ron Maroko** ron.maroko@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **Christopher S Murphy** bk-cmurphy@oag.texas.gov
- **Scott Olson** solson@seyfarth.com, chidocket@seyfarth.com
- **Kurt Ramlo** RamloLegal@gmail.com, kr@ecf.courtdrive.com;ramlo@recap.email
- **Patrick J Schurr** patrick.schurr@solidcounsel.com
- **Amitkumar Sharma** amit.sharma@aisinfo.com
- **Chase Aleksander Stone** cstone@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Cranston J Williams** cwilliams3@socalgas.com
- **Jennifer C Wong**bknotice@mccarthyholthus.com, jwong@ecf.courtdrive.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) , 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 9, 2026 | Patricia Dillamar | */s/Patricia Dillamar* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |