Howard M. Ehrenberg (CA Bar No. 125527)
howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for David M. Goodrich, Chapter 7 Trustee

FILED & ENTERED

NOV 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**GREENSPOON MARDER LLP**
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>Debtors. | Case No. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S RESPONSE DEADLINE TO DEBTOR'S CHAPTER 11 GENERAL BANKRUPTCY COUNSEL'S FIRST AND FINAL FEE APPLICATION**<br><br>Related to Dkt. 214<br><br>No Hearing Required |

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

The Court, having reviewed and considered the *Stipulation To Continue Chapter 7 Trustee's Response Deadline To Debtor's Chapter 11 General Bankruptcy Counsel's First And Final Fee Application* ("Stipulation") [Dkt. 216, entered into by and between David M. Goodrich, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), on the one hand, and Erving Cohen & Jessup LLP, prior Chapter 11 general bankruptcy counsel for Debtor ("ECJ"), on the other hand, through their respective counsel, and having determined that notice is proper, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. Trustee's Response Deadline, as defined in the Stipulation, is hereby extended from November 10, 2026 to, and including, December 1, 2026.

###

Date: November 10, 2026

Barry Russell
United States Bankruptcy Judge