United States Bankruptcy Court

Central District of California

In re:
CIS International Holdings (N.A.) Corpor
Debtor

Case No. 25-18374-BR
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2
User: admin
Page 1 of 3
Date Rcvd: Nov 10, 2026
Form ID: pdf042
Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | CIS International Holdings (N.A.) Corporation, 1405 W. 178th Street, Gardena, CA 90248-3201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Ford Motor Credit Company LLC c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Angela Gill | on behalf of Creditor Tokyo Century (USA) Inc. agill@hrhlaw.com caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Byron Z Moldo | on behalf of Debtor CIS International Holdings (N.A.) Corporation bmoldo@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com |
| Caroline Djang | on behalf of Plaintiff Lionsrock Wisconsin LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com |
| Caroline Djang | on behalf of Defendant Tropical Quarium Fish (FIJI) Ltd cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com |

Caroline Djang
on behalf of Defendant Lionsrock Investments LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Defendant Live Aquaria Holdings Corp. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Defendant Siam Tropical Fish Ltd. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Plaintiff Siam Tropical Fish Ltd. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Defendant CIS International Distributors Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Plaintiff Tropical Aquarium Fish (FIJI) Ltd cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Defendant T3 Aquatics cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Plaintiff T3 Aquatics cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Interested Party Lionsrock Investments LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Interested Party CIS International Distributors Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Plaintiff Lionsrock Investments LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Defendant Lionsrock Wisconsin LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Interested Party Lionsrock Wisconsin LLC cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Interested Party Siam Tropical Fish Ltd. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Plaintiff Charitha I. Samarasinghe cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Interested Party Live Aquaria Holdings Corp. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Interested Party Tropical Aquarium Fish (FIJI) Ltd cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Interested Party Charitha I. Samarasinghe cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Plaintiff Live Aquaria Holdings Corp. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Defendant Charitha I. Samarasinghe cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Interested Party T3 Aquatics cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Caroline Djang
on behalf of Plaintiff CIS International Distributors Inc. cdjang@buchalter.com docket@buchalter.com;lverstegen@buchalter.com

Chase Aleksander Stone
on behalf of Debtor CIS International Holdings (N.A.) Corporation cstone@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com

Christopher Beyer
on behalf of Creditor North Star Leasing a Division of Peoples Bank cab@replevin.com, ecf@writofseizure.com

Christopher S Murphy
on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cmurphy@oag.texas.gov

| | |
|---|---|
| Cranston J Williams | on behalf of Creditor Southern California Gas Company cwilliams3@socalgas.com |
| David M Goodrich (TR) | dgoodrich@go2.law c143@ecfcbis.com;dgoodrich11@ecf.axosfs.com;lrobles@go2.law |
| Dennis A Dressler | on behalf of Creditor Tokyo Century (USA) Inc. ddressler@dresslerpeters.com |
| Ismail Amin | on behalf of Creditor Newtek Bank N.A. iamin@talglaw.com, pgilmore@talglaw.com;kvescera@talglaw.com;shalberstadt@talglaw.com;cstark@talglaw.com;ckim@talglaw.com;eavakian@talglaw.com;knarh@talglaw.com;kmeade@talglaw.com;kanderson@talglaw.com |
| James R Felton | on behalf of Creditor Signature Staff Resources LLC jfelton@gblawllp.com, msingleman@gblawllp.com |
| Jennifer C Wong | on behalf of Creditor Ford Motor Credit Company LLC bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Jennifer C Wong | on behalf of Interested Party Courtesy NEF bknotice@mccarthyholthus.com jwong@ecf.courtdrive.com |
| Kurt Ramlo | on behalf of Plaintiff Panthers Capital LLC RamloLegal@gmail.com kr@ecf.courtdrive.com;ramlo@recap.email |
| Kurt Ramlo | on behalf of Interested Party Courtesy NEF RamloLegal@gmail.com kr@ecf.courtdrive.com;ramlo@recap.email |
| Michael Jones | on behalf of U.S. Trustee United States Trustee (LA) michael.jones4@usdoj.gov |
| Michael D Breslauer | on behalf of Interested Party Courtesy NEF mbreslauer@swsslaw.com sdurazo@swsslaw.com |
| Patrick J Schurr | on behalf of Creditor Signature Staff Resources LLC patrick.schurr@solidcounsel.com |
| Raffi Khatchadourian | on behalf of Interested Party Courtesy NEF raffi@hemar-rousso.com |
| Raffi Khatchadourian | on behalf of Creditor Tokyo Century (USA) Inc. raffi@hemar-rousso.com |
| Richard P Cook | on behalf of Attorney Richard P Cook richard@capefeardebtrelief.com |
| Ron Maroko | on behalf of U.S. Trustee United States Trustee (LA) ron.maroko@usdoj.gov |
| Scott Olson | on behalf of Creditor Settle Funding LLC solson@seyfarth.com, chidocket@seyfarth.com |
| Shantal Malmed | on behalf of Debtor CIS International Holdings (N.A.) Corporation smalmed@ecjlaw.com aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com |
| Steve Burnell | on behalf of Trustee David M Goodrich (TR) Steve.Burnell@gmlaw.com sburnell@ecf.courtdrive.com;sburnell@ecf.inforuptcy.com;patricia.dillamar@gmlaw.com;courtmail@gmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 50

Howard M. Ehrenberg (CA Bar No. 125527)
howard.ehrenberg@gmlaw.com
Steve Burnell (CA Bar No. 286557)
steve.burnell@gmlaw.com
**GREENSPOON MARDER LLP**
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311
Facsimile: 954.771.9264

Attorneys for David M. Goodrich, Chapter 7 Trustee

FILED & ENTERED

NOV 10 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>CIS INTERNATIONAL HOLDINGS (N.A.) CORPORATION,<br><br>Debtors. | Case No. 2:25-bk-18374-BR<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO CONTINUE CHAPTER 7 TRUSTEE'S RESPONSE DEADLINE TO DEBTOR'S CHAPTER 11 GENERAL BANKRUPTCY COUNSEL'S FIRST AND FINAL FEE APPLICATION**<br><br>Related to Dkt. 214<br><br>No Hearing Required |

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264

The Court, having reviewed and considered the *Stipulation To Continue Chapter 7 Trustee's Response Deadline To Debtor's Chapter 11 General Bankruptcy Counsel's First And Final Fee Application* ("Stipulation") [Dkt. 216, entered into by and between David M. Goodrich, the Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of CIS International Holdings (N.A.) Corporation, dba E Tropical Fish ("Debtor"), on the one hand, and Erving Cohen & Jessup LLP, prior Chapter 11 general bankruptcy counsel for Debtor ("ECJ"), on the other hand, through their respective counsel, and having determined that notice is proper, and for good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved;

2. Trustee's Response Deadline, as defined in the Stipulation, is hereby extended from November 10, 2026 to, and including, December 1, 2026.

###

Date: November 10, 2026

Barry Russell
United States Bankruptcy Judge

GREENSPOON MARDER LLP
1875 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
TEL 213.626.2311 • FAX 954.771.9264